UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:17-cr-37-DJH

CHEROSCO BREWER,     Defendant.

\* \* \* \* \*

### VERDICT FORM

We, the jury, find the defendant,

As to Count 2:

     GUILTY __X__      NOT GUILTY _____

As to Count 2, possession of marijuana (ignore if Count 2 answer is "Guilty"):

     GUILTY _____      NOT GUILTY _____

As to Count 3:

     GUILTY __X__      NOT GUILTY _____

As to Count 4:

     GUILTY __X__      NOT GUILTY _____

As to Count 4, possession of cocaine (ignore if Count 4 answer is "Guilty"):

     GUILTY _____      NOT GUILTY _____

[signature redacted]    1-10-2019