UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

vs.  Criminal Action: 3:17-CR-37-DJH

CHEROSCO BREWER

## STIPULATION OF FACTS

The defendant, Cherosco Brewer, and the United States of America stipulate and agree to the following:

1. Prior to November 11, 2015, the defendant, Cherosco Brewer, had been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, that is, a felony offense. The parties do not dispute this fact.

Agreed to this __10__ day of January, 2019.

_____
Cherosco Brewer, Defendant

_____
David Mejia
Counsel For Defendant Cherosco Brewer

_____
Erin McKenzie
Assistant United States Attorney