IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 3:17-CR-00037-DJH |
| | ) | |
| CHEROSCO BREWER, | ) | |
|     Defendant. | ) | |

**DEFENDANT'S RESPONSE TO USA'S MOTION TO
ENLARGE TIME TO RESPOND TO MOTION FOR A NEW TRIAL**

*Electronically Filed*

Cherosco Brewer, the defendant, by his attorney, David S. Mejia, replies to the Government's Motion to Enlarge Time [DN 154] to Respond to Defendant's Motion for a New Trial [DN 152], stating that Defendant has no objection to the Government's request.

Respectfully submitted,

/s/ David S. Mejia
David S. Mejia,
*Trial Counsel for Defendant, Cherosco Brewer*
624 West Main Street, 4th Floor
Louisville, KY  40202
(502) 584-8991 – telephone
(502) 583-6977 - facsimile
david@dmejialaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically with the U.S. District Court, Western District of Kentucky, on February 14, 2019, and that all counsel of record shall be served by electronic notice via the Court's CM/ECF system.

/s/ David S. Mejia
David S. Mejia