UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,          Plaintiff,

v.          Criminal Action No. 3:17-cr-37-DJH

CHEROSCO BREWER,          Defendant.

\* \* \* \* \*

## MEMORANDUM OF HEARING AND ORDER

This matter came before the Court for a sentencing hearing on May 15, 2019, with the following counsel participating:

For the United States:      Erin McKenzie
                               Corinne Keel

For Defendant:      David Mejia

The defendant was present. After the hearing commenced, the defendant expressed dissatisfaction with his counsel. The Court therefore determined that continuance of the hearing was appropriate. Accordingly, it is hereby

**ORDERED** as follows:

(1) The sentencing hearing is **CONTINUED**, to be reset by subsequent order.

(2) Brewer shall file any motion within **ten (10) days** of entry of this Order. The United States shall respond within **ten (10) days** thereafter.

(3) In accordance with the Court's prior Order (Docket No. 173), the Clerk of Court shall **STRIKE** Brewer's pro se Supplemental Motion for a New Trial (D.N. 174) from the record of this matter.

May 15, 2019

                                                     **David J. Hale, Judge**
                                                     **United States District Court**

Court Time: 00/25(c)
Court Reporter: Dena Legg