IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | )<br>)<br>) |
| vs. | )　　CASE NO. 3:17-CR-00037-DJH<br>) |
| CHEROSCO BREWER,<br>Defendant. | )<br>)<br>) |

### DEFENDANT'S MOTION TO RECONSIDER THIS COURT'S ORDER [DN 171] DENYING MOTION [DN 152] FOR NEW TRIAL
*Electronically Filed*

Cherosco Brewer, by his attorney, David s. Mejia, files this Motion requesting that this court consider Cherosco Brewer's "SUPPLEMENTAL [sic] MOTION FOR A NEW TRIAL" and "AMENDED NUNC PRO TUNC MOTION FOR A NEW TRIAL". In support, the following is said:

1. On May 15, 2019, as this case was going forward to a scheduled Sentencing Hearing, the proceedings were abruptly brought to a halt when the Defendant speaking on his own behalf urged this court to consider his dual *pro se* motions identified above. After a brief colloquy Cherosco Brewer was ordered to file any motion within ten days. [DN 175] This filing is at Mr. Brewer's request and in accord with this court's directive.

2. Cherosco Brewer, as a supplement and/or amendment to his attorney's previously-filed post-trial filings, urges this court as follows: (a) to set aside the jury's verdict because the government failed to prove guilt beyond a reasonable doubt; (b) the government failed to prove at trial that the suspect substances were actually marijuana and cocaine as alleged in the indictment; (c) the government failed to prove that the Defendant knowingly possessed the controlled substances; (d) the government failed to prove that the Defendant knowingly

1

possessed a firearm and controlled substances on the two days he was stopped by law enforcement officials.

3. He urges this court should reverse its earlier Orders denying Defendant's pretrial motion to suppress due to (a) the absence of probable cause; (b) the lack of proof that he violated the excessive window tint provision under Kentucky law; (c) the violation of the Defendant's right to a speedy trial under Due Process; (d) due to the failure of the Commonwealth to prosecute and convict him of excessive window tint.

4. Based on **NEWLY DISCOVERED EVIDENCE** Cherosco Brewer seeks a new trial. After the jury verdict, the family of Cherosco Brewer observed a You Tube video captioned "We Got Him for Good". It is his contention that someone (?) video recorded proceedings during his trial. It is his further belief that this video recording, done during his trial secretly, interfered with his right to a fair trial, a fair jury verdict, and constituted misconduct. [ATTACHMENT A]

5. Finally, in addition to the above, Cherosco Brewer alleges, a Right Wing Blog was posted on the internet on Saturday, January 12, 2019, two days after his conviction. The blog gloated, "Five-Time Convicted Felon Found Guilty on Gun & Drug Charges". It is Cherosco Brewer's belief that this posting on the internet deprived him of a fair trial. [ATTACHMENT B]

WHEREFORE, it is respectfully requested that this court grant Cherosco Brewer leave to file his above-two motions prepared by him so that they can be of record as he intends to appeal his conviction and sentence; and further, upon reconsideration, that this court reverse itself and vacate his conviction and sentence.

Respectfully submitted,

/s/ David S. Mejia
David S. Mejia
*Attorney for Cherosco Brewer*
624 W. Main Street, 4th Floor
Louisville, KY 40202
(502) 584-8991 – telephone
(502) 583-6977 - facsimile
E-mail: david@dmejialaw.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed on May 24, 2019, and all counsel of record automatically served with same, through the Court's CM/ECF system.

/s/ David S. Mejia
David S. Mejia

Photo - Google Photos                                                                 Page 1 of 1



ATTACHMENT A

4:01 ⏳      📶 LTE

🔒 rightwingtribune.com

# Five-Time Convicted Felon Found Guilty On Gun & Drug Charges

**LMPD, ATF, Federal, and State Prosecutors continue to aggressively investigate and prosecute Louisville's most violent offenders**

**LOUISVILLE, Ky.** – Cherosco Brewer, age 35, of Louisville, Kentucky, was found guilty on Thursday in United States District Court following a four day jury trial, announced United States Attorney Russell M. Coleman.

The jury convicted Brewer on all counts of a federal indictment which charged the following: possession of a firearm by a convicted felon, possession with intent to distribute cocaine; possession with intent to distribute marijuana, and possession of a firearm in furtherance of a drug trafficking crime. Brewer faces 30 years to life in federal prison. There is no parole in the federal system.

"There is no daylight between federal, state, and local law enforcement to

*ATTACHMENT B*

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | )<br>)<br>) | |
| vs. | ) | CASE NO. 3:17-CR-00037-DJH |
| | ) | |
| CHEROSCO BREWER,<br>Defendant. | )<br>)<br>) | |

## **ORDER**
*Electronically Filed*

Upon Defendant's Motion to Reconsider This Court's Order [DN 171] Denying His Motion [DN 152] For New Trial; and allowing Cherosco Brewer to file his dual *pro se* written post-trial motions;

IT IS HEREBY ORDERED the motion is GRANTED _____

DENIED _____

_____
Judge David J. Hale,
United States District Court,
Western District of Kentucky at Louisville