IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | )<br>)<br>) |
| vs. | ) CASE NO. 3:17-CR-00037-DJH<br>) |
| CHEROSCO BREWER,<br>Defendant. | )<br>)<br>) |

**ORDER**
*Electronically Filed*

Upon Defendant's Motion to Reconsider This Court's Order [DN 171] Denying His Motion [DN 152] For New Trial; and allowing Cherosco Brewer to file his dual *pro se* written post-trial motions;

IT IS HEREBY ORDERED the motion is GRANTED _____

DENIED _____

_____
Judge David J. Hale,
United States District Court,
Western District of Kentucky at Louisville