FILED JS
~~DISTRICT COURT CLERK~~
WESTERN DISTRICT OF KY

19 MAY 24  PM 5:03

May 22, 2019
U.S.A.-VS-BREWNER
CASE #3:17-CR-00037-DJH

DEAR; Hon. Judge DAVE WHalin

I am writting you in regarding WithDraw'in My counsel for being INEFFective AssisTant. I also have letter's supporTing all of my issues with Mr. David S. MEJiA. I've been try'in to get my lawyer for months to listen to me about research I, have did on my case. He has repeated to lie to me and my family about his work. None of the motion's he has file on my behalf had any authority or constilution Right in them. He has just been argue issues not supporT thought out trial as well. He has been filing motion's untimely also. WHEN me and my family hire him. Mr. MEJiA, ask me what was I expecting the outcoming of this case. I asked him how many door's did it take him to get into G.C.D.C. to visit me. He stated three i; said I, want go out them three door's. Mr. MEJiA repile you have yourself a Lawyer. Because if, "U, was try'in to take a plea deal on these charges I was not going to be your Lawyer!
Now that i; have comFronTed him on all of his many lay and error of law. He tell me

On May 15, 2019 after the sentenced hearing was continued. Mr. Mejia stated that he told me that all of my motions was going to be denied (1) Because Judge David J. Hale does not like me) (2) He just file them to be a part of my direct appeal if, I am convicted at trial. He also said, fuck Judge David J. Hale because. Mr. Mejia lie to me and "said, Judge Hale, granted him a 21 day leave to file any new trial or post-trial motion's. At the hearing on May 15, 2019 Judge David J. Hale stated he did not grant him a Rule 45. Judge Hale state we was to follow court Rule 7, days to file any motions period. Mr. David S. Mejia is untrust worthy and he is money hungry. And he is a hypocritically because he "said, that. He can't forsee how trial is going to turn out. But he sure told me that Judge Hale was not going to grant my New trial motion or any of my other motion's that he file on my behalf. Judge David J. Hale told me I, can not talk to him or file any motion in his courtroom cause that is what i, have a lawyer for. "Mr. Mejia, would not sign off on the motion doing the sentenced hearing on May 15, 2019. He has fell to do what he was pay to do and also his job!

Hon. Judge DAVE WHAliN me and my family have picked the wrong Attorney. I am in the need of your help to WithDRAW Mr. David S. MeJiA as my counsel. THANk you for your time. Mr. David S. MeJiA is INEFFective AssisTaNT Counsel and I, have

PROVE.

Very truly yours

CHEROSCO BREWER #221575
G.C.D.C. 320 SHAW Station
Road
LeitcHField, KENTucky
42754
Cherosco Brewer