LAW OFFICE OF
# DAVID S. MEJIA
THE MEYER BUILDING
624 WEST MAIN STREET, FOURTH FLOOR
LOUISVILLE, KENTUCKY 40202

LICENSED IN ILLINOIS AND KENTUCKY
david@dmejialaw.com

January 21, 2019

TELEPHONE (502) 584-8991
FACSIMILE (502) 583-6977

***CONFIDENTIAL & PRIVILEGED***
***ATTORNEY-CLIENT COMMUNICATION***
Cherosco Brewer, Federal Detainee
*Inmate No. 221575 – Unit/Cell #158*
Grayson County Detention Center
320 Shaw Station Road
Leitchfield, Kentucky 42754

**Re:    U.S. v. Brewer, USDC, WDKY at Louisville – Case No. 3:17-CR-00037-DJH**

Dear Cherosco:

This is to let you know the current status of your case. Following the Jury's verdict of Thursday, January 10, 2019, I was granted leave to file any new trial or post-trial motion within 21-days -- to January 31, 2019. Presently I am doing that. It will incorporate all pretrial motions that were denied (with the exception of pre-trial detention, since you are now convicted) as well as all objections made during trial. Also, I am putting together material for your sentencing.

As we discussed, the $15,000.00 attorney's fees you've paid covered all attorney work done on your behalf through jury verdict. An additional $3,000.00 is owed to take your case through the post-trial stages and sentencing. Although we agreed that amount would be paid on or before Friday, January 18, 2019, to the present time I have not received any payment. When that is done, as we agreed, I shall credit $3,000.00 toward the $15,000.00 appellate fee, leaving a $12,000.00 balance. Please know that if I do not receive payment, I shall withdraw as your attorney and seek the appointment of a public defender for your counsel on appeal.

Soon, you will be contacted a United States Probation Officer. On this, I advise you, to meet with, talk to, and cooperate fully by answering all questions relating to: your family, your upbringing, physical health, history – if it applies – of alcohol or drug abuse, including any mental health history. Also, answer all questions with respect to your education, training, work history, and ownership of any and all property (real estate or personal property). I will inform the Probation Officer that you shall not be asked, nor shall you answer, any questions relating to your criminal history, prior arrests, or any matter relating to your federal/state indictment and prosecution in the present case. In other words, do not discuss this case.

**CONFIDENTIAL & PRIVILEGED**
**ATTORNEY-CLIENT COMMUNICATION**
Cherosco Brewer
January 21, 2019
Page 2

      I hope you are doing well, despite the disappointing verdict. You always assisted me and cooperated fully. It is unfortunate that the jury did not accept our defense, but now we must go on. I hope to be your appellate lawyer, but if not, I wish you all the best as you proceed to your direct appeal.

                                    Very truly yours,

                                      David S. Mejia

DSM/rst
Enclosures

LAW OFFICE OF
# DAVID S. MEJIA
THE MEYER BUILDING
624 WEST MAIN STREET, FOURTH FLOOR
LOUISVILLE, KENTUCKY 40202

LICENSED IN ILLINOIS AND KENTUCKY
david@dmejialaw.com

January 31, 2019

TELEPHONE (502) 584-8991
FACSIMILE (502) 583-6977

***CONFIDENTIAL & PRIVILEGED***
***ATTORNEY-CLIENT COMMUNICATION***
Cherosco Brewer, Federal Detainee
*Inmate No. 221575 -- Unit/Cell #158*
Grayson County Detention Center
320 Shaw Station Road
Leitchfield, Kentucky 42754

   Re: **U.S. v. Brewer, USDC, WDKY at Louisville – Case No. 3:17-CR-00037-DJH**

Dear Cherosco:

  Enclosed is a copy of the post-trial motion filed yesterday. As you will see, I seek a new trial on your behalf. Please be aware that this motion will not be granted, but will serve as a document that preserves your right to appeal on all the issues presented in the trial court before, during, and after trial. We will now proceed to sentencing on April 17, 2019 (as I explained to you in my last letter).

  Please do not be confused about our discussion with respect to our financial relationship. You have fully paid me for all that we have agreed. This is to acknowledge your having paid $15,000.00 as my trial fee, which included: a pretrial motion to dismiss, a motion to reconsider the denial of your suppression motion, a motion for bail, as well as all pretrial investigation, preparation, trial pleadings, jury instructions and the full defense of all charges in the indictment from jury selection through the prosecution's case in chief, the defense case, closing arguments, jury deliberations and verdict. After four days of trial, once the verdict was rendered, all work you hired me to do was *then* completed.

  Of course, we will now proceed to sentencing. At its conclusion, you will file a Notice of Appeal and seek a court-appointed lawyer. When the verdict came in, in response to your saying you wanted me to be your appeals lawyer, I informed you that my fee to be your appellate lawyer is $15,000.00. I said I would be your lawyer on appeal if additional fees were paid on following basis: $3,000.00 within a week or two, and the $12,000.00 balance *before* April 17, 2019. I cannot accept an arrangement for payment by installment or monthly payments. I will fully understand if you choose to be represented by a public defender, court-appointment lawyer, or choose to hire a different private attorney.

LAW OFFICE OF
# DAVID S. MEJIA
THE MEYER BUILDING
624 WEST MAIN STREET, FOURTH FLOOR
LOUISVILLE, KENTUCKY 40202

LICENSED IN ILLINOIS AND KENTUCKY
david@dmejialaw.com

TELEPHONE (502) 584-8991
FACSIMILE (502) 583-6977

May 7, 2019

**CONFIDENTIAL & PRIVILEGED**
**ATTORNEY-CLIENT COMMUNICATION**
Cherosco Brewer, Federal Detainee
*Inmate No. 221575*
Grayson County Detention Center
320 Shaw Station Road
Leitchfield, KY 42754

   Re: U.S. v. Brewer, USDC, WDKY at Louisville –
     Case No. 3:17-CR-00037-DJH

Dear Cherosco:

  I hope this letter finds you well. Please find enclosed a copy of an Order entered by Judge Hale today, denying the Motion to Bar Consecutive Punishments filed on your behalf in the above-referenced case. Please also find enclosed a copy of the Government's Sentencing Memorandum that was recently filed in this matter, as well.

              Respectfully,

              Robin S. Tabler
              *Legal Assistant to David S. Mejia*

Enclosures
DSM/rst

LAW OFFICE OF
# DAVID S. MEJIA
THE MEYER BUILDING
624 WEST MAIN STREET, FOURTH FLOOR
LOUISVILLE, KENTUCKY 40202

LICENSED IN ILLINOIS AND KENTUCKY
david@dmejialaw.com

TELEPHONE (502) 584-8991
FACSIMILE (502) 583-6977

May 7, 2019

**CONFIDENTIAL & PRIVILEGED**
**ATTORNEY-CLIENT COMMUNICATION**
Cherosco Brewer, Federal Detainee
Inmate No. 221575
Grayson County Detention Center
320 Shaw Station Road
Leitchfield, KY 42754

Re:  U.S. v. Brewer, USDC, WDKY at Louisville –
Case No. 3:17-CR-00037-DJH

Dear Cherosco:

Today the Judge issued a 9-page Order denying the post-trial Motion I filed on your behalf. As you are aware, after a guilty verdict, in order to preserve issues on appeal, a post-trial motion is necessary. Routinely, they are denied, as it is virtually always the case that the trial judge will not reverse himself in his denial of motions, objections, and arguments made by the defendant before and during trial. Save this for your records as it is another part of your appeal.

As you are aware, your date for Sentencing is currently set for Wednesday, May 15, 2019 at 10:30 a.m. Right after the sentence is imposed, I will indicate to the Court, two things: first, that you wish for Notice of Appeal to be entered on your behalf; and second, that you receive appointment of a lawyer to represent you on your appeal. That will end my representation of you. Of course, I will assist your court-appointed attorney by providing all material from your file.

Very truly yours,

David S. Mejia

Enclosure
DSM/rst