

Mr. Cherosco Brewer #221575 cell #158
G.C.D.C.
320 Shaw Station Road
Leitchfield, Kentucky 42754

POSTAGE DUE 15¢

Hon. Judge Dave Whalin
United States District Court
Western District of Kentucky
Gene Snyder United States Courthouse
601 West Broadway, Louisville, Kentucky 40202