Case 3:17-cr-00037-DJH-HBB Document 181-1 Filed 06/04/19 Page 1 of 8 PageID #: 1093

6/3/2019  BREAKING News Out Of Kentucky... THEY GOT HIM FOR GOOD!

Visit **RightReport.com** for Your Daily Summary of News

# RIGHT WING TRIBUNE
WHEN THE MSM FAILS YOU … WE HAVE YOUR BACK

HOME | POLITICS | PRIVACY | CORRECTIONS | CONTACT | STORE



BREAKING NEWS    JUNE 3, 2019 | JUDGE JEANINE PIRRO EXPOSES MUELLER WORKING

SEARCH …

# BREAKING News Out Of Kentucky… THEY GOT HIM FOR GOOD!

POSTED BY: DEAN JAMES III%    JANUARY 12, 2019

**10**
SHARES

Share    Tweet

Five-Time Convicted Felon Found Guilty On Gun & Drug Charges



Case 3:17-cr-00037-DJH-HBB   Document 181-1   Filed 06/04/19   Page 2 of 8 PageID #: 1094

6/3/2019                                          BREAKING News Out Of Kentucky... THEY GOT HIM FOR GOOD!

**LMPD, ATF, Federal, and State Prosecutors continue to aggressively investigate and prosecute Louisville's most violent offenders**

Mr. Clean
**BUY NOW**

**LOUISVILLE, Ky.** – Cherosco Brewer, age 35, of Louisville, Kentucky, was found guilty on Thursday in United States District Court following a four day jury trial, announced United States Attorney Russell M. Coleman.

The jury convicted Brewer on all counts of a federal indictment which charged the following: possession of a firearm by a convicted felon, possession with intent to distribute cocaine; possession with intent to distribute marijuana, and possession of a firearm in furtherance of a drug trafficking crime. Brewer faces 30 years to life in federal prison. There is no parole in the federal system.

"There is no daylight between federal, state, and local law enforcement to remove the most violent offenders from the streets of our city," stated U.S. Attorney Russell Coleman. "We are committed to continuing to work together towards a safer Louisville in 2019."

According to the evidence presented at trial, on November 11, 2015, Louisville Metro Police Department Detectives Tyler Holland and Holly Hogan initiated a traffic stop involving a 2013 Dodge Charger on suspicion of excessive window tint. The officers identified the driver as Brewer. During the stop, a narcotics detection dog alerted on the outside of the car. The officers then ran the dog through the passenger compartment of the car.  While inside the car, the dog alerted on the area around the steering column.

YOU MIGHT LIKE


Mueller Exposes Democrats
Details here


New Painkiller 15x More Effective Than Oxy
LifeStream Labs CBD


White House In Panic After Truth Is Exposed
{READ MORE}

advertisement - story continues below

**Do you think Donald Trump be president?**

- Yes
- Not sure

2,329 Votes • Promoted Content





Prayers Go Out to Oprah Winfrey
It's Over...

You Won't Believe His Transformation
Keto Diet

Recommended by powerinbox

**Trending:** Rudy Giuliani Makes Huge Disclosure: Indictments For Obama Officials Coming Soon

During a search of the car, officers found several baggies of marijuana packaged for sale as well as a loaded Glock .40 caliber handgun wrapped in a cloth napkin and hidden under the steering column. When officers arrested Brewer, they recovered $920 in cash and seven cell phones which were in his possession. After his arrest on November 11, 2015, Brewer posted a cash bond and was released from state custody.

On November 12, 2015, LMPD Detective Chad Stewart conducted a traffic stop involving a 2010 Ford Taurus on suspicion of excessive window tint. Brewer was driving the car and told police it belonged to his wife. During the traffic stop, a narcotics dog alerted on the outside of the Taurus. When officers conducted a search of the car they recovered approximately fifteen individual bags of cocaine which were packaged for sale, wrapped in a cloth, and hidden behind the dash panel.  Officers also recovered $885 in cash and three cell phones from Brewer.

Brewer has five previous felony convictions in Jefferson County Circuit Court for trafficking cocaine, flagrant non-



**IF PRESIDENT TRUMP IS IMPEACHED... WILL YOU REVOLT? \***

- Hell YES!
- Nope!
- I'm A Commie

Email *

Email Address

Case 3:17-cr-00037-DJH-HBB   Document 181-1   Filed 06/04/19   Page 4 of 8 PageID #: 1096

6/3/2019                                             BREAKING News Out Of Kentucky... THEY GOT HIM FOR GOOD!

support, possession of a handgun by a convicted felon, and receiving stolen property over $300.

The conviction of Brewer on Thursday follows the 2018 conviction of Jamar Garrison on gun and drug charges. Garrison, who is also a previously convicted felon and a habitual drug dealer with a history of gang violence, was also arrested by LMPD officers after a traffic stop. Garrison is scheduled to be sentenced in federal court later this month.

This case is being prosecuted by Assistant United States Attorneys Erin McKenzie and Corinne Keel and was investigated by the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and the Louisville Metro Police Department (LMPD) with assistance from the Louisville Metro Intelligence Task Force (LMINTEL).

advertisement - story continues below

The U.S. Attorney's Office is partnering with federal, state, and local law enforcement to specifically identify criminals responsible for significant violent crime in the Western District of Kentucky.  A centerpiece of this effort is Project Safe Neighborhoods, a program that brings together all levels of law enforcement to reduce violent crime and make neighborhoods safer for everyone.

Submit

View results

OUR LATEST POSTS!

Disgraced Fmr FBI Dir Comey Tips His Hand, Attacks AG Barr As Indictment Looms

Piers Morgan Takes A Torch To Liberals Protesting Donald Trump In UK And It's Going Viral

Attorney General Barr Exposes Huber As A FRAUD: He Never Even Began FISA Abuse Probe

Judge Jeanine Pirro Exposes Mueller Working For The Democrats

Veterans Storm Out Of Ocasio-Cortez Meeting After She Bashes America

Rudy Giuliani Makes Huge Disclosure: Indictments

**SOURCE- THE UNITED STATES DEPARTMENT OF JUSTICE (DOJ)**

U.S. Attorney's Office

Western District of Kentucky

**WE WANT TO THANK ALL THE BRAVE MEN AND WOMEN WHO HAVE DEDICATED THEIR LIVES TO KEEPING OUR COUNTRY SAFE.**

**GOD BLESS AMERICA!**

When you share to your friends you greatly help distribute our content. Please take a moment and consider sharing this article with your friends and family. Thank you, we appreciate it!

## FACEBOOK HAS BANNED US!

The leftists at Facebook decided they didn't like our message, so they removed our page and are censoring us. Help us fight back and subscribe to our newsletter so that you can stay up-to-date with everything Facebook doesn't want you to see!

Email Address

SUBSCRIBE NOW

For Obama Officials Coming Soon

Disgraced Former President Makes Total Fool Of Himself, Ignorance Of Founding Docs Revealed

BREAKING: Mueller & Team Edited Report, Left Out Crucial Information To Frame Trump

BREAKING: Kamala Harris Attacked At Live Event

Mexican President Launches Savage Attack On Trump … Do You Have His 6?

GET MORE STORIES LIKE THIS
**IN YOUR INBOX**

Sign up for our email and get the stories everyone is talking about!

Email Address

Case 3:17-cr-00037-DJH-HBB   Document 181-1   Filed 06/04/19   Page 6 of 8 PageID #: 1098

6/3/2019                              BREAKING News Out Of Kentucky... THEY GOT HIM FOR GOOD!



SUBSCRIBE



📈 11,793 Votes

Are Democrats to blame for the immigra[nt ...] country?

- Yes
- No
- Not sure

Promoted Content



### Daily Beast Writer, A Convicted Felon Previously Banned From The Internet, Doxxes Man Who Shared Pelosi Meme Video

June 1st, 2019

Big League Politics



### Piers Morgan Takes A Torch To Liberals Protesting Donald Trump In UK And It's Going Viral

June 3rd, 2019

Right Wing Tribune

**10 SHARES**    Share   🐦 Tweet

**YOU MIGHT LIKE**



### WATCH: Republican Congressman ASSAULTED In Broad Daylight By His Former Opponent

June 2nd, 2019   Flag And Cross



### Pro-Choicers Threaten to


**How Much Does a Walk-In Tub Actually Cost?**
*Now it counts*


**If Your Dog Eats Dry Food (Do This Every Day**
*Ultimate Pet Nutrition*


**BREAKING: Tiger Woods Drops Bombshell on Live Television**
*Now The PGA Wants Him Gone*


**19 Products You'll Regret Not Getting Before They Sell Out**
*Daily Gadget*


**1 Cup Each Morning Will Burn 1lb Of Fat Per Day**
*Trending Diet News*


**Doctors Can't Believe She Used This To Erase Her Wrinkles**
*Health-E News*

**Kimberly Guilfoyle Confirms Sad News**
*midnightsexpres.com*


**1 Cup (Before Bed) Burn Belly Fat Like Crazy! (Genius)**
*OneSimple.News*


**This Method Will Regrow Your Hair In 7 Days, Look!**
*Hair Loss Journal*


Recommended by powerinbox

‹ **Previous post**          **Next post** ›

### Rape Pro-Life Senator's Wife

June 3rd, 2019

Think Americana

### Former FBI Director James Comey Named In Sexual Harassment Lawsuit Filed By Group Of Former FBI Recruits

June 1st, 2019

Freedom Outpost

---

## LEAVE A COMMENT

---

**Popular in the Community**  

Sponsored

**JUDGE JEANINE PIRR EXPOSES MUELLER…**

 **OrangeElepl**
4h

All I'm going to say that I agree 100%



**0 Comments**

Add a comment...

[Facebook Comments Plugin](#)

### TRENDING ON RIGHT WING TRIBUNE

HOME | POLITICS | PRIVACY | CORRECTIONS | CONTACT | STORE

Copyright 2019 Right Wing Tribune. All rights reserved.