May 23, 2019



FILED JS
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

19 JUN -3 PM 3:01

Honorable David J. Hale

Judge, United States District Court

Western District of Kentucky

Gene Snyder United States Courthouse

601 West Broadway Street

Louisville, KY 40202

Dear Judge Hale:

My name is Marian Dean. I am writing this letter to provide a character reference for my friend Cherosco Brewer. I have known Mr. Brewer for well over 30 years. I provide this reference in full knowledge of Mr. Brewer's charges.

Mr. Brewer is a person of good moral character, who comes from a strong family. A family that has always believed in hard work, integrity, and goodwill toward others, and Cherosco has retained all those beliefs. He is a family man, loyal and above all; honest.

In his personal life, he has many friends, among whom he is quite well respected and liked. He never has a bad word to say about anyone, and his kindness and generosity are unparalleled.

He's made mistakes and had up and downs like most of us have. He can and will admit that he has done some wrong but when he knows something is not right, he will fight and stand up. Just as he is trying to do now, fight for his freedom.

Sincerely,

*Marian Dean*

Marian Dean