May 23, 2019



Honorable David J. Hale

Judge, United States District Court

Western District of Kentucky

Gene Snyder United States Courthouse

601 West Broadway Street

Louisville, KY 40202

Dear Judge Hale:

My name is Camille Taylor. I am writing this letter to provide a character reference for my friend Cherosco Brewer. I have known Mr. Brewer for a little over 5 years. I was both troubled and surprised to hear about his recent case. I provide this reference in full knowledge of Mr. Brewer's charges.

During this time, I have formed a good friendship with Mr. Brewer, he is dedicated to his family and friends. He has always been a rather solid person. In our friendship, he has really been there for me and my family

While it's unfortunate that he has made some bad decisions in his past. He can and will admit that he has done some wrong but when he knows something is not right, he will fight and stand up. Mr. Brewer is reliable, trustworthy and a decent honest man.

Sincerely,

Camille Taylor