

Camille Taylor

LOUISVILLE KY 400
30 MAY 2019 PM 2 L
Forever USA

FILED JS
U.S. DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
19 JUN -3 PM 3:02

Honorable David J. Hale
Judge, United States District Court
Western District of Kentucky
Gene Snyder United States Ct House
601 West Broadway
Louisville, KY 40202