UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,   Plaintiff,

v.   Criminal Action No. 3:17-cr-37-DJH

CHEROSCO BREWER,   Defendant.

\* \* \* \* \*

### ORDER

Attorney David Mejia has moved to withdraw as counsel for Defendant Cherosco Brewer. (Docket No. 178)  The Court referred the motion to Magistrate Judge Colin H. Lindsay for report and recommendation.  (D.N. 180)  Judge Lindsay issued his Report and Recommendation on June 19, 2019, recommending that the motion to withdraw be granted and that the Federal Defender's Office be appointed to represent Brewer. (D.N. 185)  The time for objections to the Report and Recommendation has now run, with no objections filed. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Crim. P. 59.  The Court has reviewed the Report and Recommendation and agrees with the magistrate judge's conclusions.  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)   The Report and Recommendation of Magistrate Judge Colin H. Lindsay (D.N. 185) is **ADOPTED** in full and **INCORPORATED** by reference herein.

(2)   The motion to withdraw (D.N. 178) is **GRANTED**.  The Clerk of Court is **DIRECTED** to terminate David Mejia as counsel for Defendant in the record of this matter.

(3)   The Federal Defender's Office is **APPOINTED** to represent Brewer.

(4)   This matter is set for a status conference on **August 7, 2019, at 2:00 p.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

July 24, 2019

**David J. Hale, Judge**
**United States District Court**

1