UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:17-cr-37-DJH

CHEROSCO BREWER,     Defendant.

\* \* \* \* \*

## ORDER

In accordance with the Court's May 7, 2019 Order (Docket No. 173), it is hereby

**ORDERED** that the Clerk of the Court shall **STRIKE** Docket No. 188 from the record of this matter.

August 7, 2019

**David J. Hale, Judge**
**United States District Court**

1