UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                             Plaintiff,

v.                                               Criminal Action No. 3:17-cr-37-DJH

CHEROSCO BREWER,                                                    Defendant.

* * * * *

## MEMORANDUM OF CONFERENCE AND ORDER

A status conference was held in this matter on August 7, 2019, with the following counsel participating:

For the United States:        Erin McKenzie

For Defendant:            Don Meier

The defendant was present. The Court and counsel discussed the procedural posture of the case. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this matter is set for a telephonic status conference on **August 19, 2019, at 11:00 a.m.** to discuss scheduling. Counsel are **DIRECTED** to confer in advance regarding a proposed schedule. The Court will initiate the call. Participating counsel shall contact Judge Hale's Case Manager, Natalie Thompson, at nthompson@kywd.uscourts.gov with their preferred contact numbers no later than 5:00 p.m. on August 16, 2019. Counsel are advised that participation by cellular phone is not permitted.

August 7, 2019

Court Time: 00/05
Court Reporter: Dena Legg

**David J. Hale, Judge**
**United States District Court**

1