UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:17-cr-37-DJH

CHEROSCO BREWER,     Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on August 19, 2019, with the following counsel participating:

    For the United States:     Erin McKenzie

    For Defendant:     Don Meier

The Court and counsel discussed the procedural posture of the case.  Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that defense counsel shall file any motion, request for hearing, or notice that no hearing is requested on or before **September 3, 2019**.  The United States shall respond no later than **September 10, 2019**.

August 19, 2019

**David J. Hale, Judge**
**United States District Court**

Court Time: 00/20
Court Reporter: Dena Legg

1