Magistrate Judge

Dear Colin H. Lindsay 8/29/2019

I am CHEROSCO L. BREWER, and giving you a update on my current relationship with the court appointed lawyer Don J. Meier. First-n-Formost he is ineffective assistant counsel do to him not doing his job. After he appear at court with me, he stated to Judge Hale that he was only notice about being appointted counsel the day before court. That date was 8/05/2019 7:00pm and does not know any thing about me or my case. And need time to investigate my case to Judge Hale. And he state my Brewer has 2 motions that he has prepare to file today here in court. He stated to me that he could not sign on to my motions for post-trial and New Trial motion also request for leave to file untimely post-trial and New Trial Motion. Because it was against the law and he would be subject to malpractice. I told him i was only being prepare cause no lawyer never came to see me or contacted me.
So, he came to visit me at G.C.D.C. and stated he has look at my motions. And want to know what I wanted him to do for me. I told him why would you ask me that? To my self i, said out loud the motions speek for theirself. Mr. Meier stated that if i, wish to spit my claim's. I said, spit KRS500.05

from my ineffective assistant counsel claims. He said, that every lawyer should know KRS 500.050 statue's. Because they teach us them statue's in law school. And he made a joke and said, I'm a 40, year veteran and I am shock that none of your other lawyer caught it. He could file motion A.S.A.P. to push toward KRS 500.050 cause it do not take no investigate to file that. But if, I want to file my ineffective claim's he would have to get my full discovery case and transcript of trial. To know if i, meet the test and be "for sure", that my ineffective assistant counsel claim's are trueful. So, I told him to do his investigate because both of my claim's have to be file together just like i have them on my motions now. He stated because him and his office has never saw it file in this form but it is right. So it might take him a couple weeks to read over all the information. Then i, said if, you have to add anything to my motion post-trial and new trial motion. Please come and see me before you file it so, I can read over it. He said, he would and that's no problem. Once i, had my family check U.S. District Court criminal docket for my

CASE. And found out i, had motions due 9/3/2019. I began calling Mr. Meier office and i could not never caught him. He never notice me by mail what so ever. Then he came to see me 8/29/19 at G.C.D.C. And stated i, got some bad new you do not want to hear before i, even set down. He stated that his boss told him to not file my motions because it is frivolous. And would later stop me from being able to file a 2255 after sentenced. And i, can only file the post-trial and new trial motion after sentenced. Plus he also "said, just because the probable cause of my traffic stop's. Was not carry out within one year afte it was committed. KRS 500.050 Does not change the fact that the police had probable cause to stop me. And him filing these motions after the appeal attorney in his office told him and do other couple of attorney. Said, he would face malpractice. Judge Lindsay Mr. Don J. Meier is a lier and he has fell to investigate my claim with, my motion like he said he was going to do And once he became my lawyer he had a due to file Rule 45 (b)(1)(B) period. As you can read my letter you can see clearly as day that Mr. Meier. Is telling me alot of lry and letting me know that he has violation my 6th and 11th Amendment of the U.S. Constitution and under the umbrella

U.S. Constitution. This is a totaly miscarriage of justice. Magistrate Judge Colin H. Lindsay. After he told me all of these lies i asked him could he "please" show me where he got his facts from. I even asked him to write the information on paper so I could look it up. He "said" he did not bring the library with him and lawyers know what to say. That why him and his boss and co-workers came up with my motions is frivolous. And he knows for a fact that Judge Hale is not going to let him file the motions in his court. Mr. Dan Meier repeated that a couple of time. Mr. Meier deliverly did not file the motion 4/5(b)(1)(B) to time bare me. That is why he waited to come and visit me two day before my deadline to file all motions. I'm not going to recieve fair justice that the U.S. Constitution shall made for me 4th 6th 11th Amendment of the U.S. Constitution. I asked Mr. Don J. Meier to withdraw hisself off of my case A.S.A.P. He said, he could file a motion for I can talk to Judge Hale face to face. I told him i don't wish to talk to Judge Hale about anything. And i stated that you sure have a lot of power to be able to make things happen like that. He went on to say he will file the regular reason's why defendants want their counsel remove. I repile

you can tell whatever lry you want to tell. I plan on telling Magistrate Judge Lindsay the real reason why. I know my claims are not frivolous because when it lacks an arguable basis either in law or in fact. Neitzke v. Williams, 490 U.S. 319, 325 (1989) This unfairness is really getting out of hand Judge Lindsay. I have show in the motions I meet all the test. And where i got the law from. The last time i checked the U.S. Constitution has not changed. "Please, appoint me a lawyer or lawyers that does not have been ties with any of these lawyers that has are is involved with this material. Because my liberty is being step on...!!! Thank you for your time Magistrate Judge Lindsay.

Yours Truely,

Cherosco Brewer #221575 Cell 15
G.C.D.C.
320 Shaw Station Road
Leitchfield, Ky 42754

Cherosco L. Brewer

FILED
VANESSA L. ARMSTRONG, CLERK
SEP 04 2019
U.S. DISTRICT COURT
WEST'N DIST. KENTUCKY

P.S. Magistrate Judge Colin H. Lindsay

I'm being prejudice by Mr. Don J. Meier action See also Jones v. Barnes, 463 U.S. 745, 758, 103 S.Ct. 3308, 3316, 77 L.Ed.2d 987 (1983) (BRENNAN, J., dissenting) ("To satisfy the Constitution, counsel must function as an advocate for the defendant, as opposed to a friend of the court"); As well as Mr. Meier say'in Hon Judge Hale will not let me meaning my lawyer never file these motions in his court room. And he and his co-workers will bet anything that he will not 100%. I am not no were near able to keep fighting three or more lawyers that are working together to violation my 6TH Amendment of the U.S. Constitution. Judge Colin as you can see I am following Federal Rules of Criminal Procedure. And as my motions are as well. Please, help me with the repeated Ineffective Assistant Counsel's with their trickes and lies. I have prove in everything that i; say!