19 SEP -4 AM 11:14

C.D.C.
Shaw Station Road
tchField, Ky 42754

Magistrate Judge Colin H. Lindsay
U.S. Federal Court Western District of Ken
700 W. Broadway
Louisville Kentucky 40202

Grayson County Detention Center

#21575 CE11 #158

PURPLE HEART FOREVER USA