UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,    Plaintiff,

v.    Criminal Action No. 3:17-cr-37-DJH

CHEROSCO BREWER,    Defendant.

\* \* \* \* \*

## ORDER

Once again, the Court is presented with a motion to withdraw by counsel for Defendant Cherosco Brewer. Following extensive pretrial litigation and a trial completed in January 2019, a sentencing hearing was set in this matter for April 2019. The sentencing hearing has since been delayed in substantial part by the withdrawal of trial counsel and now appears subject to additional delay by yet another motion to withdraw. In light of the foregoing, it is hereby

**ORDERED** that the motion to withdraw (Docket No. 193) is **REFERRED** to Magistrate Judge Colin H. Lindsay for expedited resolution and any necessary hearing, including ex parte hearings.

September 4, 2019

**David J. Hale, Judge**
**United States District Court**

1