# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 3:17-cr-37-DJH |
| | ) |
| CHEROSCO BREWER, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR EXTENSION OF TIME
*Electronically Filed*

Comes the Defendant, CHEROSCO BREWER, by his appointed counsel, and moves this Court for an extension of time up to and including October 1, 2019, to within which undersigned counsel may make a determination to "adopt, supplement, or withdraw the pro se motions [that had] recently [been] filed by Mr. Brewer" (D.N. 195; D.N. 196). As grounds, the undersigned states the following.

As this Court is aware, the previously appointed Federal Defender was permitted to withdraw as counsel for Mr. Brewer, resulting in the appointment of the undersigned as CJA counsel on September 11, 2019 (D.N. 403). On this same date, this Court entered an Order (D.N. 200) requiring the undersigned to make a determination regarding the previously filed pro se motions within 10 days from the entry of the Order.

Upon his appointment, undersigned counsel spoke telephonically with both Mr. Meier (appointed counsel) and Mr. Mejia (previously retained trial counsel). The undersigned also traveled to the Grayson County Detention Center, where the Defendant is lodged, on September 17, 2019. Undersigned counsel spoke with Mr. Brewer for approximately three hours regarding

his case and this Court's directive regarding the *pro se* motions.

It is submitted that additional time is required by undersigned counsel to properly investigate the multiple issues that have been raised by Mr. Brewer in both his *pro se* pleadings and in counsel's initial meeting with his new client. As this Court is aware, this case's history shows that a Suppression Hearing and Jury Trial preceded the preparation of the Presentence Investigation Report that calculates a potential sentence for Mr. Brewer at decades of imprisonment.

Therefore, this request for an extension of time would allow the undersigned to properly assess the issues raised by the Defendant. Additionally, the United States would not be prejudiced by granting the extension.

Respectfully submitted,

/s/ LARRY D. SIMON
Attorney for Cherosco Brewer
The Kentucky Home Life Building
239 South 5th Street – Suite 1700
Louisville, KY 40202
(502)589-4566
larrysimonlawoffice@gmail.com

## CERTIFICATE OF SERVICE

I certify a copy of the foregoing was filed electronically on September 18, 2019. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ LARRY D. SIMON