**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br> )<br>V. )<br> )<br>CHEROSCO BREWER, )<br>    Defendant ) | CASE NO: 3:17-cr-37-DJH<br><br>**Electronically Filed** |

## ORDER

Motion having been made, and the Court having been duly advised,

IT IS HEREBY ORDERED THAT counsel for the Defendant shall adopt, supplement, or withdraw the pro se motions filed by Mr. Brewer (D.N. 195; D.N. 196) by the 1st day of October, 2019.