## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                                        PLAINTIFF

VS.

                                           **Criminal Action No. 3:17-CR-37-DJH**

### MOTION TO WITHDRAW DEFENDANT'S *PRO SE* MOTIONS

CHEROSCO BREWER                                                            DEFENDANT

\* \* \* \* \*

Comes the Defendant, Cherosco Brewer, by his appointed counsel, and respectfully moves that this Honorable Court enter the attached Order granting him leave to withdraw Defendant's *pro se* Motions found at DN 195 and 196. As grounds, the Defendant states as follows:

On September 4, 2019, the Defendant caused to be filed two *pro se* motions. The first was titled "Request for Leave to File Untimely Post-Trial and New Trial Motion" [DN 195]; the second was titled "Post-Trial and New Trial Motion" [DN 196].

Undersigned counsel was granted an extension of time until October 1, 2019, to "adopt, supplement or withdraw the pro se motions filed by Mr. Brewer" [DN 202].

WHEREFORE, the Defendant requests this Court to Withdraw these two motions.

Supplemental Motions will be filed on behalf of Mr. Brewer on today's date.

                                             Respectfully submitted,

                                             /s/LARRY D. SIMON
                                             LARRY D. SIMON
                                             Kentucky Home Life Bulding
                                             239 South 5th Street – Suite 1700
                                             Louisville, KY 40202
                                             (502)589-4566
                                             Larrysimonlawoffice@gmail.com

## **CERTIFICATION**

I certify that a copy of the foregoing was filed electronically on October 1, 2019.  Notice of this filing will be sent to all registered parties by operation of Court's ECF system.

/s/LARRY D. SIMON