**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

UNITED STATES OF AMERICA                                                                                                         PLAINTIFF

VS.

**Criminal Action No. 3:17-CR-37-DJH**

**ORDER**

CHEROSCO BREWER                                                                                                                       DEFENDANT

\* \* \* \* \*

Upon Motion of the defendant and this Court being sufficiently advised;

**IT IS HEREBY ORDERED AND ADJUDGED** that the Defendant's two *pro se* motions that were filed on September 4, 2019 [DN 195 and 196] shall be withdrawn from the record of this case.