## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                                                                    PLAINTIFF

VS.

**ORDER**

CHEROSCO BREWER                                                                                              DEFENDANT

\*   \*   \*   \*   \*

Upon Motion of the defendant and this Court being sufficiently advised;

**IT IS HEREBY ORDERED AND ADJUDGED** that the Defendant's Untimely Motion for a New Trial pursuant to Fed.R.Crim.P. 33(a) shall be deemed timely filed as of today's date.

1