UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

Criminal Action No. 3:17-cr-37-DJH

VS.                                                         **ORDER**

CHEROSCO BREWER                                                                          DEFENDANT

\* \* \* \* \*

Motion having been made, and the Court having been duly advised,

IT IS HEREBY ORDERED THAT this Court shall permit filing of this Motion for New Trial; that this Court shall permit supplementation of this Motion with such facts and legal arguments as may be justified by the record of the trial; and that this Court shall grant a period of ninety (90) days to complete any supplement of the Defendant's Motion for New Trial.