# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHEROSCO BREWER, )<br>)<br>Defendant. ) | Case No. 3:17-cr-37-DJH |

## MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO THE PRESENTENCE REPORT

### *Electronically Filed*

Comes the Defendant, CHEROSCO BREWER, by his appointed counsel, and moves this Court for an extension of time within which undersigned counsel may file objections to the Presentence Report. As grounds, the undersigned states the following.

As this Court is aware, the previously appointed Federal Defender was permitted to withdraw as counsel for Mr. Brewer, resulting in the appointment of the undersigned as CJA counsel on September 11, 2019 (D.N. 199 *SEALED*). On this same date, this Court entered an Order (D.N. 200; Page ID# 1152) requiring the undersigned to "communicate, in writing, to the Probation Office and to opposing counsel any objections they may have as to any material information, sentencing classifications, sentencing guideline ranges, and policy statements contained in or omitted from the Report."

Upon his appointment, undersigned counsel contacted previous counsel of record for Mr. Brewer and on September 20, 2019, sent all previous counsel a form signed by Mr. Brewer authorizing the release of his file to the undersigned. Federal Defender Meier informed the

undersigned in a telephone conversation that there were very few documents in his possession regarding Mr. Brewer since he was attorney of record for such a brief time period. Mr. Barton informed the undersigned that he "provided all of my file to David Mejia when he took over for Keith [Kamenish] and [Mr. Barton]. Mr. Mejia responded that he would require an "executed Waiver of Attorney Client Privelege [sic] signed and notarized by Mr. Brewer" before he would relinquish the file. The undersigned prepared such a waiver for Mr. Brewer and mailed it to the Grayson County Detention Center where the Defendant is lodged; however, it has not been received by the undersigned as of this writing.

Undersigned counsel did obtain through this court's electronic filing system a copy of the Defendant's Presentence Report on September 23, 2019. The Report's Offense Level Computation finds that the Defendant qualifies as a Career Offender under U.S.S.G. Section 4B1.1 because of three previous Jefferson County (Kentucky) Circuit Court felony convictions for controlled substance offenses on indictments returned in 1997, 2004 and 2005. (Paragraph #26 of Report; D. N. 163, Page ID# 1003) Undersigned counsel believes that these files should be reviewed before communicating or filing any objections to the Report's Offense Level Computations. The undersigned has been informed that these Jefferson Circuit Court files are archived in Frankfort, Kentucky. Although these files have been requested, it will take seven (7) to ten (10) business days to process this document retrieval.

It is submitted that additional time is required by undersigned counsel to properly investigate, research and potentially challenge the sentence calculation in the Presentence Investigation Report that calculates a potential sentence for Mr. Brewer at a mandatory minimum of 20 years and a Guideline range of 360 months to Life imprisonment. This request for an extension of time would allow the undersigned to properly represent the interests of the Defendant.

Additionally, the United States would not be prejudiced by the granting of the extension. The time period of ninety (90) days requested by the undersigned in Motions relating to the Defendant's Motion for a New Trial (D.N. ## 204 and 205) would provide the opportunity to properly comply with this Court's Order regarding the Defendant's potential objections to the Report.

Respectfully submitted,

/s/ LARRY D. SIMON
Attorney for Cherosco Brewer
The Kentucky Home Life Building
239 South 5th Street – Suite 1700
Louisville, KY 40202
(502)589-4566
larrysimonlawoffice@gmail.com

## CERTIFICATE OF SERVICE

I certify a copy of the foregoing was filed electronically on October 2, 2019.  Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ LARRY D. SIMON