**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|    Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | CASE NO: 3:17-cr-37-DJH |
| CHEROSCO BREWER, | ) | |
|    Defendant | ) | **Electronically Filed** |

## ORDER

Motion having been made, and the Court having been duly advised,

IT IS HEREBY ORDERED THAT the time for the Defendant to file his Objections to the Presentence Report is extended up to and including December 29, 2019.