UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                           Plaintiff,

v.                                               Criminal Action No. 3:17-cr-37-DJH

CHEROSCO BREWER,                                                    Defendant.

\* \* \* \* \*

**ORDER**

In light of Defendant's recent filings, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)     The motion to withdraw Defendant's pro se motions (Docket No. 203) is **GRANTED**. The Clerk of Court is **DIRECTED** to strike Docket Nos. 195 and 196 from the record of this matter.

(2)     The motion for leave to file an untimely motion for new trial (D.N. 204) is **GRANTED**.

(3)     The motion for extension of time to object to the presentence investigation report (D.N. 206) is **GRANTED**. The Court will set a new objection deadline following a ruling on the motion for new trial.

(4)     The sentencing hearing set for October 18, 2019, is **REMANDED** from the Court's docket, to be reset by subsequent order.

(5)     This matter is set for a status conference on **October 18, 2019, at 1:30 p.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky. The Court will set a new sentencing date and a briefing schedule on the motion for new trial at that time.

October 3, 2019

**David J. Hale, Judge**
**United States District Court**