UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                                                          CRIMINAL NO. 3:17-CR-037-DJH

CHEROSCO BREWER                                                             DEFENDANT

### MOTION FOR EXTENSION OF TIME TO FILE RESPONSE
*--Filed Electronically--*

The United States moves the Court to grant additional time for it to file a response to Brewer's most recent Motion for a New Trial filed on October 1, 2019 (DN 205). The response is presently due on October 15, 2019. The United States requests an additional ten days to respond to the defendant's motion. Therefore, the United States requests that the Court extend the due date for the response to October 25, 2019.         Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney

*/s/ Erin McKenzie*
Erin McKenzie
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5911

### CERTIFICATE OF SERVICE

On October 15, 2019, I electronically filed this document through the ECF system, which will send a notice of electronic filing to the Hon. Larry Simon counsel for the defendant.

*/s/ Erin McKenzie*
Erin McKenzie
Assistant United States Attorney