UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA     PLAINTIFF

v.     CRIMINAL NO. 3:17-CR-037-DJH

CHEROSCO BREWER     DEFENDANT

### ORDER

This matter is before the Court on motion by the United States for leave to extend the due date for filing its response to Brewer's Motion for New Trial (DN 205) from October 15, 2019 to October 25, 2019.  The Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the motion is GRANTED.

DATE: