UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v. Criminal Action No. 3:17-cr-37-DJH

CHEROSCO BREWER, Defendant.

\* \* \* \* \*

## ORDER

The United States has moved for an extension of time to respond to Defendant's motion for new trial. (Docket No. 208) However, as noted in the Court's recent Order, a briefing schedule on the motion for new trial will be set at the October 18 status conference. (D.N. 207) No deadlines will expire in the meantime. Accordingly, it is hereby

**ORDERED** that the motion for extension of time (D.N. 208) is **DENIED** as moot.

October 16, 2019

**David J. Hale, Judge
United States District Court**

1