UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                 Plaintiff,

v.                                                                           Criminal Action No. 3:17-cr-37-DJH

CHEROSCO BREWER,                                                                          Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A status conference was held in this matter on October 18, 2019, with the following counsel participating:

    For the United States:    Erin McKenzie

    For Defendant:    Larry Simon

The defendant was present. The Court and counsel discussed the procedural posture of the case, including Defendant's request for an additional ninety days to supplement his motion for new trial. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the request for additional time is **GRANTED**. Defendant shall have **ninety (90) days** from the date of entry of this Order within which to file any supplement to his motion for new trial (Docket No. 205). The United States shall respond within **thirty (30) days** thereafter. There shall be **no replies**.

The Court does not anticipate any further extensions or delays in this matter.

October 18, 2019

Court Time: 00/15
Court Reporter: Dena Legg

**David J. Hale, Judge
United States District Court**

1