**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CRIMINAL ACTION NO. 3:17-CR-37-DJH**

UNITED STATES OF AMERICA                                  PLAINTIFF

V.                                  *Electronically Filed*

CHEROSCO BREWER                                      DEFENDANT

\* \* \* \* \*

## ORDER

Upon motion of the Defendant, by counsel, and this Court having been sufficiently advised that the issuance of a subpoena to the Louisville Metro Police Department's Analytics Division by the Defendant requiring the production of data, reports, studies, and recommendations regarding vehicle stops by LMPD officers from 2012 to the present is necessary to supplement his Motion for New trial,

IT IS HEREBY ORDERED THAT the Defendant shall prepare a Subpoena for the Production of Documents and Information in a Criminal Case, utilizing AO Form 89B, pertinent to the Motion for New Trial, and said subpoena will require the production of the listed documents and information at a time certain to be served on counsel for both the Defendant and the United States.

So Ordered this _____ day of November, 2019.


cc: Counsel of record