UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,　　　　　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Criminal Action No. 3:17-cr-37-DJH

CHEROSCO BREWER,　　　　　　　　　　　　　　　　　　　　Defendant.

\* \* \* \* \*

## ORDER

It is hereby **ORDERED** that the United States shall respond to Defendant's Motion for Issuance of a Subpoena for the Production of Documents and Data (Docket No. 211) on or before **December 9, 2019**.

December 3, 2019

**David J. Hale, Judge**
**United States District Court**