**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CRIMINAL ACTION NO. 3:17-CR-37-DJH**

UNITED STATES OF AMERICA                                              PLAINTIFF

V.                                              *Electronically Filed*

CHEROSCO BREWER                                                        DEFENDANT

\* \* \* \* \*

**ORDER**

Upon motion of the Defendant, by counsel, and this Court having been sufficiently advised that expert services are necessary to the proper representation of the Defendant in conjunction with his Motion for New Trial,

IT IS HEREBY ORDERED THAT expert services are authorized pursuant to 18 U.S.C. §3006A(c)(1).

So Ordered this _____ day of _____, 2020.