UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                      PLAINTIFF

vs.                                                          CRIMINAL ACTION NO. 3:17-CR-37-DJH

CHEROSCO BREWER                                                               DEFENDANT

## ORDER

This matter is before the Court on the defendant's Motion to Retain Expert Services [DN 221]. Having considered the motion and the opposing response by the United States, and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the motion is denied.