# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:17-cr-37-DJH |
| | ) |
| CHEROSCO BREWER, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR EXTENSION OF TIME
*Electronically Filed*

Comes the Defendant, CHEROSCO BREWER, by his appointed counsel, and moves this Court for an extension of time to supplement his Motion for a New Trial. As grounds, the undersigned states the following.

On November 13, 2019, undersigned counsel filed a Motion on behalf of Mr. Brewer for this Court to approve the issuance of a subpoena for the production of documents and data which would support his claim of selective enforcement/racial profiling by the law enforcement agency that stopped the Defendant, leading to his arrests (DN 211). Subsequently, on December 22, 2019, undersigned counsel filed a Motion requesting the appointment of a qualified statistical expert that would analyze that data for the purpose of demonstrating a substantive claim of selective enforcement (DN 221).

As stated in the Defendant's Reply to the Government regarding these issues (DN 223), "an extension of time to fully supplement the claim of ineffective counsel would be needed for the necessary production of documents and anticipated expert testimony." *Id.,* PageID # 2211.

Furthermore, Mr. Brewer has not been sentenced and no appeal has been taken. Thus, there will be "no waste of judicial resources as a result of "the additional time needed to supplement the Motion for a New Trial. *United States v. Muñoz,* 605 F.3d 359 n. 7 (6th Cir.2010).

Therefore, this request for an extension of time would allow the undersigned to properly assess the issues raised by the Defendant. Additionally, the United States would not be prejudiced by granting the extension, as the Defendant remains in custody.

Respectfully submitted,

/s/ LARRY D. SIMON
Attorney for Cherosco Brewer
The Kentucky Home Life Building
239 South 5th Street – Suite 1700
Louisville, KY 40202
(502)589-4566
larrysimonlawoffice@gmail.com

## CERTIFICATE OF SERVICE

I certify a copy of the foregoing was filed electronically on January 14, 2020. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ LARRY D. SIMON