**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | CASE NO: 3:17-cr-37-DJH |
| CHEROSCO BREWER, | ) | |
| Defendant | ) | **Electronically Filed** |

**ORDER**

Motion having been made, and the Court having been duly advised,

IT IS HEREBY ORDERED THAT counsel for the Defendant shall be granted an extension

of time of _____ days, up to and including _____, 2020, to supplement his Motion

for a New Trial.