UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

Criminal Action No. 3:17-cr-37-DJH

VS.                                              **ORDER**

CHEROSCO BREWER                                                                      DEFENDANT

\* \* \* \* \*

Motion having been made, and the Court having been duly advised,

IT IS HEREBY ORDERED THAT this Court shall grant Defendant's Motion for New Trial.

Alternatively, this Court shall permit supplementation of this Motion with such facts and legal arguments as may be allowed by this Court pursuant to Defendant's Motions (DN 211 and 221).