UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                              PLAINTIFF

vs.                                                              CRIMINAL ACTION NO. 3:17-CR-00037-DJH

CHEROSCO BREWER                                                                    DEFENDANT

**MOTION TO ENLARGE TIME TO RESPOND
TO DEFENDANT'S MOTION FOR A NEW TRIAL [DN 205] AND SUPPLEMENT TO
MOTION FOR NEW TRIAL [DN 225]**
*ELECTRONICALLY FILED*

Comes now the United States of America, and requests additional time to respond to the Defendant's Motion For a New Trial [DN 205] and Supplement to Motion for New Trial [DN 225]. On October 18, 2019, the Court granted the defendant's request for an additional ninety days to supplement his October 1, 2019 Motion for a New Trial [205]. The Court ordered the United States to respond to the Motion within thirty days of the filing of the supplement. The defendant filed his Supplement [DN 225] on January 20, 2020. The United States has reviewed the defendant's motion and the supplement and simply needs an additional two weeks to prepare its response. Wherefore, the United States requests an additional two weeks to respond to the defendant's supplemented motion.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney


 s/*Erin McKenzie*
Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky  40202
PH:  (502) 582-5911
Email: erin.mckenzie@usdoj.gov