UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| vs. | CRIMINAL ACTION NO. 3:17-CR-00037-DJH |
| CHEROSCO BREWER | DEFENDANT |

**ORDER**

This matter is before the Court on the motion by the United States to enlarge the time to respond to the Defendant's Motion for a New Trial and Supplement to Motion for New Trial. Having considered the motion fully, and the Court being otherwise sufficiently advised, IT IS HEREBY ORDERED that the United States shall have until March 4, 2020 within which to file its response to Defendant's Motion for a New Trial [DN 205] and Supplement to Motion for New Trial [DN 225].

Date: