July 15, 2020

Dear Honorable Judge Hale,

My name is Kristen Beashee. I am writing this letter on behalf of a very dear friend, Cherosco Brewer. With all of the circumstances and situations surrounding in the case of Mr. Brewer. The family and I feel that what the government is recommending is very harsh sentence. At this day and time that would be very inappropriate. With his health conditions and illness that he suffers and with COVID-19 taking over the world this is not healthy for him at all. I am speaking for the family and myself and other loved ones. Asking for leniency and home incarceration. We know we have the next steps of appeal. As we go through the process we just ask for this time. He will have a home and steady income with a week. Thank you for your time it is graciously appreciated. Please take all letters into consideration.

Sincerely

Kristen Brash

July 16, 2020

To: Honorable Judge:

My name is Wayne D. Taylor. I'm writing on behalf of "Cherosco Brewer". With all the circumstances surrounding in this case. I and my family feel that a harsh sentence would be very inappropriate at this time. We understand that the appeals court is the next step. But we ask as family members and friends and loved ones. We ask you for leniency. And we ask for home incarceration. As we go through the appeal process. "Cherosco Brewer" will have employment when he gets out. It is graciously appreciated by all family members and loved ones that you take this letter into consideration.

Sincerely,
Wayne Taylor

July 16,
2020

To: THe Honorable Judge:
My name is Tina Hunt,
I'm writing on behalf of
"Cherosso Brewer". considering
the circumstances of this
case, I believe that during
this appeal process. the
decision should not be
harash. I ask that you
would allow home incarserte
until this process is over.
He could be a great help
to his grandmother and
children. We just asking
for you to give him
a chance. We will be
here for him. May God
Blese You

Sincerely
Tina Hunt

Dear _____

This letter is on the behalf of my uncle Cherosco Brewer. My uncle is a caring, loving, individual who is a very important part of our family. Though he is not perfect he has impacted my life so much throughout these years. he's always been there when any of us needed him. My uncle has been a victim of Racial Profiling which has been proven time and time again in the city of louisville involving our law enforcement and the very issue we are protesting against today. It has been proven in court through evidence that the police turned their cameras off while dealing with him and continuasly harassed him on multiple occasions yet he's still incarcerated unjustly. Cherosco is not only an innocent man he is also battling health issues that could cost him his life if he were to contract COVID-19.

— Ashley Earl

July 17, 2020

Dear Honorable Judg Hale,

My name is Sarah Garner. I am the Paternal grandmother of Cherosco Brewer. Cherosco is the 3rd grandchild, & I have Raised him on and off from the time he was 3 months old. I Raised him to be a Respectable man. To follow Rules and stay out of trouble. He is liked by many but loved by more.

He has been through so much in his time, Yes he is human an d has made mistakes in his past. I have never witnessed a person go through as much as he has.

This all comes from previous lawsuits that he filed against the police department. He sued them because they continued to violate and infring on his Rights as a

human. All the times that he has been arrested and sent to prison he has never unbeaten maimed or cause any bodily injuries to anyone. Now he is facing 30 years to life for what?? Murders get less time" then this, some even go home on home incarceration. We have paid lawyers that have failed us time after time as you you, all ineffective.

I need my grandson home with me! I am 83 years of age, I need him home before I leave this world. I'm asking for leniency sentence. My grandson is my life my world. He as a man knows he made mistakes. Please don't give him any time that is unfair. He has already served 4 years with us, 30 years to life is a very harsh for something that no one has done nothing

wrong. My grandson is
the rock of the may
family and is needed.
As a grandmother
that knows her
grandson did no harm
Please let him come
home. May God Bless
you.


Sincerly,

Sarah Garner
Sarah F. Garner