UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,　　　　　　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　Criminal Action No. 3:17-cr-37-DJH

CHEROSCO BREWER,　　　　　　　　　　　　　　　　　　　　　　　　Defendant.

\* \* \* \* \*

## ORDER

In its July 2, 2020 Order, the Court set this matter for sentencing on July 30 and directed the parties to file sentencing memoranda no later than ten days prior to the sentencing hearing. (Docket No. 229)  The United States has failed to comply.  The Court requires an update to the government's prior memorandum.  Accordingly, it is hereby

**ORDERED** that the United States shall file an updated sentencing memorandum on or before the **close of business Tuesday, July 28, 2020**.

July 23, 2020

　　　　　　　　　　　　　　　　　　　　　　　**David J. Hale, Judge**
　　　　　　　　　　　　　　　　　　　　　　　**United States District Court**