WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CRIMINAL ACTION NO. 3:17-CR-00037-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | PLAINTIFF |
| VS. | **Electronically Filed** |
| CHEROSCO BREWER | DEFENDANT |

\*\*\*   \*\*\*   \*\*\*

### ADDENDUM TO DEFENDANT'S SENTENCING MEMORANDUM

Comes the Defendant, CHEROSCO BREWER, by his appointed counsel, and for his Addendum to the Sentencing Memorandum that was previously filed on July 20, 2020 (DN 234), states as follows:

On Sunday, July 26, 2020, an email was received by the undersigned containing an attachment titled "Request For Equitable Relief Due To Ineffective Assistance of Counsel; Selective Enforcement; and Selective Prosecution Based Upon Evidence In Public Records Of Biased/Racially Motivated Pretext Traffic Stops." The email demanded that the attachment be communicated to the Court at the Sentencing Hearing. The attached document indicated that it was prepared by Mr. Brewer but it was unsigned.

Undersigned counsel was unable to communicate directly with Mr. Brewer until late this afternoon during a videoconference call with Mr. Brewer at the Grayson County Jail, during which Mr. Brewer confirmed that he had written the pleading and wanted it filed in the record of this case (even though it is styled *Cherosco Brewer v. Officer Holland, et al.* (WDKY Civil Action No. 3:16-CV-14-CRS).

Wherefore, the Defendant respectfully requests this Court to allow the filing of the document prepared by Mr. Brewer as an attachment to the previously timely filed Sentencing Memorandum.

Respectfully submitted,

/s/LARRY D. SIMON
LARRY D. SIMON
Attorney for Defendant, CHEROSCO BREWER
The Kentucky Home Life Building
239 South Fifth Street – Suite 1700
Louisville, Kentucky 40202-3248
(502) 589-4566 (Phone)
(502) 585-3548 (Fax)

**CERTIFICATE OF SERVICE**

It is hereby certified that this pleading was electronically filed through the ECF system, which will send electronic notice of filing to counsel of record, on this the 29th day of July, 2020.

s/LARRY D. SIMON
LARRY D. SIMON