# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:17-cr-37-DJH |
| ) | |
| CHEROSCO BREWER, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO WITHDRAW AS APPOINTED COUNSEL AND TO RESCHEDULE SENTENCING HEARING

### *Electronically Filed*

Comes the Defendant, CHEROSCO BREWER, by counsel, and moves this Court to allow him to withdraw as his appointed counsel under the Criminal Justice Act, and in conjunction with this motion, to postpone the current sentencing hearing in the above-styled case. As grounds, the undersigned states the following.

On July 2, 2020, this Court issued an Order that denied the Defendant's post-trial motions that sought a new trial and scheduled the case for a sentencing hearing on July 30, 2020 (DN 229).

On July 16, 2020, undersigned counsel filed Objections to the Presentence Investigation Report (DN 233). On July 20, 2020, undersigned counsel filed a Sentencing Memorandum on behalf of the Defendant (DN 234).

On today's date, simultaneously with this Motion, undersigned counsel filed an Addendum to the previous, timely filed Sentencing Memorandum.

On Sunday, July 26, 2020, an email was received by the undersigned containing an attachment that was later confirmed to be written by Mr. Brewer. The email message demanded

that the attachment (consisting of 19 pages) be communicated to the Court at sentencing.

The attachment states that all of his lawyers (including the undersigned) failed to assert valid legal defenses to his charges and that his lawyers' positions on the issues in his case have "been facially below the standards for effective assistance in [sic] counsel" and the "defense attorneys were ineffective under *Strickland and Brizendine, supra,* for their failure to properly research and challenge the prosecutions criminal charges."

Undersigned counsel submits that the contents of the attachment prevent him from representing Mr. Brewer in the future, inclusive of the Sentencing Hearing scheduled for July 30, 2020.

Wherefore, this Court is requested to reschedule the sentencing hearing of the Defendant Brewer and to schedule a hearing to determine whether undersigned counsel may be permitted to withdraw as counsel of record.

Respectfully submitted,

/s/ LARRY D. SIMON
Attorney for Cherosco Brewer
The Kentucky Home Life Building
239 South 5th Street – Suite 1700
Louisville, KY 40202
(502)589-4566
larrysimonlawoffice@gmail.com

**CERTIFICATE OF SERVICE**

I certify a copy of the foregoing was filed electronically on July 29, 2020.  Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ LARRY D. SIMON