# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

UNITED STATES OF AMERICA,            )
                                     )
                Plaintiff,           )
                                     )
        v.                           )        Case No. 3:17-cr-37-DJH
                                     )
CHEROSCO BREWER,                     )
                                     )        Electronically Filed
                Defendant.           )

## ORDER

Upon Motions being made to postpone the Sentencing Hearing in the above styled case and to schedule a hearing regarding Mr. Simon's Motion to Withdraw as Counsel of Record; and this Court being sufficiently advised:

IT IS HEREBY ORDERED AND ADJUDGED that the Sentencing Hearing scheduled for Mr. Brewer on July 30, 2020 shall be vacated. Further, a hearing shall be held on the _____ day of _____, 2020 regarding the Motion to Withdraw as Counsel of record.

So ordered this _____ day of July, 2020.