UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                    Plaintiff,

v.                                                                    Criminal Action No. 3:17-cr-37-DJH

CHEROSCO BREWER,                                                                           Defendant.

\* \* \* \* \*

## ORDER

Appointed counsel for Defendant Cherosco Brewer, the fourth defense counsel in this case, has filed a last-minute motion to withdraw and to postpone the sentencing hearing, which was originally set for April 2019.  (Docket No. 238; *see* D.N. 150)  As grounds for the motion, defense counsel cites a document submitted by Brewer asserting that his counsel have all been ineffective for failing to raise certain arguments in his defense.  (D.N. 238, PageID # 2327; *see* D.N. 237-1)  The Court has reviewed that document—which appears to have been prepared for filing in Brewer's civil case—and finds it meritless.  In it, Brewer cites a series of state-court cases that he argues his lawyers should have found and presented to the Court.  (*See generally* D.N. 237-1)  Because those cases are not binding on this Court, Brewer's counsel cannot have been ineffective for failing to cite them.  Brewer further argues that the traffic stops giving rise to this case were pretextual and based on selective enforcement.  (*Id.*, PageID # 2322-23)  These arguments were presented by Brewer's lawyers at various points, and each time, after careful consideration, the Court found them to be without merit.

Given the history of this case, the Court views Brewer's submission as a mere delay tactic—a manufactured dispute meant to further stall resolution of these proceedings.  The Court finds no evidence of ineffective assistance by Brewer's current counsel, who has properly

presented a number of arguments and objections on Brewer's behalf. Nothing in the motion to withdraw or anywhere else in the record suggests a conflict between Brewer and his current counsel beyond Brewer's dissatisfaction that his arguments have been unsuccessful. (*See generally* D.N. 238) The late filing of the motion and "the public's interest in the prompt and efficient administration of justice" likewise support proceeding with the sentencing without substitution of counsel. *United States v. Chapman*, 796 F. App'x 873, 874 (6th Cir. 2019) (citing *United States v. Mack*, 258 F.3d 548, 556 (6th Cir. 2001)). "The right to counsel of *choice*, unlike the *right* to counsel, . . . is not absolute." *Id.* (quoting *United States v. Iles*, 906 F.2d 1122, 1130 (6th Cir. 1990)). The Court does not find good cause for substitution of counsel here. *See id.* And further continuance of the sentencing hearing would create "unnecessary delay." Fed. R. Crim. P. 32(b)(1). Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the motion to withdraw and to postpone the sentencing hearing (D.N. 238) is **DENIED**. This matter will proceed to sentencing on July 30, 2020, as previously scheduled.