**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
|     **PLAINTIFF** ) | |
| ) | **CASE NO. 3:17-CR-37-DJH-1** |
| **V.** ) | |
| ) | **Electronically Filed** |
| **CHEROSCO BREWER,** ) | |
|     **DEFENDANT** ) | |

**\* \* \***

**NOTICE OF APPEAL**

Notice is hereby given that CHEROSCO BREWER, Defendant in the above styled case, hereby appeals the Judgment and sentence imposed by the District Court in its Judgment entered August 4, 2020, to the Sixth Circuit Court of Appeals.

 

                                                    Respectfully submitted,

                                                    **/s/  Larry  D. Simon**
                                                    Larry D. Simon
                                                    Attorney for Cherosco Brewer
                                                    The Kentucky Home Life Building
                                                    239 South 5th Street – Suite 1700
                                                    Louisville, KY 40202-3248
                                                    (502)589-4566
                                                    larrysimonlawoffice@gmail.com

## **CERTIFICATE OF SERVICE**

It is certified that a copy of the foregoing Notice of Appeal was electronically sent via CM/ECF this 17th day of August, 2020, to Hon. Erin G. McKenzie and Hon. Corinne E. Keel, Assistant United States Attorneys.

                                                **/s/Larry D. Simon**
                                                Larry D. Simon