3:17-CR-37-DJH

8/17/2020

Dear, Magistrate Judge Colin H. Lindsay

I am in the need of your help on finding out when I'm going to get a new lawyer. Do to me being sentence on July 30, 2020 to 240 months in Judge Hale's court. My old attorney asked to be removed off my case before sentenced and after as well. I am requesting to be released on a reasonable bond pending my appeal! Please, inform me on what I should do next Judge Lindsay. Thank you very much for your time.

Yours, truely

#221575 cell 15

Cherosco L. Brewer
G.C.D.C. 320 Shaw Station Road
Leitchfield, KY 42754

Cherosco Brewer #221575

Mr. Cherosco Brewer #221575 Cell #158
G.C.D.C.
320 Shaw Station Road
Leitchfield, Ky 42754

Magistrate Judge Colin H. Lindsay
U.S. Federal Court Western District of Kentucky
700 W. Broadway Louisville, Kentucky 40202

