3:17-CR-37-DJH

8/17/2020

DEAR, Hon Judge David J. Hale

I have not received my final judgement from the court yet. Also I'm very concern about my health while I am still lock up! How can I go about requesting to be released on a reasonable Bond pending my appeal.? Plus I, fill out motion for pauper status and I've heard nothing back. Could you please, point me in the right direct Judge Hale.? I remember U told me i, only have #14. day to file these motions. No lawyer at this time also!!!

Yours, truely   #221575 Cell/158
Cherosco L. Brewer
G.C.D.C. 320 Shaw Station Road
Leitchfield, Ky 42754

Cherosco Brewer #221575

Mr. Cherosco Brewer #221575 Cell #158
G.C.D.C.
320 Shaw Station Road
Leitchfield, Ky 42754

Hon. Judge David J. Hale
U.S. Federal Court Western District of Kentucky
700 West Broadway Louisville, Kentucky 40202