Case No. 20-5943

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

CHEROSCO L. BREWER

    Defendant - Appellant

Upon consideration of the motion of Mr. Larry Simon to withdraw as counsel for the appellant,

It is **ORDERED** that the motion be, and it hereby is **GRANTED**. The court will appoint new counsel to represent the appellant under the Criminal Justice Act.

**ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: August 31, 2020