**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: August 31, 2020

Mr. Cherosco L. Brewer
Grayson County Detention Center - Men
320 Shaw Station Road
Leitchfield, KY 42754

Ms. Erin McKenzie
Office of the U.S. Attorney
717 W. Broadway
Louisville, KY 40202

Mr. Larry D. Simon
Simon Law Office
239 S. Fifth Street
Suite 1700
Louisville, KY 40202

        Re: Case No. 20-5943, *USA v. Cherosco Brewer*
            Originating Case No. : 3:17-cr-00037-1

Dear Mr. Brewer and Counsel,

   The Court issued the enclosed Order today in this case.

                      Sincerely yours,

                      s/Roy G. Ford
                      Case Manager
                      Direct Dial No. 513-564-7016

cc:  Ms. Vanessa L. Armstrong

Enclosure