```
                      UNITED STATES DISTRICT COURT
                      WESTERN DISTRICT OF KENTUCKY
                           LOUISVILLE DIVISION


UNITED STATES OF AMERICA,       )      Case No. 3:17-CR-00037-DJH
                                )
          Plaintiff,            )
                                )
v.                              )
                                )
CHEROSCO BREWER,                )
                                )      November 26, 2018
          Defendant.            )      Louisville, Kentucky


                              * * * * *

           TRANSCRIPT OF TELEPHONIC STATUS CONFERENCE
                 BEFORE HONORABLE DAVID J. HALE
                   UNITED STATES DISTRICT JUDGE

                              * * * * *

APPEARANCES:

For United States:        Erin G. McKenzie
                          Corinne E. Keel
                          U.S. Attorney's Office
                          717 West Broadway
                          Louisville, KY 40202

For Defendant:            David S. Mejia
                          310 East Broadway, Suite 201
                          Louisville, KY 40202



[Defendant not present.]



                    Dena Legg, RDR, CRR, CCR-KY
                       Official Court Reporter
                        232 U.S. Courthouse
                       Louisville, KY 40202
                          (502) 625-3778

Proceedings recorded by mechanical stenography, transcript
produced by computer.
```

1    (Begin proceedings via telephonic conference at 11:05 a.m.)
2         THE COURT: Hello. Good morning.
3         MR. MEJIA: Good morning.
4         MS. MCKENZIE: Good morning, Your Honor.
5         THE COURT: We are here on U.S. v. Brewer with
6    Ms. McKenzie for the U.S. and Mr. Mejia for the defendant. Is
7    that correct?
8         MR. MEJIA: Yes. Good morning.
9         THE COURT: And --
10        MS. MCKENZIE: Yes. Ms. Keel is also present.
11        THE COURT: Very well. We had a technical glitch.
12   The court's internet-based phones went down there for a few
13   minutes, but they came back quickly. So why don't we get
14   started with you-all telling me where we are with respect to our
15   January 7th jury trial.
16      Last we spoke, we were heading towards the jury trial. All
17   expectations were that the case would be tried. I believe we
18   have one outstanding motion in limine, one or two for which a
19   response was just recently filed, so we will get to that
20   shortly.
21        MR. MEJIA: Yes, sir. From the defense side, Erin and
22   I have already conferred. I believe we're ready to go forward
23   on January 7th as scheduled.
24        MS. MCKENZIE: That's accurate, Your Honor. I think
25   we will be ready to go forward, and we are tracking the pretrial

1  deadlines, I think the first one coming up being December 10th.
2  We do not anticipate any issues with that.
3           MR. MEJIA:  That's correct.
4           THE COURT:  And we have a final pretrial conference
5  set for January the 3rd.  Does either side see any need to
6  schedule any further in-court conferences or hearings before
7  that time?
8           MS. MCKENZIE:  I don't -- from the United States'
9  perspective, Your Honor, I don't think so.  Mr. Mejia and I have
10 discussed that.  I think there's only the one outstanding
11 motion.  I'm not aware of any other legal issues at this point
12 that would need the court's attention.  Certainly if something
13 comes up, we will confer with each other and bring that before
14 the court.  But at this point, I don't anticipate the need for
15 anything.
16          MR. MEJIA:  Yes, I agree, Judge.  We are going to,
17 obviously, work towards exchanging whatever last information we
18 need in terms of Jencks material.
19     As you're aware, this case came over from state court, so it
20 doesn't have the same kinds of discovery issues leading up to
21 trial that otherwise we'd have.  Your Honor, the case had
22 already been set for jury trial, I think a year ago, and most of
23 those matters had already been addressed.  So if we see
24 something, Judge, may we simply contact your office to see
25 whether there's necessity for us to come in?

1  THE COURT: Well, you can email Natalie and we'll make
2  a determination as to whether a telephonic would be useful.
3  MR. MEJIA: Okay.
4  THE COURT: Well, I don't have anything else. So
5  unless either side has something that they need to bring up,
6  we'll simply enter a very brief memorandum of conference which
7  indicates that the parties report that both sides are on track
8  to begin the trial on January 7th.
9  MR. MEJIA: Okay.
10  MS. MCKENZIE: Very good.
11  THE COURT: Good to talk with you both. Thank you.
12  MR. MEJIA: Thank you. Have a good day, Your Honor.
13  MS. MCKENZIE: Thank you.
14  (Proceedings concluded at 11:10 a.m.)
15  C E R T I F I C A T E
16  I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM
17  THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.
18
19
   _____s/Dena Legg_____        October 16, 2020
20  Certified Court Reporter No. 20042A157    Date
    Official Court Reporter
21
22
23
24
25