```
 1                       UNITED STATES DISTRICT COURT
                         WESTERN DISTRICT OF KENTUCKY
 2                              LOUISVILLE DIVISION

 3
     UNITED STATES OF AMERICA,      )     Case No. 3:17-CR-00037-DJH
 4                                  )
              Plaintiff,            )
 5                                  )
     v.                             )
 6                                  )
     CHEROSCO BREWER,               )
 7                                  )     August 7, 2019
              Defendant.            )     Louisville, Kentucky
 8

 9                              * * * * *

10                     TRANSCRIPT OF STATUS CONFERENCE
                       BEFORE HONORABLE DAVID J. HALE
11                       UNITED STATES DISTRICT JUDGE

12                              * * * * *

13   APPEARANCES:

14   For United States:         Erin G. McKenzie
                                U.S. Attorney's Office
15                              717 West Broadway
                                Louisville, KY 40202
16
     For Defendant:             Donald J. Meier
17                              Western Kentucky Federal
                                   Community Defender, Inc.
18                              629 S. 4th Avenue, Suite 200
                                Louisville, KY 40202
19

20   [Defendant present.]

21
                         Dena Legg, RDR, CRR, CCR-KY
22                          Official Court Reporter
                              232 U.S. Courthouse
23                           Louisville, KY 40202
                                (502) 625-3778
24
     Proceedings recorded by mechanical stenography, transcript
25   produced by computer.
```

1           (Begin proceedings in open court at 2:19 p.m.)
2                DEPUTY CLERK:  3:17-CR-37, United States of America
3    versus Brewer.
4                MS. MCKENZIE:  Good afternoon, Your Honor.  Erin
5    McKenzie on behalf of the United States.
6                MR. MEIER:  Judge, Don Meier on behalf of Mr. Brewer,
7    who is present.
8                THE COURT:  So, Mr. Meier, you're obviously newly
9    appointed to represent Mr. Brewer.  We were set for a sentencing
10   hearing.  And as you know, I'm sure, from the docket in the
11   case, there was a breakdown between Mr. Brewer and his prior
12   counsel, which led to the appointment of the federal defender's
13   office on a recommendation from the magistrate judge who
14   reviewed the matter.
15       So what we need to do, it seems to me, is get the case back
16   on track.  Do you have a feel yet for how long it will take you
17   to be prepared for a sentencing hearing or to deal with any of
18   the remaining issues?
19               MR. MEIER:  Well, Judge, I have not met Mr. Brewer
20   till today.  I don't know if there was a mix-up in our office or
21   whatever, but I was not -- or we were not aware of our
22   appointment till yesterday afternoon.  I have not -- this is the
23   first I've met Mr. Brewer, and so he -- I have had a brief few
24   minutes to talk with him here in the courtroom.
25       He tendered to me a pro se motion that he wanted me to file.

```
 1   I can't file it.  I don't know anything about the case, so I
 2   can't vouch for anything that's in it.  I'm not saying it's not
 3   true.  I'm just saying I have no knowledge about it.  So I don't
 4   know if the court is receptive to that but --
 5           THE COURT:  No.  We've previously entered an order
 6   directing that motions be filed by counsel.
 7           MR. MEIER:  Okay.  Well, there are a number of issues
 8   in this motion.  I'm not prepared to file it today, because as I
 9   said, I don't know about it, but certainly there is a long list
10   of claims here that need to be investigated.  So I don't know
11   that I'm in a position today to advise the court how long that
12   would take.  I can tell the court that I intend to get down to
13   Grayson County to see him within a matter of days, and I might
14   have a better idea then.
15      My suggestion might be for a telephonic conference or -- I
16   don't know, but this is going to -- this is going to take some
17   discussion with Mr. Brewer, I'm sure, and potentially -- you
18   know, I don't know if there's a transcript of the trial.  I
19   didn't do the trial, or the suppression hearing, or --
20           THE COURT:  I'm aware.  I did the trial, so I'm aware.
21           MR. MEIER:  Yes.
22           THE COURT:  Well, I had hoped that we would be able by
23   this point to at least get an outline for a schedule going
24   forward.  So I think what we'll do is set a telephonic status
25   conference solely for the purpose of discussing scheduling
```

1  matters after you've had a chance to have a more meaningful
2  meeting with your client, so let's select a date after you
3  anticipate visiting with Mr. Brewer.  When do you --
4           MR. MEIER:  I hoped -- I would hope to be to -- I'm
5  hoping Friday, but no guarantee.  Within a week I will visit
6  with him.
7           THE COURT:  So we'll schedule a telephonic conference
8  late next week then.
9           DEPUTY CLERK:  How about August the 15th at 10:00
10 a.m.?
11          MS. MCKENZIE:  Is it possible to go into the week of
12 the 19th?  I am out for most of next week and will be traveling
13 either on the 15th or 16th.
14          DEPUTY CLERK:  How about the 19th at 10:00?
15          MS. MCKENZIE:  That works for me.
16          MR. MEIER:  At 10:00 I have a status conference with
17 Judge Boom on a capital case so --
18          DEPUTY CLERK:  11:00 then to be safe?
19          MR. MEIER:  11:00 would work, I would think.
20          MS. MCKENZIE:  That's fine.
21          THE COURT:  I will enter an order that will set that
22 telephonic status conference.  I will ask you to confer in
23 advance of that telephonic, Ms. McKenzie, Mr. Meier, in order to
24 have a more meaningful discussion about a schedule going
25 forward.  I realize that you're new, so you'll have 12 days to

1 review the docket, in addition to meeting with your client and
2 become familiar with whatever issues need to be resolved before
3 we have a sentencing hearing.  Anything else we need to talk
4 about at this point?
5         MS. MCKENZIE:  Not from the United States.
6         MR. MEIER:  Not from the defense.
7         THE COURT:  Thank you.
8     (Proceedings concluded at 2:26 p.m.)
9                   C E R T I F I C A T E
10    I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM
11 THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.
12
13
         s/Dena Legg                         October 16, 2020
14 Certified Court Reporter No. 20042A157    Date
   Official Court Reporter
15
16
17
18
19
20
21
22
23
24
25