No. 20-5943

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Dec 08, 2020
DEBORAH S. HUNT, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>　Plaintiff-Appellee, )<br>)<br>v. )<br>)<br>CHEROSCO L. BREWER, )<br>)<br>　Defendant-Appellant. ) | O R D E R |

Before: MOORE, ROGERS, and GRIFFIN, Circuit Judges.

Cherosco L. Brewer appeals his judgment of conviction, following a bifurcated jury trial, for being a felon in possession of a firearm and ammunition, possession with intent to distribute marijuana, possession of a firearm in furtherance of a drug trafficking crime, and possession with intent to distribute cocaine. He moves for release pending appeal. The government opposes the motion.

A party seeking release pending appeal of a conviction should first move the district court for relief. *See* Fed. R. App. P. 9(b); *see also United States v. Hochevar*, 214 F.3d 342, 343 (2d Cir. 2000) (per curiam) (holding that Rule 9(b) does not authorize a defendant to initially move the court of appeals for release pending appeal). Brewer did not first move the district court for release pending appeal. In Brewer's case, this alone supports denying release pending appeal, given that his appeal arises from a lengthy bifurcated jury trial and there were numerous substantive pre- and post-trial motions that could lead to potential issues on appeal. *See*

No. 20-5943
-2-

*Hochevar*, 214 F.3d at 344 ("[G]iven the findings that must be made in order to warrant release, it is generally more appropriate that the motion be made initially in the district court.").

Accordingly, we **DENY** Brewer's motion for release pending appeal, without prejudice to his filing such a motion in the district court.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk