# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: December 08, 2020

Mr. Timothy F. Sweeney
Law Office
820 W. Superior Avenue
Suite 430
Cleveland, OH 44113

Ms. Monica Wheatley
Office of the U.S. Attorney
717 W. Broadway
Louisville, KY 40202

Re: Case No. 20-5943, *USA v. Cherosco Brewer*
Originating Case No. : 3:17-cr-00037-1

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Roy G. Ford
Case Manager
Direct Dial No. 513-564-7016

cc: Ms. Vanessa L. Armstrong

Enclosure