FILED
JAMES J. VILT CLERK
JAN -7 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

3:17-CR-37-DJH

12/21/2020

Dear, Hon Judge David J. Hale

I am writting this letter as a motion pro'se seeking release pending my appeal. Because an order was release case 20-5943 document 33-2 filed 12/08/2020 from Moore, Rogers, and Griffin, Circuit Judges. Your friend Mr. Larry D. Simon filed this motion on my behalf before United States Court of Appeals for the Sixth Circuit instead to this court. On record you said, he knows what he is doing and I should let Mr. Simon do his job. Aug 29, 2020 at senteced hearing. He also fell to file a motion for reasonable bond that i am g_____ about my con rights. Would you please go ahead and inner this style motion on my behalf Hon. Jude Hale? Mr. Timothy Farrell Sweeney made it very clear his job with me is only for my conviction and sentenced period. We had this talk 3 months ago. When the government opposes the motion. However, for the two weeks i have been locked in the hole do to my blood presser being close or over 200. I have repeatting been voilated to the highest degree and yet I've broke no rules here at this ugly nasty disorden mad dis place. I've took every test you can name COVID-19

and negtive for them all. But they still have in the hole with very, very, very, low living conditions. They say this is a prison/CCA holding for BOP. This place needs to be shut down then set on fire legely amitted. I have not ate but bread in water because the food is so' dam bad it's alot of other medication situation are acting up because it is that bad and postive. I am still try to understand how i, got here in the first place. IF, I am alive still when the court get thes motion let mg GRA' Mother know i, tired my hardest!!!!

Very Truly Yours,
Cherosco Brewer #18898-033  cell#hoe
Tallahatchie County MS Correctional Facility-CCA
415 U.S. Highway 49
North Tutwiler, Mississippi 38963

Cherosco L. Brewer #18898-033

Mr Cherosco Brewer #18898033
Tallahatchie County Correctional Facility
415 US Highway 49 North
Tutwiler, MS 38963

Western District
Honorable Judge David J Hale
601 W. Broadway
Louisville, KY 40202