UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                        PLAINTIFF

vs.                                                                          CRIMINAL ACTION NO. 3:17-CR-0037

CHEROSCO BREWER                                                                 DEFENDANT

## ORDER

This matter having come before the Court on the Defendant's *pro se* motion for release pending his appeal [DN 271] and the United States' response in opposition to the defendant's motion, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the Defendant's motion for release pending his appeal [DN 271] is DENIED.

Tendered by:

Corinne E. Keel
Assistant U.S. Attorney