UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                                         CRIMINAL NO. 3:17-CR-37-DJH

CHEROSCO BREWER                                                              DEFENDANT

<u>CORRECTION OF CERTIFICATE OF SERVICE</u>

A Response to Defendant's Letter (DN271) was filed on January 22, 2021 (DN272).

Respectfully submitted,

MICHAEL A. BENNETT
Acting United States Attorney

<u>/s/ Corinne E. Keel</u>
Erin G. McKenzie
Corinne E. Keel
Assistant United States Attorney
717 West Broadway
Louisville, KY 40202
Phone No.: (502) 625-7041

<u>CERTIFICATE OF SERVICE</u>

I hereby certify on January 25, 2021, I electronically filed this document through the CM/ECF filing system and mailed DN 272 to Cherosco Brewer #18898-033, Tallahatchie County MS Correctional Facility-CCA, 41 U.S. Highway 49, North Tutwiler, MS 38963.

<u>/s/ Corinne E. Keel</u>
Corinne E. Keel
Assistant United States Attorney