UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Plaintiff, |
| v. | Criminal Action No. 3:17-cr-37-DJH |
| CHEROSCO BREWER, | Defendant. |

### ORDER

This matter is before the Court upon a *pro se* motion by Defendant Cherosco Brewer for compassionate release in light of the COVID-19 pandemic (Docket No. 274). Upon consideration,

**IT IS ORDERED** that the United States shall file a response to Defendant's motion (DN 274) **within 14 days** from the entry date of this Order, stating its position with respect to the motion and specifically including information with respect to the inmate's adjustment to institutional life and any history of disciplinary actions.

Date: March 2, 2021

David J. Hale, Judge
United States District Court

cc:   Defendant, *pro se*
      U.S. Attorney
4415.010