UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff/Appellee,

v.     Criminal Action No. 3:17-cr-37-DJH

CHEROSCO BREWER,     Defendant/Appellant.

\* \* \* \* \*

## ORDER

Defendant/Appellant Cherosco Brewer, through counsel, filed a notice of appeal (DN 244) appealing the Judgment and Commitment Order entered August 4, 2020 (DN 242), and a motion for pauper status in which he moves to waive the payment of the appellate filing fee (DN 245).

The docket of the Sixth Circuit Court of Appeals No. 20-5943 indicates that Brewer is proceeding in that Court with *in forma pauperis* status. Accordingly,

**IT IS ORDERED** that Brewer's motion (DN 245) is **DENIED as moot**.

Date: March 15, 2021

David J. Hale, Judge
United States District Court

cc: Counsel of record
(6th Circuit No. 20-5943)
4415.009