UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

FILED
James J. Vilt Jr,
Clerk
3/18/2021
U.S. District Court
Western District of Kentucky

UNITED STATES OF AMERICA,                               Plaintiff,

v.                                              Criminal Action No. 3:17-cr-37-DJH

CHEROSCO BREWER,                                        Defendant.

## ORDER



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
106 Gene Snyder U.S. Courthouse
601 W. Broadway
Louisville, KY 40202-2249

OFFICIAL BUSINESS

Cherosco Brewer 18898-033
GRAYSON COUNTY DETENTION CENTER
320 Shaw Station Road
Leitchfield, KY 42754
3:17-cr-00037-DJH

RTS
BTS
ATW 12/4/2020

Hasler
03/03/2021
US POSTAGE  $00.51⁰
ZIP 40202
011D11644694

NIXIE      402    DE 1         0003/15/21
          RETURN TO SENDER
               REFUSED
          UNABLE TO FORWARD

REF     BC: 40202224999    *1170-01370-03-40