UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                 RESPONDENT/PLAINTIFF

V.                                                       CRIMINAL ACTION NO.: 3:17-CR-00O37-DJH

CHEROSCO BREWER                                          MOVANT/DEFENDANT

**MOTION FOR EXTENSION OF TIME**
**IN WHICH TO FILE RESPONSE**
-*Electronically Filed*-

The United States, by counsel, Erin G. Mckenzie, Assistant United States Attorney, moves the Court for an extension of time up to and including March 30, 2021, in which to respond to Mr. Brewer's Supplemental Motion for Compassionate Release (DN 274) and Court Order (DN 275). As grounds for the motion, undersigned counsel states that the United States requires additional time to get records regarding Mr. Brewer and respectfully asks that the Court grant the United States' motion for an extension of time.

Wherefore, the United States asks that the Court enter the order tendered herewith.

Respectfully submitted,

MICHAEL A. BENNETT
Acting United States Attorney

_____
Erin G. McKenzie
Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky  40202
(502) 582-5911
erin.mckenzie@usdoj.gov

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 19, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send notice to all counsel of record.

  I further certify that I mailed the foregoing document, along with the notice of electronic filing, by first class mail to the following non-CM/ECF participant:

Cherosco Brewer Reg# 18898-003
Grayson County Detention Center
320 Shaw Station Rd
Leitchfield, KY 42754

_____
Erin G. McKenzie
Assistant U.S. Attorney