UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                      RESPONDENT/PLAINTIFF

V.                      CRIMINAL ACTION NO.: 3:17-CR-00O37-DJH

CHEROSCO BREWER                      MOVANT/DEFENDANT

## ORDER

Motion having been made, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that the United States motion for an extension of time up to and including March 30, 2021 in which to respond to Mr. Brewer's Supplemental Motion for Compassionate Release (DN 274) and Court Order (DN 275) be and hereby is **GRANTED.**

cc: U.S. Attorney
Cherosco Brewer, *pro se*