UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                    RESPONDENT/PLAINTIFF

V.                                         CRIMINAL ACTION NO.: 3:17-CR-00O37-DJH

CHEROSCO BREWER                                                 MOVANT/DEFENDANT

## ORDER

Motion having been made, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that the United States motion for an extension of time up to and including March 30, 2021 in which to respond to Mr. Brewer's Supplemental Motion for Compassionate Release (DN 274) and Court Order (DN 275) be and hereby is **GRANTED.**

March 23, 2021

David J. Hale, Judge
United States District Court

cc: U.S. Attorney
Cherosco Brewer, *pro se*