UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                         PLAINTIFF

v.                                                                     CRIMINAL ACTION NO.: 3:17-CR-037-DJH

CHEROSCO BREWER                                                                                   DEFENDANT

## NOTICE OF FILING

Comes now the United States and gives notice of its filing of the attached Proposed Order.

The attached order should have been filed as an attachment to DN 281.

Respectfully submitted,

MICHAEL A. BENNETT
Acting United States Attorney

_____
Erin G. McKenzie
Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5911
erin.mckenzie@usdoj.gov