UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA     PLAINTIFF

v.     CRIMINAL ACTION NO.: 3:17-CR-037-DJH

CHEROSCO BREWER     DEFENDANT

## SEALED ORDER

This matter is before the Court on sealed motion by the United States for motion of leave, and being sufficiently advised,

**IT IS HEREBY ORDERED AND ADJUDGED**, that the sealed motion for leave to is **GRANTED**.

April 1, 2021

David J. Hale, Judge
United States District Court