UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUI[SVILLE]

UNITED STATES OF AMERICA

V.                                      CR[...]

CHEROSCO BREWER

ORD[ER]

Motion having been made, and the Court [...]

**IT IS HEREBY ORDERED** that the Uni[ted States has up to]

and including March 30, 2021 in which to respon[d to ...]

Compassionate Release (DN 274) and Court Orde[r ...]

March 23, 2021

cc: U.S. Attorney
Cherosco Brewer, *pro se*



Envelope addressed to Cherosco Brewer 18898-033, Grayson County Detention Center, 320 Shaw Station Road, Leitchfield, KY 42754, returned NIXIE — "RETURN TO SENDER, REFUSED, UNABLE TO FORWARD."