```
                                           FILED
                                  JAMES J. VILT, JR. - CLERK
Dear Honorable Judge Lindsay,
                                       APR 1 3 2021

                                      U.S. DISTRICT COURT
                                     WEST'N DIST. KENTUCKY
```

My name is Kristen Brasher, I am writing this letter on behalf of Cherosco Brewer. He has been transported to his destination and has asked me to send update.

Thank you for your time.


Respectfully,


Kristen Brasher


Mr. Cherosco Brewer 18898-033

FCI Gilmer

Federal Correctional Facility

P.O. Box 6000

Glenville, WV 26351

Kristen Brasher for Cherosco Brewer
3423 Fern heather Dr
Louisville, KY 40216

Honorable Judge Colin H. Lindsay
Gene Snyder U.S. Courthouse
601 West Broadway
RM 208
Louisville, KY 40202