UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                                         CRIMINAL ACTION NO.: 3:17-CR-037-DJH

CHEROSCO BREWER                                             DEFENDANT

**SEALED ORDER**

