5/3/2021

Dear, Hon. Judge David J. Hale

This matter is before #Case 3:17-CR-37-1-DJH the court do to the D.O.J. investigatting L.M.P.D. officers for 'corrupt, as well as mayor Gov.' For the same charges i was wrongfully conviction of back in this court room on January 10, 2019. By law Judge Hale i shall "have a right to be place on bond or on home detention while this fully investigation is taking place as we speek." These are all of the set of facts i file in serve pro'se motions in witch now. The United States Attorney General Merrick Garland has been brought to light. This is unfair for me to still be lock up in prison. I have ask for a bond hearing months ago and file another motion for Compassionate release. Still i set in another Federal Institution twice the miles that the court recommend me at sentenced. The court is well aware of my pending United States court of Appeals for the Sixth Circuit #20-5943. And it's up for the decision on June 10, 2021. I need to be released as soon as possible Hon. Judge David J. Hale. Don't want to loose another family memember while in these places. My Grand Mother and my address is 658 SO 40th Street Lou. Ky. 40211

Thank U and the court for you-all time and concerns.

Yours, Truelys   Mr. Cherosco Brewer #18898-033
F.C.I. Gilmer
P.O. Box 6000
Glenville, WV 26351

Mr. Cherosco Brewer #18898-033 A2-114
F.C.I. Gilmer
Federal Correctional Institution  P.O. Box 6000
Glenville, WV 26351

Mr. CHEROSCO BREWER #18898-033 A2-114
F.C.I. Gilmer
Federal Correctional Institution
P.O. Box 6000
Glenville, WV 26351

District Hon. Judge David J. Hale #Room 208
Gene Snyder United States Courthouse
601 West Broadway
Louisville, KY 40202