**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed:  June 07, 2021

Ms. Corinne Elizabeth Keel
Office of the U.S. Attorney
717 W. Broadway
Louisville, KY 40202

Mr. Timothy F. Sweeney
Law Office
820 W. Superior Avenue
Suite 430
Cleveland, OH 44113

> Re:  Case No. 20-5943, *USA v. Cherosco Brewer*
>       Originating Case No. : 3:17-cr-00037-1

Dear Counsel,

   The Court issued the enclosed opinion today in this case.

                              Sincerely yours,

                              s/Cathryn Lovely
                              Opinions Deputy

cc:  Ms. Vanessa L. Armstrong

Enclosure

Mandate to issue