Dear, Clerk                                                       6/7/2021

Will you "please, send me a up to date Civil Docket sheet for Date Filed 01/07/2016 Case #3:16-CV-00014-BJB-CHL and Criminal Docket Date Filed 03/07/2017 case #3:17-CR-00037-DJH Appeals court case number: 20-5943 USCA 6TH Circuit. Thank You and have a Nice day!

Yours Truely, Cherosco Brewer
18898-033 A2-218
F.C.I. Gilmer
P.O. Box 6000
Glenville, WV 26351

Mr. Cherosco Brewer #18898-033
A2-218  F.C.I. Gilmer
P.O. Box 6000
Glenville, WV 26351

FILED
JAMES J. VILT, JR. - CLERK
JUN 11 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY



Mr. Cherosco Brewer #18898-033  A2-218
F.C.I. Gilmer
Federal Correctional Institution
P.O. Box 6000
Glenville, WV 26351

Office of The Clerk
Room 120 William H. Natcher U.S. Courthouse
241 East Main Street
Bowling Green, Ky 42101-2175
OFFICIAL BUSINESS

CHARLESTON WV 250
8 JUN 2021 PM

RECEIVED
JAMES J. VILT, JR. - CLERK
JUN 11 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY