UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 20-5943

_____

Filed: June 29, 2021

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

CHEROSCO L. BREWER

    Defendant - Appellant

## MANDATE

  Pursuant to the court's disposition that was filed 06/07/2021 the mandate for this case hereby issues today.

 COSTS:  None

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: June 29, 2021

Mr. James J. Vilt Jr.
Western District of Kentucky at Paducah
501 Broadway
Suite 127
Paducah, KY 42001-6866

              Re:  Case No. 20-5943, *USA v. Cherosco Brewer*
                    Originating Case No. : 3:17-cr-00037-1

Dear Clerk,

   Enclosed is a copy of the mandate filed in this case.

                                              Sincerely yours,

                                              s/Robin Baker, Case Management Specialist for
                                              Roy G. Ford, Case Manager
                                              Direct Dial No. 513-564-7014

cc:  Cherosco L. Brewer
      Ms. Corinne Elizabeth Keel
      Mr. Timothy F. Sweeney

Enclosure