UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:17-cr-37-DJH

CHEROSCO BREWER,     Defendant.

\* \* \* \* \*

## ORDER

In accordance with the Sixth Circuit's decision of June 7, 2021 (Docket No. 289), and the Mandate issued June 29, 2021 (D.N. 292), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this matter is **CLOSED** and **STRICKEN** from the Court's docket.

July 2, 2021

**David J. Hale, Judge**
**United States District Court**