UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:17-cr-37-DJH

CHEROSCO BREWER,     Defendant.

\* \* \* \* \*

## ORDER

Defendant's appeal having been resolved (*see* Docket No. 289; D.N. 292; D.N. 293), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that Defendant's motion for bond pending appeal (D.N. 271) is **DENIED** as moot.

July 6, 2021

*[signature]*

David J. Hale, Judge
United States District Court

1