Dear, Clerk

Will you please send me a up to date docket sheet of criminal case #3:17-CR-037-DJH? Thank very much!

Yours, Truely

Cherosco L. Brewer #18898-033

FILED
JAMES J. VILT, JR. - CLERK
JUL 06 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY



Mr. Cherosco Brewer #18898-033 A2-218
F.C.I.
Federal Correctional Institution
P.O. Box 6000
Glenville, WV 26351

Office of The Clerk
Room 127 Federal Building
501 Broadway
Paducah, KY 42001-6801

CHARLESTON WV 250
1 JUL 2021 PM 3 L

FILED
JUL 06 2021
JAMES J. VILT, JR. - CLERK
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY