July 22, 2021

FILED JS/
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
21 JUL 26 PM 3:26

Clerk of Court
Western District of Kentucky
Gene Snyder Courthouse
601 W. Broadway, Rm. 106
Louisville, Ky. 40202

    RE: U.S.A v. Cherosco Brewer #3:17-cr-00037-1

Dear Clerk:
    Please be advised that I'm requesting copies of any and all "State" transcripts filed in this court, which were used to support the ACCA and Career Offender status. There should be three cases as follows: 04-CR-2823
    05-CR-0611
    97-CR-2549

I thank you for any and all assistance.

    Sincerely,

    Cherosco Brewer   18898-033

FCI Gilmer, A-2/218
P.O. Box 6000
Glenville, W.V. 26351

Cherosco Brewer  18898-033
Federal Correctional Institution
F.C.I. Gilmer, A2-218
P.O. Box 6000
Glenville, W. V. 26351

Clerk of Court
Western District of Kentucky
601 W. Broadway, Rm. 106
Louisville, Ky. 40202

Legal Mail
7/22/21

CHARLESTON WV 250

FILED US
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

21 JUL 26 PM 3:26

40202-224999