8/9/2021

Dear, Hon. Judge David J. Hale

I am writing the Court about my Reply and Supplement Motion For Compassionate Release / Sentence Reduction. I would like to know where it stand with the court because it has not been no respond from Government. And they did not file for more time what so' ever. The court has had my motion sense June 13, 2021 and my health has not got no better in here. And it looks to be getting worster in prison to live with different kind of disease taking over. Thank you Judge Hale for your time again.

Truely Yours, Cherosco Brewer #18898-033

Mr. Cherosco L. Brewer #18898-033 A2-218
F.C.I. GILMER  P.O. BOX 6000
GLENVILLE, WV 26351

**FILED**
JAMES J. VILT, JR. - CLERK
AUG 13 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Mr. CHEROSCO BREWER #18898-033 A2-218
GILMER F.C.I. FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 6000
GLENVILLE, WV 26351

FILED
JAMES J. VILT, JR. - CLERK
AUG 13 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

District Hon. Judge David J. Hale #ROOM 208
206 Gene Snyder U.S. Courthouse
601 W. Broadway
Louisville, KY 40202-2249

