**United States District Court**
**Western District of Kentucky**

# MEMORANDUM



**To:** **Cherosco Brewer**, #18898-033
FCI Gilmer
Federal Correctional Institution
P.O. Box 6000
Glenville, WV  26351

**From:** Office of the Clerk

**Date:** September 21, 2021

**Re:** Recent letter in Criminal Action No. 3:17CR-37-DJH (DN 296)

---

This Office is in receipt of your recent letter in which you request copies of "any and all 'state' transcripts filed in this court, which were used to support the ACCA and Career Offender status." Enclosed is a copy of your docket sheet and a copy request form. You may complete and return the enclosed copy request form, indicating what docket entry(ies) you are requesting, and this Office will notify you of the copying costs. If you seek a transcript free of charge, you must file a motion seeking it, identifying the docket number, and state why you are entitled to the transcript free of charge.

No further action will be taken on your letter.

Enclosure (docket sheet; copy request form)
.010