UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                 Plaintiff,

v.                                                        Criminal Action No. 3:17-cr-37-DJH

CHEROSCO BREWER,                                                                        Defendant.

\* \* \* \* \*

## ORDER

Defendant Cherosco Brewer having filed a motion for bond (Docket No. 299), it is hereby

**ORDERED** that the United States shall respond to the motion within **thirty (30) days** of entry of this Order.

October 4, 2021

David J. Hale, Judge
United States District Court

1