# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

October 4, 2021

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202-3988

Re:  Cherosco Brewer
v. United States
No. 21-5287
(Your No. 20-5943)

**FILED**
October 7, 2021
DEBORAH S. HUNT, Clerk

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk