UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                                                        CRIMINAL NO. 3:17-CR-37-DJH

CHEROSCO BREWER                                                                         DEFENDANT

RESPONSE TO SECOND MOTION FOR BOND ON APPEAL [DN 299]

Brewer, convicted by a jury and sentenced to 240 months in prison for the drug and firearms offenses, for a second time asks this Court to release him on bond pending appeal. [DN 299]. Brewer's first such motion was filed on January 7, 2021 [DN 271]. The United States filed its response in opposition on January 22, 2021 [DN 272]. The United States Court of Appeals for the Sixth Circuit affirmed Brewer's conviction and sentence in June of 2021. [DN 289, DN 292]. On July 6, 2021, this Court denied Brewer's first motion for bond on appeal as moot. [DN 294]. In August of 2021, Brewer petitioned the United States Supreme Court for a writ of certiorari. [DN 297]. Brewer then filed a second motion asking this Court to release him pending appeal. [DN 299].

For all the reasons stated in the United States' previous response in opposition [DN 272], Brewer's motion should be denied. In addition, Brewer's motion should be denied because his petition for certiorari has now been denied. [DN 302].

Because it is both meritless and now moot, the United States requests the defendant's motion be DENIED.

Respectfully submitted,

MICHAEL A. BENNETT
Acting United States Attorney

                    */s/ Erin McKenzie*

                    Erin G. McKenzie

                    Corinne E. Keel

                    Assistant United States Attorney

                    717 West Broadway

                    Louisville, KY 40202

                    Phone No.: (502) 625-7041

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify on October 12 2021, I electronically filed this document through the CM/ECF filing system, which will serve opposing counsel, if any, via electronic mail.

                    */s/ Erin McKenzie*

                    Assistant United States Attorney