UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v. Criminal Action No. 3:17-cr-37-DJH

CHEROSCO BREWER, Defendant.

* * * * *

## ORDER

The Supreme Court having denied Defendant Cherosco Brewer's petition for a writ of certiorari (Docket No. 302), it is hereby

**ORDERED** that Brewer's motion for bond pending resolution of the petition (D.N. 299) is **DENIED** as moot.

October 14, 2021

David J. Hale, Judge
United States District Court

1