NO. 3:17-CR-037-DJH

Dear, Hon. Judge David J. Hale    Oct. 5, 2021

I would like a update on Supplement Motion for Compassionate Release Sentence Reduction. And also add a couple of facts law and evidence to support my motion. The three cases that the United States Gov. use to Career Criminal me are not correct. 04-CR-2823, 05-CR-0611 United State V. Davis 720 F.3d 215 at 50 June 24, 2013 they could not use 97-CR-2549 because of Borden V. United States 141 S. Ct 1817 June 10, 2021 3582 (c)(1)(A) Armed Career Criminal. Their is no sentenced transcripts and nothing in my Commonwealth case history file support any prove of a controlling charge in none of the above case # 97-CR-2549, 04-CR-2823, 05-CR-0611. The Government mislead the Court on giving me these horrible sentenced enhancements. And The First Step Act 2018 also say that conspiracy TICS 1ST DEG. 1ST OFFENSE COCAINE doesn't qualify as a predicate offense no more if their was away around the Davis case. Plus the Government has yet to respond to my motion. I should be granted my relief on these facts of law as follows. Thank you for you time.

Mr. Cherosco L. Brewer
#18898-033
F.C.I. Gilmer A2/218
P.O. BOX 6000
Glenville, W.V. 26351

Mr. CHEROSCO BREWER #18898-033  A2-218
F.C.I. Gilmer
Federal Correctional Institution
P.O. BOX 6000
Glenville, West Virginia 26351

(LEGAL MAIL)

Hon. Judge David J. Hale       #ROOM 208
601 West Broadway
Louisville, Ky 40202

CHARLESTON WV 250
FILED JS
12 OCT 2021 PM   COURT CLERK
WESTERN DISTRICT OF KY

21 OCT 15 PM 3:39

40202-222758