UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                        RESPONDENT/PLAINTIFF

v.                                                              CRIMINAL ACTION NO. 3:17-CR-037-DJH
                                                                *-Electronically Filed-*

CHEROSCO BREWER                                                 MOVANT/DEFENDANT

**ORDER**

This matter having come before the Court on the Defendant's Motion for Reconsideration, the United States having responded thereto, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the defendants Motion be and the same is hereby **DENIED**.