UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                RESPONDENT/PLAINTIFF

v.                                                                              CRIMINAL ACTION NO. 3:17-CR-037-DJH
                                                                                                    -*Electronically Filed*-

CHEROSCO BREWER                                                      MOVANT/DEFENDANT

### ORDER

The United States of America having moved the Court for Leave to File Exhibit 1 - Inmate BOP Records to its Response to Defendant's Motion for Reconsideration under seal, and the Court being otherwise sufficiently advised.

**IT IS HEREBY ORDERED** that the United States' Motion be and the same is hereby **GRANTED**.

December 6, 2021

David J. Hale, Judge
United States District Court