FILED
JAMES J. VILT, JR. - CLERK
DEC 15 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

658 S. 40th Street

Louisville, KY 40211

12/14/2021

Judge David J. Hale

Gene Snyder United States Courthouse
601 West Broadway
Room 239
Louisville, KY 40202-2227

Your Honor:

I am Sarah Garner, grandmother of Cherosco Brewer. I am writing this letter to you to go along with my grandsons' motion for compassionate release and pray that you give sincere reconsideration to your prior ruling. Let me start by telling you that we have had an unheard-of amount of death in the family, this year alone. January, I lost my mother who was 98 years of age. Then in October 2021 he lost his other grandmother, his cousin and his uncle (my son) (see enclosed obituaries). Then as you well know his attorney died. Now his mother Paula Bacon is in the hospital on a ventilator clinging to her life. We all know this is a hardship for anyone, especially for someone like Cherosco, he is/was the backbone of the family. His mother is in really bad condition and so is he. It was discovered that he has been equipped with a heart monitor at the prison due to that COVID19 post symptoms. He is trying to come home so we can take care of him and he take care of his mother and me, if she makes it through this critical ordeal. I need help with his father who is a schizophrenic. I am 85 years of age and on a walker, it's hard for me and I can't do what I use to in caring for myself let alone my schizophrenic son. Your Honor, I am aware he is serving time for a non-violent yet considered serious offense, but that man stayed away from any sign of trouble from November 2015 to the present day and not to mention when he was out on bond for those 18 months before they grabbed him up for no apparent reason. You have the power and authority to let him out and give him home detention for as long as you want to. Prison is for people who needs to be in there. He doesn't and that's why he was so angry during his trial days and now. The law allows you to help this man come home to us so he can help take care of us as well as himself. Now with this new virus out and about we all need somebody and from the way it looks so does he. The prison system had been giving him medication that didn't go together and that caused him to go through serious mental and physical complications. All of this is serious, and he needs help, help that he can get if he were home because the prison system seems to be to busy to make sure the right things are done for him. Again, you can help him regardless of how much time he has left in prison or have not served on that 20 years sentence. That what a compassionate release is for please so please help him help us. We need each other. Please reconsider your decision and help my grandson. Thank You.

Sincerely, *Sarah F. Garner*

Sarah Garner

Sarah Garner
658 S. 40th St
Louisville, KY 40211

FILED
JAMES J. VILT, JR. - CLERK
DEC 15 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Honorable Judge David Hale
Gene Snyder United States District Courthouse
601 W. Broadway St
Room 239
Louisville, KY 40202-2227