FILED
JAMES J. VILT, JR. - CLERK
JAN 20 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

1/17/2022

Dear, Hon. Judge Hale I sent this attached motion last month the week of Dec. 9, 2021 And once this place came off of it's first lockdown outbreak. My GRA'MOTHER inFormed me that this motion Defendant's reply to the governments response to motion for reconsideration had not been file in your court. I don't know if it has been placed on record by now? But here is another one for the court!

Yours, Truely
CHEROSCO BREWER
Mr. Cherosco Brewer #18898-033
A2-218  F.C.I. - Gilmer  P.O. BOX 6000
Glenville, WV 26351

Mr. CHEROSCO BREWER #18898-033  A2-208
F.C.I.-Gilmer
Federal Correctional Institution
P.O. BOX 6000
Glenville, WV 26351

FILED
JAMES J. VILT, JR. - CLERK
JAN 20 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Hon. Judge DAVID J. HALE  Room #208
601 WEST BROADWAY
Louisville, Kentucky 40202

CHARLESTON WV 250
18 JAN 2022 PM 3 L