# Bureau of Prisons
## Health Services
### Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: BREWER, CHEROSCO | | Reg #: 18898-033 |
| Date of Birth: 11/05/1973 | Sex: M   Race: BLACK | Facility: GIL |
| Encounter Date: 10/14/2021 12:45 | Provider: Morris, Lisa FNP-C | Unit: A02 |

Chronic Care - Advanced Practice Provider Follow Up encounter performed at Health Services.

**SUBJECTIVE:**

    COMPLAINT 1    Provider: Morris, Lisa FNP-C
    Chief Complaint: Chronic Care Clinic
    Subjective: Modified operations due to Covid 19.

    ENDO/LIPID - Lipitor, no complaints, compliant rx
    HTN - Norvasc, atenolol, complains of headaches that comes and goes every couple days, notes increased shakes with these and anxiety. denies use otc meds for them they go away on own. complains of chest pain that occurs at nighttime that is squeezing lasting 7-8 minutes. states difficulty to breathe with this. unable to quantify last episode and has multiple somatic complaints when asked various subjective questions.
    Ortho - chronic neck/back pain Tylenol/duloxetine compliant. denies trauma or injury

    exercise - none
    diet - chow hall/commissary

**Pain:** Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 10/14/2021 12:51 |
| Location: | Back-Lower |
| Quality of Pain: | Colicky |
| Pain Scale: | Unavailable |
| Intervention: | duloxetine/tylenol |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 5+ Years |
| Duration: | 5+ Years |
| Exacerbating Factors: | standing |
| Relieving Factors: | laying down |
| Reason Not Done: | |
| Comments: | |

Seen for clinic(s): Endocrine/Lipid, Hypertension, Orthopedic/Rheumatology

**ROS:**

  **General**
    **Constitutional Symptoms**
      No: Chills, Fatigue, Fever
  **Integumentary**
    **Hair**
      Yes: Within Normal Limits
    **Skin**

| | | | |
|---|---|---|---|
| Inmate Name: BREWER, CHEROSCO | | Reg #: 18898-033 |
| Date of Birth: 11/05/1973 | Sex: M  Race: BLACK | Facility: GIL |
| Encounter Date: 10/14/2021 12:45 | Provider: Morris, Lisa FNP-C | Unit: A02 |

Yes: Within Normal Limits

### HEENT
#### Ears
Yes: Within Normal Limits
#### Eyes
Yes: Blurred Vision, Hx Eye Glasses
#### Head
Yes: Headaches (Frequency: see above)
#### Nose
Yes: Within Normal Limits
#### Throat
Yes: Within Normal Limits

### Cardiovascular
#### General
Yes: Angina, Orthopnea, Hx Hypertension, Hx of Hyperlipidemia
No: Cough, Edema, Palpitation, Syncope

### Pulmonary
#### Respiratory System
Yes: Within Normal Limits
No: Cough - Dry, DOE, Dyspnea, Pleurisy, Shortness of breath, Wheezing

### GI
#### General
Yes: Within Normal Limits

### GU
#### General
Yes: Within Normal Limits

### Musculoskeletal
#### General
Yes: Low Back Pain

### Neurological
#### Cranial Nerves
Yes: Within Normal Limits

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/14/2021 | 12:52 GIL | 58 | Via Machine | | Morris, Lisa FNP-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/14/2021 | 12:52 GIL | 18 | Morris, Lisa FNP-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/14/2021 | 12:52 GIL | 113/77 | Right Arm | Sitting | Adult-large | Morris, Lisa FNP-C |