*Exhibit 2*

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: BREWER, CHEROSCO | | | | | Reg #: 18898-033 | |
| Date of Birth: 11/05/1973 | | Sex: M | Race: BLACK | | Facility: GIL | |
| Encounter Date: 10/14/2021 12:45 | | Provider: Morris, Lisa FNP-C | | | Unit: A02 | |

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 10/14/2021 | 12:52 GIL | 96 | Room Air | Morris, Lisa FNP-C |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 10/14/2021 | 12:52 GIL | 70.0 | 177.8 | Morris, Lisa FNP-C |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 10/14/2021 | 12:52 GIL | 224.0 | 101.6 | | Morris, Lisa FNP-C |

**Exam:**

  **Diagnostics**
    **Laboratory**
      Yes: Results
  **General**
    **Affect**
      Yes: Cooperative
    **Appearance**
      Yes: Appears Well, Alert and Oriented x 3
  **Skin**
    **General**
      Yes: Within Normal Limits
  **Head**
    **General**
      Yes: Atraumatic/Normocephalic
  **Eyes**
    **General**
      Yes: PERRLA, Extraocular Movements Intact
  **Pulmonary**
    **Auscultation**
      Yes: Clear to Auscultation
      No: Crackles, Rhonchi, Wheezing
  **Cardiovascular**
    **Auscultation**
      Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2
      No: M/R/G
  **Peripheral Vascular**
    **Legs**
      No: Pitting Edema, Non-pitting edema
  **Abdomen**
    **Auscultation**
      Yes: Normo-Active Bowel Sounds
  **Musculoskeletal**

2 A

| | | | |
|---|---|---|---|
| Inmate Name: BREWER, CHEROSCO | | Sex: M   Race: BLACK | Reg #: 18898-033 |
| Date of Birth: 11/05/1973 | | Provider: Morris, Lisa FNP-C | Facility: GIL |
| Encounter Date: 10/14/2021 12:45 | | | Unit: A02 |

**Gait**
    Yes: Normal Gait

**Neurologic**
    **Cranial Nerves (CN)**
        Yes: CN 2-12 Intact Grossly

**Comments**
05/2021cmp nml x cr 1.48, tc 137, tg 87, hdl 37, ldl 83 vitamin b12, psa, tsh, cbc, albumin nml

04/2021 l spine xray normal

**Exam Comments**
ms: gait steady moving all extremities freely without restriction or augmentation

**ROS Comments**
bmi 32

```
09/17/2021 10:01:22 AM 02840014704 DORITOS 8OZ / 8CS 1
09/17/2021 10:01:22 AM 04135811519 CHICKEN/18**8012034** 2
09/17/2021 10:01:22 AM 07172000769 TOOTSI POPS / 24 2
09/17/2021 10:01:22 AM 07239232403 SUNKIST STRAWBERRY MIX/12 1
09/17/2021 10:01:22 AM 08738100903 BBQ CORN CHIPS/15 2
09/17/2021 10:01:22 AM 89745400402 CHEESE RICE/24 2
09/30/2021 09:13:37 AM 01200080996 MT. DEW 12CT (192 PALLET) 1
09/30/2021 09:13:37 AM 02840014704 DORITOS 8OZ / 8CS 4
09/30/2021 09:13:37 AM 04000042431 SNICKERS / 384 CS 3
09/30/2021 09:13:37 AM 0400320 M&M PEANUTS / 384 CS 4
09/30/2021 09:13:37 AM 04133103782 GOYA SAZON / 36 1
09/30/2021 09:13:37 AM 04178900153 HOT CALIFORNIA VEG. CUP SOUP 12
09/30/2021 09:13:37 AM 04178900157 ROASTED CHICKEN CUP/1440 SKID 12
09/30/2021 09:13:37 AM 04800000615 COS MACKEREL 4
09/30/2021 09:13:37 AM 04900002890 COKE 12PK / 192 1
09/30/2021 09:13:37 AM 05410097766 OPEN PIT HICKORY 1
09/30/2021 09:13:37 AM 07114000703 SMOKED BABY CLAMS 3
09/30/2021 09:13:37 AM 07172000769 TOOTSI POPS / 24 2
09/30/2021 09:13:37 AM 07239232404 SUNKIST GRAPE MIX / 12CS 1
09/30/2021 09:13:37 AM 08660024006 BUMBLE BEE LIGHT TUNA 2
09/30/2021 09:13:37 AM 08738100903 BBQ CORN CHIPS/15 2
09/30/2021 09:13:37 AM 08738105119 HOT,HOT,HOT BBQ / 16 2
09/30/2021 09:13:37 AM 08738107032 TANG/18 2
09/30/2021 09:13:37 AM 08738112800 KRAFT CHEDDAR CHEESE/12 1
09/30/2021 09:13:37 AM 31015805455 SUPER PLOIGRIP 2.4 OZ / 24 CS 1
09/30/2021 09:13:37 AM 60502151094 SUGAR TWIN / 12 CS 1
09/30/2021 09:13:37 AM 64252410918 NIRVANA WATER 70/CS PER SKID 12
09/30/2021 09:13:37 AM 74423480135 FLOUR TORTILLAS / 12 2
09/30/2021 09:13:37 AM 74423480222 TURKEY CHILI / 24**8013208** 1
09/30/2021 09:13:37 AM 74423480487 LEGENDARY BEEF SUMMER SAUSAGE 4
09/30/2021 09:13:37 AM 79166919897 FRUIT & CREAM OATMEAL 2
09/30/2021 09:13:37 AM 81655901180 COAST / 12 CS 1
09/30/2021 09:16:31 AM IC ICE CREAM (PINT)6/CASE 2
09/30/2021 10:05:50 AM IC ICE CREAM (PINT)6/CASE 1
10/14/2021 10:42:43 AM 01200080996 MT. DEW 12CT (192 PALLET) 1
10/14/2021 10:42:43 AM 01274768246 CHIPOTLE CHEESE / 60CS 1
10/14/2021 10:42:43 AM 02220000492 SPEED STICK / 12CS 1
```