*Exhibit 3*

| Inmate Name: | BREWER, CHEROSCO | | | Reg #: | 18898-033 |
|---|---|---|---|---|---|
| Date of Birth: | 11/05/1973 | Sex: M  Race: BLACK | | Facility: | GIL |
| Encounter Date: | 10/14/2021 12:45 | Provider: Morris, Lisa FNP-C | | Unit: | A02 |

10/14/2021 10:42:43 AM 02430004101 OATMEAL CREME PIES/ 16 2
10/14/2021 10:42:43 AM 02670068165 HIDDEN VALLEY RANCH / 84 CS 3
10/14/2021 10:42:43 AM 02840014707 COOL RANCH DORITOS / 8 CS

**ASSESSMENT:**

Chest pain, unspecified, R079 - Current

Essential (primary) hypertension, I10 - Current

Hyperlipidemia, unspecified, E785 - Current

Low back pain, M545 - Current

Unspecified mood [affective] disorder, F39 - Current

**PLAN:**

**Medication Reconciliation.**
**The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.**

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 221110-GIL | DULoxetine HCl Delayed Rel 30 MG Cap | 10/14/2021 12:45 |

  Prescriber Order:  Take one capsule (30 MG) by mouth twice daily ***note decreased dose*** x 180 day(s)
  Indication:  Unspecified mood [affective] disorder, Low back pain

| 221107-GIL | Acetaminophen 325 MG Tab | 10/14/2021 12:45 |

  Prescriber Order:  Take one tablet (325 MG) by mouth every six hours AS NEEDED PRN x 180 day(s)
  Indication:  Low back pain

**Other Active Medications**

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|
| 221106-GIL | amLODIPine 10 MG TAB | 04/22/2022 | Take one tablet (10 MG) by mouth daily |
| 221107-GIL | Acetaminophen 325 MG Tab | 10/19/2021 | Take one tablet (325 MG) by mouth every six hours AS NEEDED |
| 221108-GIL | Atenolol 25 MG TAB | 04/22/2022 | Take one tablet (25 MG) by mouth daily |
| 221109-GIL | Atorvastatin 40 MG TAB | 04/22/2022 | Take one tablet (40 MG) by mouth each evening |
| 221110-GIL | DULoxetine HCl Delayed Rel 30 MG Cap | 10/19/2021 | Take one capsule (30 MG) by mouth twice daily ***note decreased dose*** |

**Other Active IVs:**

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|

  No IVs to be Reconciled.

**Other Active OTCs:**

| Medication | OTC Source | Start Date | Stop Date |
|---|---|---|---|

  No OTCs to be Reconciled.

Allergies
No Known Allergies

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Generated 10/14/2021 13:53 by Morris, Lisa FNP-C | Bureau of Prisons - GIL | | Page 5 of 7 |

3A

| | | | |
|---|---|---|---|
| Inmate Name: BREWER, CHEROSCO | | Reg #: 18898-033 | |
| Date of Birth: 11/05/1973 | Sex: M  Race: BLACK | Facility: GIL | |
| Encounter Date: 10/14/2021 12:45 | Provider: Morris, Lisa FNP-C | Unit: A02 | |

Lab Tests-C-CBC     One Time     12/13/2021 00:00     Routine
Lab Tests-M-Magnesium
Lab Tests-C-Comprehensive Metabolic Profile (CMP)
    Labs requested to be reviewed by:     McCoy, Emery (MAT) DO/CD

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Equipment Issue | 10/14/2021 00:00 | MLP 03 |
|   AHI | | |
| Referral | 10/14/2021 00:00 | EMT/P 02 |
|   ekg | | |

**Disposition:**
Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

**Other:**
Chest pain
IM complaining of chest pain at night that resolves. will check ekg. will complete AHI for sleep apnea. VSS.

IM has multiple somatic complaints and anxiety.

back pain with lspine imaging nml.

Instructed he needs to exercise and work on weight loss. decrease caffeine intake and increase hydration.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/14/2021 | Counseling | Access to Care | Morris, Lisa | Verbalizes Understanding |
| 10/14/2021 | Counseling | Compliance - Treatment | Morris, Lisa | Verbalizes Understanding |
| 10/14/2021 | Counseling | Diagnosis | Morris, Lisa | Verbalizes Understanding |
| 10/14/2021 | Counseling | Diet | Morris, Lisa | Verbalizes Understanding |
| 10/14/2021 | Counseling | Exercise | Morris, Lisa | Verbalizes Understanding |
| 10/14/2021 | Counseling | Pain Management | Morris, Lisa | Verbalizes Understanding |
| 10/14/2021 | Counseling | Plan of Care | Morris, Lisa | Verbalizes Understanding |
| 10/14/2021 | Counseling | Prognosis | Morris, Lisa | Verbalizes Understanding |
| 10/14/2021 | Counseling | Risk vs. benefit of treatment | Morris, Lisa | Verbalizes Understanding |
| 10/14/2021 | Counseling | Test/X-ray Results | Morris, Lisa | Verbalizes Understanding |
| 10/14/2021 | Counseling | Treatment Goals | Morris, Lisa | Verbalizes Understanding |

Generated 10/14/2021 13:53 by Morris, Lisa FNP-C     Bureau of Prisons - GIL     Page 6 of 7