*Exhibit 4*

| | | |
|---|---|---|
| 29. | The otherwise applicable guideline range is compared to the chart in §4B1.1(c)(3), which in this instance is 360 months to life. Pursuant to §4B1.1 Background statement, that range corresponds to a criminal history category VI and an offense level of 37, as there is no reduction for acceptance of responsibility. Therefore, the offense level is 37. | <u>37</u> |
| 30. | **Chapter Four Enhancement:** The offense of conviction is a violation of 18 U.S.C. § 922(g), and the defendant has at least three prior convictions for a serious drug offense (Jefferson County Circuit Court, Louisville, Kentucky Case Numbers 97-CR-2549; 04-CR-2823; and 05-CR-611) which were committed on different occasions. Therefore, the defendant is an armed career criminal and subject to an enhanced sentence under the provisions of 18 U.S.C. § 924(e). The offense level for an armed career criminal is the greatest of §§4B1.4(b)(1), (b)(2) or (b)(3). In this case, the offense level pursuant to USSG §4B1.1 is greater; therefore, the offense level is 37. | <u>37</u> |
| 31. | **Acceptance of Responsibility:** As of completion of the presentence investigation, the defendant has not clearly demonstrated acceptance of responsibility for the offense. USSG §3E1.1. | <u>0</u> |
| 32. | **Total Offense Level:** | <u>37</u> |

<u>**Offense Behavior Not Part of Relevant Conduct:**</u>

33.   None.


## PART B. THE DEFENDANT'S CRIMINAL HISTORY

(Kentucky Revised Statute 31.100(4) and 31.110(1) - A person who is being detained by a law enforcement officer on suspicion of having committed, or is under formal charge of having committed, or is being detained under a conviction of, a serious crime, that being a felony or misdemeanor or offense by penalty for which includes the possibility of confinement, is entitled to be represented by an attorney to the same extent as a person having his own counsel, and is so entitled. Effective June 17, 1978.)

<u>Juvenile Adjudication(s)</u>

34.   None Known.