VOLUME I  
INDEX  *Exhibit 5*

| SUBJECT | PAGE |
|---|---|
| Indictment, Dated October 20, 1997 | 1-5 |
| Papers Received from District Court | 6-28 |
| Order of Arraignment and Discovery, Entered October 29, 1997 | 29-32 |
| Commonwealth's Response to Court's order of Discovery, Filed November 3, 1997 | 33-35 |
| Attached | 36-58 |
| Order (Plea of Guilty), Entered December 5, 1997 | 59 |
| Commonwealth's Offer on a Plea of Guilty, Dated December 2, 1997 | 60 |
| Motion to Enter Guilty Plea Pursuant to North Carolina V. Alford | 61 |
| Order of Commitment, Dated January 9, 1998 | 62 |
| Order of Forfeiture, Entered January 14, 1998 | 63-64 |
| *missing* JUDGMENT OF CONVICTION AND SENTENCE, ENTERED JANUARY 15, 1998 | 65-67 |
| Letter to Judge from Defendant, Dated April 24, 1998 | 68-69 |
| Notice-Motion for Shock Probation, Filed May 7, 1998 | 70-71 |
| Order, Entered June 10, 1998 | 72 |
| Petition for Rehearing, Received June 19, 1998 | 73-75 |
| Motion for Leave to Proceed in Forma Pauperis | 76 |
| Order for Appearance of Prisoner, Unsigned | 77 |
| Order, Unsigned | 78 |
| Order Setting for Trial/Hearing, Unsigned | 79 |
| Attachment | 80-85 |
| Order and Affidavit of Indigency | 86 |
| Order, Dated July 6, 1998 | 87 |
| Notice-Motion for Prerelease Probation, Received August 18, 1998 | 88-91 |
| Order, Received August 18, 1998 | 92-93 |
| Order, Entered August 21, 1998 | 94 |
| Notice-Motion for Prerelease Probation, Filed August 21, 1998 | 95-98 |
| Order, Dated August 17, 1998 | 99-100 |
| Order, Entered October 19, 1998 | 101 |
| Order, Entered August 21, 1998 | 102 |
| Kentucky Department of Corrections Prerelease Probation-Risk Assessment Scale, Dated September 10, 1998 | 103-104 |
| Kentucky Department of Corrections Disciplinary Report Form Part II-Hearing/Appeal, Dated August 11, 1998 | 105-106 |
| Adjustment Committee Appeal Form, Dated June 19, 1998 | 107-108 |
| Order, Denied, Entered January 25, 1999 | 109 |

- A -