AOC-056-46
2-90

Commonwealth of Kentucky
Court of Justice

*Exhibit 6*

**ORDER (PLEA OF GUILTY)**

Jefferson Circuit Court

Division _____ 15 _____

COMMONWEALTH OF KENTUCKY

V.

CHEROSCO LAMONT BREWER

_____ Defendant

Case No. _____ 97CR2549 _____

ALFORD VS NORTH CAROLINA

Representing the Commonwealth:        ALEX DATHORNE

Representing the Defendant:        DAVID WARD

At a Court held _____ 12-05-97 _____.

The proceedings were officially recorded by videotape.  The taping appears on the Sentencing and Guilty
Plea Log (Tape No. _____ 30-15-97VCR083 _____, page _____).

Came the defendant in person, and by counsel, and the Commonwealth by counsel.  The defendant moved
the Court to withdraw his/her former plea of not guilty and to enter a plea of guilty to _____ TRAFFICKING IN A
CONTROLLED SUBSTANCE (AMENDED WITHOUT A FIREARM) ILLEGAL POSSESSION OF DRUG PARAPHERNALIA
WITH A FIREARM, RECEIVING STOLEN PROPERTY O/300, ~~CARRYING A CONCEALED DEADLY WEAPON, OPERATING
A MOTOR VEHICLE WHILE LICENSE IS SUSPENDED, SPEEDING.~~
  FORFIET: $883.00 CASH, 2 PAGERS, AND 1 CELLAR PHONE.

The Court examined the defendant, and counsel, and finds defendant's plea to be voluntary, and accepts
his/her plea of guilty.

The Court notes of record the recommendation of the Commonwealth as follows: _____ TRAFFICKING IN A
CONTROLLED SUBSTANCE   FIVE (5) YEARS, RECEIVING STOLEN PROPERTY O/300 FIVE (5) YEARS, ILLEGAL
POSSESSION OF DRUG PARAPHERNALIA : WITH A FIREARM FIVE (5) YEARS, CARRYING A CONCEALED DEADLY
WEAPON   TWELVE (12) MONTHS, OPERATION A MOTOR VEHICLE WHILE LICENSE IS SUSPENDED   SIX (6)
MONTHS, SPEEDING $100.00 FINE (TIME CREDIT SERVED )

This matter is assigned to _____ 1-9-97 _____ at _____ 9:00 _____ a.m. for sentencing.

IT IS FURTHER ORDERED:

( x )  Pre-Sentence Investigation Report be requested
( x )  Defendant remain on same bail
(   )  Defendant be remanded into ~~custody~~ ENTERED IN COURT
(   )  _____

12-5-97

TONY MILLER, Clerk

BY _____

Judge