| | | |
|---|---|---|
| AOC-491.1 Doc. Code: COPG<br>Rev. 11-95<br><br>Commonwealth of Kentucky<br>Court of Justice | **COMMONWEALTH'S OFFER<br>ON A PLEA OF GUILTY**<br>Exhibit 7 | Case No. 97CR2549<br>Court Circuit<br>Division 15<br>County Jefferson |

ALFORD

**COMMONWEALTH OF KENTUCKY** — PLAINTIFF

V.

**Cherosco Lamont Brewer** — DEFENDANT

**1. Charge(s):**                                     **Penalty:**
- TICS w/ Firearm                                    10-20 YRS : B Felony
- RSP Firearm                                         1-5 YRS : D Felony
- IPDP w/ Firearm                                    1-5 YRS : D Felony
- CCDW                                               up to 12 mos A MDMNR
- Op Susp                                            up to 6 mos : Violation
- Speeding                                           up to $100 fine : Violation

**2. Amended Charge(s) (If Applicable):**           **Penalty:**
- Amend Firearm

**3. Facts of the case:**

On 9-11-97, above named △ subject of a traffic stop. △ found in possession of one ounce (28 grams) of cocaine, stolen 10mm handgun hidden inside dashboard, a digital scale and thumb scale, box of 10mm live rounds, two pagers and a cellular phone and $883.00 in cash.

**4. Recommendations on a Plea of Guilty (Plea Agreement):**

①TICS (w/out firearm): 5 years ②RSP: 5 YRS ③IPDP w/ firearm 5 YRS ④CCDW: 12 mos ⑤Op Susp: 6 mos ⑥Speed: $100 (credit for time served). All concurrent for a total of 5 years. Time to be served. Forfeit $883.00, two pagers and a cellular phone.

1/19/98 @ 0900