*Exhibit 8*

**97CR2549**  **COMMONWEALTH VS. CHEROSCO LAMONT BREWER**
**VOLUME II**

| SUBJECT | INDEX | PAGE |
|---|---|---|

| Subject | Page |
|---|---|
| Opinion and Order, entered 06/15/1999 | 161 – 163 |
| Notice of Appeal, received 06/28/1999 | 164 |
| Motion to Proceed In Forma Pauperis and Appointment of Counsel, received 06/28/1999 | 165 – 167 |
| Designation of Record | 168 |
| Motion for Compliance | 169 |
| Order and Affidavit of Indigency | 170 |
| Motion for Reconsideration, received 06/28/1999 | 171 – 173 |
| Jefferson County Certificate | 174 |
| Tape Receipt | 175 |
| Notice of Certification of Record on Appeal | 176 |
| Jefferson County Certificate | 177 |
| Court of Appeals Transport Request | 178 |
| Jefferson County Transport Certificate | 179 – 180 |
| Correspondence | 181 |
| Court of Appeals Opinion Vacating and Remanding, entered 02/15/2002 | 182 – 189 |
| Court of Appeals Return Receipt | 190 |
| Sua Sponte Order (03/05/2002) | 191 |
| Order for Appearance of Prisoner (03/05/2002) | 192 |
| Order for Appearance of Prisoner (03/25/2002) | 193 – 194 |
| Motion to Change Hearing Date to Pre-Hearing Conference and to Request Police Video of the Traffic Stop (06/19/2002) | 195 – 196 |
| Order, entered (06/19/2002) | 197 |