Exhibit #1

TRULINCS  18898033 - BREWER, CHEROSCO - Unit: GIL-A-B

---

FROM: Old Dude, Brewer
TO: 18898033
SUBJECT: codak
DATE: 03/25/2022 08:06:07 PM

Salt Substitutes: Those who are taking lisinopril should avoid sodium, calcium and magnesium-rich foods. This combination may reduce the blood pressure-lowering effect of lisinopril. Potassium Rich Foods: Lisinopril has the capacity to increase blood potassium level which can lead to irregular heartbeat.