*Exhibit #2*

TRULINCS 18898033 - BREWER, CHEROSCO - Unit: GIL-A-B

---

FROM: Back, Back
TO: 18898033
SUBJECT: codak
DATE: 03/25/2022 08:06:07 PM

Serious side effects and their symptoms can include the following:
hypersensitivity (allergic) reaction. Symptoms include: swelling of your face, lips, tongue, or throat. ...
kidney problems. Symptoms include: tiredness. ...
liver failure. Symptoms include: ...
high potassium levels. This drug can cause dangerously high potassium.