*Exhibit #3.*

TRULINCS 18898033 - BREWER, CHEROSCO - Unit: GIL-A-B

---

FROM: Old Dude, Brewer
TO: 18898033
SUBJECT: codak
DATE: 03/25/2022 08:06:07 PM

Common brands: Qbrelis, Prinivil, Zestril

ACE inhibitor
It can treat high blood pressure and heart failure. It can also reduce the risk of death after a heart attack.