Exhibit #4

TRULINCS 18898033 - BREWER, CHEROSCO - Unit: GIL-A-B

---

FROM: 18898033
TO: Health Services
SUBJECT: ***Request to Staff*** BREWER, CHEROSCO, Reg# 18898033, GIL-A-B
DATE: 03/29/2022 09:55:30 AM

To: ms.morris
Inmate Work Assignment: n/a

I have been vomiting two to three times a day. And my heart feel like it is going to jump out of my chest day in and day out. My chest feel if it is on fire all day long on top of my abdominal pain has got worse . This medication you have changed me to take Lisinopril 40 mg is not for me. I was already in enough pain and being tired without no energy before these peels. Now that BOP has given you these peels to give me my life feel like it is coming to a end! I am not taking this medication any more. Why would you give me this medication??? fr/MS. Morris