TRULINCS 18898033 - BREWER, CHEROSCO - Unit: GIL-A-B          Exhibit #5

---

FROM: Health Services
TO: 18898033
SUBJECT: RE:***Inmate to Staff Message***
DATE: 03/13/2022 10:52:02 AM

please submit a sick call as instructed on trulincs in writing

---

From: ~^! BREWER, ~^!CHEROSCO <18898033@inmatemessage.com>
Sent: Saturday, March 12, 2022 12:24 PM
To: GIL-InmateToHealthSvcs (BOP) >
Subject: ***Request to Staff*** BREWER, CHEROSCO, Reg# 18898033, GIL-A-B

To: medical
Inmate Work Assignment: n/a

MY HEART IS BEATING FAST AT TIMES AND MY CHEST IS HURTING VERY BAD !!!As well as my ankles are really hurting and swold up and purple black with big red spots on them. Also my feet feel like i and walking on hot rocks.