Exhibit #6.

| | |
|---|---|
| Inmate Name: BREWER, CHEROSCO | Reg #: 18898-033 |
| Date of Birth: 11/05/1973   Sex: M   Race: BLACK | Facility: GIL |
| Encounter Date: 10/14/2021 12:45   Provider: Morris, Lisa FNP-C | Unit: A02 |

    Yes: Within Normal Limits

- **HEENT**
  - **Ears**
    - Yes: Within Normal Limits
  - **Eyes**
    - Yes: Blurred Vision, Hx Eye Glasses
  - **Head**
    - Yes: Headaches (Frequency: see above)
  - **Nose**
    - Yes: Within Normal Limits
  - **Throat**
    - Yes: Within Normal Limits
- **Cardiovascular**
  - **General**
    - Yes: Angina, Orthopnea, Hx Hypertension, Hx of Hyperlipidemia
    - No: Cough, Edema, Palpitation, Syncope
- **Pulmonary**
  - **Respiratory System**
    - Yes: Within Normal Limits
    - No: Cough - Dry, DOE, Dyspnea, Pleurisy, Shortness of breath, Wheezing
- **GI**
  - **General**
    - Yes: Within Normal Limits
- **GU**
  - **General**
    - Yes: Within Normal Limits
- **Musculoskeletal**
  - **General**
    - Yes: Low Back Pain
- **Neurological**
  - **Cranial Nerves**
    - Yes: Within Normal Limits

**OBJECTIVE:**

Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/14/2021 | 12:52 GIL | 58 | Via Machine | | Morris, Lisa FNP-C |

Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/14/2021 | 12:52 GIL | 18 | Morris, Lisa FNP-C |

Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/14/2021 | 12:52 GIL | 113/77 | Right Arm | Sitting | Adult-large | Morris, Lisa FNP-C |

EXHIBIT 1

# Bureau of Prisons
## Health Services
### Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: BREWER, CHEROSCO | | | Reg #: | 18898-033 |
| Date of Birth: 11/05/1973 | Sex: M | Race: BLACK | Facility: | GIL |
| Encounter Date: 10/14/2021 12:45 | Provider: Morris, Lisa FNP-C | | Unit: | A02 |

Chronic Care - Advanced Practice Provider Follow Up encounter performed at Health Services.

**SUBJECTIVE:**

   COMPLAINT 1          Provider: Morris, Lisa FNP-C
   Chief Complaint: Chronic Care Clinic
   Subjective: Modified operations due to Covid 19.

   ENDO/LIPID - Lipitor, no complaints, compliant rx
   HTN - Norvasc, atenolol, complains of headaches that comes and goes every couple days, notes increased shakes with these and anxiety. denies use otc meds for them they go away on own. complains of chest pain that occurs at nighttime that is squeezing lasting 7-8 minutes. states difficulty to breathe with this. unable to quantify last episode and has multiple somatic complaints when asked various subjective questions.
   Ortho - chronic neck/back pain Tylenol/duloxetine compliant. denies trauma or injury

   exercise - none
   diet - chow hall/commissary

   Pain: Yes

   Pain Assessment
   Date:                  10/14/2021 12:51
   Location:              Back-Lower
   Quality of Pain:       Colicky
   Pain Scale:            Unavailable
   Intervention:          duloxetine/tylenol
   Trauma Date/Year:
   Injury:
   Mechanism:
   Onset:                 5+ Years
   Duration:              5+ Years
   Exacerbating Factors:  standing
   Relieving Factors:     laying down
   Reason Not Done:
   Comments:

Seen for clinic(s): Endocrine/Lipid, Hypertension, Orthopedic/Rheumatology

ROS:
   General
      Constitutional Symptoms
         No: Chills, Fatigue, Fever
   Integumentary
      Hair
         Yes: Within Normal Limits
      Skin