FILED
JAMES J. VILT JR,
CLERK
July 7, 2022
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

7/5/2022

Dear, Hon. Judge David J. Hale

I am checking to see if, it has been any up-date on my pending motions for compassionate release. Also, would like to get a up-dated docket sheet criminal case #3:17-CR-037-DJH. I am currently in very bad health. See medical record BOP. And time is not on my side of getting well or the help. I have to get on a daily. As the court is aware that BOP and staff here is the reason. I have a bad heart now!

Thank you.

Yours Truely

Mr. Cherosco Brewer #18898-033
A2-218
F.C.I. - Gilmer
P.O. Box 6000
Glenville, WV 26351

Mr. Cherosco Brewer #18898-033 A2-218
F.C.I. - Gilmer
Federal Correctional Institution
P.O. Box 6000
Glenville, WV 26351

) Legal Mail )

CHARLESTON WV 250
5 JUL 2022 PM 3 L

FILED
James J. Vilt Jr,
Clerk
July 7, 2022
U.S. District Court
Western District of Kentucky

RECEIVED
JAMES J. VILT, JR. - CLERK
JUL -7 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Hon. Judge David J. Hale #Room 208
601 West Broadway
Louisville, Kentucky 40202

40202-223899



FCI Gilmer, P.O. Box 5000, Glenville, WV 26351

Date 7-5-22

"The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address."