United States District Court   Western District Of Kentucky
Louisville Division        Case No. 3:17-cr-00037-DJH
United States of America v. Cherosco Brewer, Defendant

**FILED**
JAMES J. VILT, JR. - CLERK

AUG 17 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

<u>Defendant's Notice Of Appeal</u>

Comes now Defendant Cherosco Brewer, and timely files this his Notice of Appeal. Defendant is appealing the Court's ruling dated 8/5/22, denying said motions. See Document 319. Defendant requests this Clerk of Court to forward all relevant motions, documents and exhibits to the Sixth Circuit Court of Appeals for review.

This 12th day of August, 2022.

Cherosco Brewer
Cherosco Brewer, 18898-033
FCI Gilmer, A2-218
P.O. Box 6000
Glenville, WV 26351

3:17-cr-00037-DJH DN 319

Cherosco Brewer 18898-033
GILMER FCI - Inmate Mail/Parcels A2-218
P.O. BOX 6000
GLENVILLE, WV 26351



**FILED**

JAMES J. VILT, JR. - CLERK

AUG 17 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Legal Mail

Office Of The Clerk
U.S.D.C./W.D. Ky.
106 Gene Snyder U.S. Crthse.
601 West Broadway
Louisville, Ky. 40202-2249

40202-222731