USDC KYWD - Notice Of Deficiency (Rev. 1/09)

# United States District Court
# Western District of Kentucky
# at Louisville

## *APPEAL*
## *NOTICE OF DEFICIENCY*

| | |
|---|---|
| **TO:** | Cherosco Brewer |
| **CASE #:** | 3:17-cr-37-DJH |
| **STYLE OF CASE:** | USA v. Brewer |
| **DOCUMENT TITLE:** | Notice of Appeal (DN 320) |
| **DATE:** | 8/18/2022 |

*Your Appeal has been filed.  However, please be advised that your filing is deficient for the following:*

**A MOTION TO PROCEED in Forma Pauperis is required.  You must provide the information required by Federal Rule of Appellate Procedure 24(a)(1).  (A Motion to Proceed in Forma Pauperis on Appeal form is enclosed.)**

**PRISON TRUST ACCOUNT STATEMENT.  You must file a certified copy of your jail/prison trust account statement for the six (6) month period preceding filing of the application to proceed without prepayment of fees.**  *(See 28 U.S.C. § 1915(a)(2))*

**OR**

**$505.00 FILING FEE.  To be paid in full.**

**YOU ARE GRANTED 30 DAYS FROM THIS DATE TO REMEDY THE ABOVE.  FAILURE TO COMPLY WITHIN 30 DAYS, WITHOUT GOOD CAUSE SHOWN, WILL RESULT IN THIS MATTER BEING BROUGHT TO THE ATTENTION OF THE COURT.**