## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: August 19, 2022

Mr. Cherosco L. Brewer
F.C.I. Gilmer
P.O. Box 6000
Glenville, WV 26351

Re: Case No. 22-5724, *USA v. Cherosco Brewer*
Originating Case No. 3:17-cr-00037-1

Dear Mr. Brewer,

   This appeal has been docketed as case number **22-5724** with the caption that is enclosed on a separate page.  The case number and official caption, as it appears on the enclosure, must appear on all documents submitted for filing in this case.

   As the appellant, when you submit motions, briefs or any other documents to the Clerk's office, send only **1** original, with your signature.  Copies are no longer necessary because the original documents will be scanned into the court's Electronic Case Filing system.  You must mail appellee counsel a copy of every document you send to the Clerk's office for filing.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system. These forms must be filed by **September 2, 2022**.

   Appellee:   Appearance of Counsel
              Application for Admission to 6th Circuit Bar (if applicable)

   If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                                    Sincerely,

                                    s/Gretchen S. Abruzzo
                                    Case Manager
                                    Direct Dial No. 513-564-7018

cc:  Ms. Corinne Elizabeth Keel

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 22-5724**

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

CHEROSCO L. BREWER

       Defendant - Appellant