8/23/2022

Dear, Hon. Judge David J. Hale   Case 3:17-CR-37-DJH

Notice of Appeal (DN 320)

I received a Appeal Notice of Deficiency from this court 8/22/2022. Also saying motion to proceed in Forma Pauperis is required. I am truely confuse to why i have to pay 505.00 Filing Fee. For me to be able to receive a response from the 6th Cir. Court of Appeal. I know I'm a laymen to the law but i file all of my compassionate release motions Pro Se. And i have no money to pay a filing fee. Is the court aware of this action because their are no record of this.!? Cause the court please let me know what is going on?

Thanks for your time.
Yours, Truely
Mr. Cheroseo Brewer #18898A2-218
F.C.I.-Gilmer
P.O. Box 6000
Glenville, WV 26351

FILED
James J. Vilt Jr,
Clerk
8/25/2022
U.S. District Court
Western District of Kentucky

## Motion and Affidavit for Permission
## to Appeal In Forma Pauperis

v.

Appeal No. _____
District Court or Agency No. _____

---

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Signed: _____

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: _____

---

**My issues on appeal are:**


1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $_____ | $_____ | $_____ | $_____ |
| Self-employment | $_____ | $_____ | $_____ | $_____ |
| Income from real property (such as rental income) | $_____ | $_____ | $_____ | $_____ |
| Interest and dividends | $_____ | $_____ | $_____ | $_____ |
| Gifts | $_____ | $_____ | $_____ | $_____ |
| Alimony | $_____ | $_____ | $_____ | $_____ |

1

| | | | | |
|---|---|---|---|---|
| Child support | $_____ | $_____ | $_____ | $_____ |
| Retirement (such as social security, pensions, annuities, insurance | $_____ | $_____ | $_____ | $_____ |
| Disability (such as social security, insurance payments) | $_____ | $_____ | $_____ | $_____ |
| Unemployment payments | $_____ | $_____ | $_____ | $_____ |
| Public-assistance (such as welfare) | $_____ | $_____ | $_____ | $_____ |
| Other (specify):_____ | $_____ | $_____ | $_____ | $_____ |
| **Total monthly income:** $_____ | $_____ | $_____ | $_____ | $_____ |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

4. How much cash do you and your spouse have? $_____
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home | (Value) | Other real estate | (Value) | Motor vehicle #1 | (Value) |
|---|---|---|---|---|---|
| | | | | Make & year: | |
| | | | | Model: | |
| | | | | Registration #: | |
| Motor vehicle #2 | (Value) | Other assets | (Value) | Other assets | (Value) |
| Make & year: | | | | | |
| Model: | | | | | |
| Registration #: | | | | | |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | | |
| | | |
| | | |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| | | |
| | | |
| | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ | $ |
| Are real-estate taxes included? ☐ Yes ☐ No Is property insurance included? ☐ Yes ☐ No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ | $ |
| Home maintenance (repairs and upkeep) | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |

3

| | | |
|---|---|---|
| Laundry and dry-cleaning | $_____ | $_____ |
| Medical and dental expenses | $_____ | $_____ |
| Transportation (not including motor vehicle payments) | $_____ | $_____ |
| Recreation, entertainment, newspapers, magazines, etc. | $_____ | $_____ |
| Insurance (not deducted from wages or included in Mortgage payments) | $_____ | $_____ |
|     Homeowner's or renter's | $_____ | $_____ |
|     Life | $_____ | $_____ |
|     Health | $_____ | $_____ |
|     Motor Vehicle | $_____ | $_____ |
|     Other: _____ | $_____ | $_____ |
| Taxes (not deducted from wages or included in Mortgage payments) (specify): _____ | $_____ | $_____ |
| Installment payments | | |
|     Motor Vehicle | $_____ | $_____ |
|     Credit card (name): _____ | $_____ | $_____ |
|     Department Store (name): _____ | $_____ | $_____ |
|     Other: _____ | $_____ | $_____ |
| Alimony, maintenance, and support paid to others | $_____ | $_____ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $_____ | $_____ |
| Other (specify): _____ | $_____ | $_____ |
| **Total monthly expenses:** | $_____ | $_____ |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?
☐ Yes ☐ No      If yes, describe on an attached sheet.

4

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?  ☐ Yes  ☐ No

If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:

_____

_____

_____

11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?
☐ Yes  ☐ No

If yes, how much? $_____

If yes, state the person's name, address, and telephone number:

_____

_____

_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

13. State the address of your legal residence.

_____

_____

Your daytime phone number: (___) _____

Your age: _____   Your years of schooling: _____

5

-For Use By Incarcerated Applicants Only-

The following Certificate of Authorized Prison Official must be completed and filed with a prisoner's Application to Proceed without Prepayment of Fees and Affidavit for all incarcerated applicants. *See* 28 U.S.C. § 1915(a)(2) (a prisoner who applies to proceed without prepayment of fees must provide a certified copy of the trust fund account statement "obtained from the appropriate official of each prison at which the prisoner is or was confined"). The information provided below will be used by the Court in determining the proper initial partial filing fee as defined under 28 U.S.C. § 1915(b).

## CERTIFICATE of AUTHORIZED PRISON OFFICIAL

I, _____, certify that the incarcerated applicant

_____ (name of applicant) has the sum of $_____ on account to

his/her credit at _____ (name of institution). I further certify that the

applicant named herein has the following securities to his/her credit:

_____

_____.

I further certify that in the 6-month period immediately preceding the filing of the complaint/petition/motion or

notice of appeal, the average monthly deposits to the applicant's trust fund prison account was

$_____, and the average monthly balance in the prisoner's account was

$_____.

_____          _____
      DATE                         SIGNATURE OF AUTHORIZED OFFICIAL

6

RECEIVED
JAMES J. VILT, JR. - CLERK
AUG 25 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

CHARLESTON WV 250
23 AUG 2022 PM 2 L

3:17-cr-00037-DJH DN 321; appeal IFP
Cherosco Brewer 18898-033
GILMER FCI-Inmate Mail/Parcels
P.O. BOX 6000
GLENVILLE, WV 26351

Hon. Judge David J. Hale
106 Gene Snyder U.S. Courthouse
601 W. Broadway
Louisville, KY 40202

Legal Mail

