FILED
JAMES J. VILT JR,
CLERK
September 9, 2022
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

9/6/2022

Dear, Hon. Judge David J. Hale

May I, Cherosco Brewer #18898-033 "please, have 2255 forms. So, i can file Ineffective Assistance of Counsel on all of the Attorney's. That was involved in my case #3:17-CR-00037-DJH as well as Assistant U.S. Attorneys Corinne E. Keel and Erin G. McKenzie. David S. Mejia Donald J. Meier, Keith E. Kamenish, Larry D. Simon Scott James Barton, Timothy F. Sweeney. Also can i get a up to date doc. sheet?

Thank and have a nice day.

Yours, Truely

Mr. Cherosco Brewer #18898-033
A2-218 F.C.I.-Gilmer P.O. Box 6000
Glenville, WV 26351

Mr. Cherosco Brewer #18898-033 A2-218
F.C.I. - Gilmer
Federal Correctional Institution
P.O. Box 6000
Glenville, WV 26351

Legal Mail

Hon. Judge David J. Hale
601 West Broadway
Louisville, Kentucky 40202

FILED
James J. Vilt Jr,
Clerk
September 9, 2022
U.S. District Court
Western District of Kentucky

RECEIVED
JAMES J. VILT, JR. - CLERK
SEP 09 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY