CASE #3:17-CR-037-DJH

Dear, Hon. Judge David J. Hale

I would like to file leave to be able to file more than 35 pages. In my 2255 brief to this Honable court do to. It being 8, attorney's that i am filing against. And have alot of ground to cover to get the facts out!

Yours, Truely

Mr. Cherosco Brewer #18898-033
A2-218 F.C.I.-Gilmer P.O. Box 6000
Glenville, WV 26351

**FILED**
James J. Vilt Jr, Clerk
9/29/2022
U.S. District Court
Western District of Kentucky

Mr. CHEROSCO BREWER #18898-033 A2-218
F.C.I.-Gilmer
Federal Correctional Institution
P.O. BOX 6000
Glenville, WV 26351



RECEIVED
JAMES J. VILT, JR. - CLERK
SEP 29 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

OFFice OF THE CLERK
106 Gene Snyder U.S. CourtHouse
601 W. Broadway

Louisville, Ky 40202-2249