"BREIF FOR 2255"

FILED
JAMES J. VILT, JR. - CLERK
SEP 29 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

PLAINTIEE

CHEROSCO BREWER
          V.                    3:17-CR-00037-DJH-1

United States American