UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CHEROSCO BREWER,                                                  Movant/Defendant,

v.                                                      Civil Action No. 3:17-cr-37-DJH

UNITED STATES OF AMERICA,                              Respondent/Plaintiff.

\* \* \* \* \*

## ORDER

Movant Cherosco Brewer filed a *pro se* motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Docket No. 325).  He also filed a motion requesting "leave to be able to file more than 35 pages.  In my 2255 brief to this Honorable court do to.  It being, 8 attorney's that I am filing against.  And have a lot of ground to cover to get the facts out!" (DN 326).  He completed the Court's approved § 2255 motion form and attached to it a handwritten brief consisting of 45 pages.  The Court presumes that Movant is referring to Local Criminal Rule 47.21(e), which provides, "Motions and responses may not exceed 25 pages without leave of Court."  Upon consideration, the Court will permit the filing of Movant's 45-page handwritten brief in support of his § 2255 motion.  Accordingly, it is hereby

**ORDERED** that the motion for leave to file excess pages (DN 326) is **GRANTED**.

Upon preliminary review of the § 2255 motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings for the United States District Courts, it is hereby

**ORDERED** as follows:

(1)     **The United States shall file its answer to the § 2255 motion (DN 325) within 30 days from entry of this Order.**  *See* Rule 5(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts.

(2)     **Movant may file a reply memorandum within <u>30 days</u> from service of the**
**United States's answer.**

(3)     This matter is referred to **Magistrate Judge H. Brent Brennenstuhl** pursuant to
28 U.S.C. § 636(b)(1)(A) & (B) for rulings on all non-dispositive motions; for appropriate
hearings, if necessary; and for findings of fact and recommendations on any dispositive matter.

(4)     The Clerk of Court is **DIRECTED** to mail Movant a copy of the ***Pro Se***
***Prisoner Handbook***.

Date:   November 17, 2022

**David J. Hale, Judge**
**United States District Court**

cc:     Movant/Defendant, *pro se*
        U.S. Attorney
        Magistrate Judge Brennenstuhl

4415.010