IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CHEROSCO BREWER                    Civil Action 3:17-CR-37-DJH
        Plaintff,                   322-CV-00523-DJH
VS.                                BREWER V. USA
UNITED STATES of AMERICA
        Defendant,

**FILED**

JAMES J. VILT, JR. - CLERK

DEC 1 5 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

## Movant's Motion to Compel

Movant's ask this Hon. Court in this motion to compel for numerous items to help and support my defense in my 2255 motion.

First movant ask this court for my grand jury minutes in my case.

Upon me being arrest in 4/16/2017 the state the office said I had a Federal sealed warrant in which I'm also want to obtain.

I am asking for my call log from the jail G.C.D.C. 320 Shaw Station Road Leitchfield, Kentucky 42754 from January 6, 2019 to January 14, 2019 all calls and conversations because all calls are recorded.

I am also in the need for my motion of discovery from my trial attorney David S. Mejia as well!

I also want the both government's and computer secretary cell phone's call log's and video's and pictures in all of their gallary's from January 6, 2019 between the hours

the hours of 8:00 AM to 5:00 PM
throughout January 14, 2019. And
the same dates and times of
all of their YouTube accounts.
I also want the sentencing hearing
of David S. Mejia on 5/1/2019 and
his ex parte hearing on 6/12/2019.
As well as Keith Kamenish, Scott Barton
Ex Parte hearing 3/14/2018
Also sentenced transcripts of sentence
hearing on 7/30/2020 with Larry D.
Simon. And all motion he file the
week before sentenced hearing.
And a copy "my P.S.R. also.

## CERTIFICATE OF SERVICE

I serve a true and exact copy of this motion upon Erin McKenzie, AUSA's and counsel's David S. Mejia, Keith E. Kamenish, Scott James Barton, Larry D. Simon and Timothy F. Sweeney by way of the US mail. I properly address an envelope to be placed it in the US mail BOX in Unit A-2 at Gilmer F.C.I. I further verify under the penalty of perjury that all statements and facts presented are true to the best of my knowledge and belief. This 12 day of December, 2022.

Cherosco Brewer #8898-033
Cherosco Brewer #8898-033
A-2-217  F.C.I. Gilmer  P.O. BOX 6000
Glenville, WV 26351

Mr. C. HEROSCO BREWER #18898-033 A2-219
F.C.I.- GILMER
Federal Correctional Institution
P.O. BOX 6000
GLENVILLE, WV 26351

(LEGAL MAIL)

CHARLESTON WV 250

13 DEC 2022 PM 2 L

**FILED**

JAMES J. VILT, JR. - CLERK

DEC 15 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

CLERK's OFFICE
601 WEST Broadway
Louisville, Kentucky 40202

40202-222731