Dec. 12, 2022

Dear, Clerk

My name is CHEROSCO BREWER #18898 would you please send me up to date docket sheet's.
First civil Action No. 3:16-CV-000-WRGJ-CHL really not sure what is happening with my case. EVER SENSE HON: Judge REBECCA GRADY JENNINGS was put on my case I have not received anything.

I also need a docket sheet for criminal case 3:17-CR-00037-DJH-1 need to check to see what is pending and if I have any deadlines with this court?

Thank you very much.
Yours, Truely

Mr. Cherosco Brewer #18898-033
A2-217 F.C.I.-Gilmer
P.O. BOX 6000
Glenville, WV 26351

FILED
JAMES J. VILT, JR. - CLERK
DEC 15 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Mr. Cherosco Brewer #18898-033 A2-219
F.C.I.- Gilmer
Federal Correctional Institution
P.O. Box 6000
Glenville, WV 26351

(Legal Mail)

Clerk's Office
601 West Broadway
Louisville, Kentucky 40202

CHARLESTON WV 250
13 DEC 2022 PM 2 L

FILED
JAMES J. VILT, JR. - CLERK
DEC 15 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

PURPLE HEART FOREVER USA