UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                           PLAINTIFF/RESPONDENT

v.                                                                 CRIMINAL ACTION NO.: 3:17-CR-00037-DJH
                                                                   *Electronically Filed*

CHEROSCO BREWER                                                    DEFENDANT/MOVANT

## ORDER

Motion having been made, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that the United States' unopposed motion for an extension of time up to and including January 30, 2023, in which to file its response to Mr. Brewer's Motion to Vacate (DN 325) be and hereby is **GRANTED.**