UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                    PLAINTIFF/RESPONDENT

v.                                                          CRIMINAL ACTION NO.: 3:17-CR-00037-DJH
                                                            *Electronically Filed*

CHEROSCO BREWER                                             DEFENDANT/MOVANT

## ORDER

Motion having been made (DN 330), and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that the United States' motion for an extension of time **up to and including January 30, 2023**, in which to file its response to Mr. Brewer's Motion to Vacate (DN 325) is **GRANTED.**

**IT IS FURTHER ORDERED** that Mr. Brewer may file a reply **by no later than March 1, 2023**.

December 16, 2022

H. Brent Brennenstuhl
United States Magistrate Judge

Copies:  Cherosco Brewer, *pro se*
         Counsel