FILED
JAMES J. VILT, JR. - CLERK
DEC 19 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Dear, Clerk    12/14/22

My name is Cherosco Brewer #18898-033 I'm asking this Hon: court for extension of time to reply to government filing of my action 3:17-cr-37-DJH 2255. Due to the prison being on lock down. And their no word when we are getting out! Yours, Truely

Mr. Cherosco Brewer #18898-033 A2-217 F.C.I.-Gilmer P.O. Box 6000 Glenville, WV 26351

Mr. Cheroseo Brewer #18848-033 A2-217
F.C.I. - Gilmer
Federal Correctional Institution
P.O. Box 6000
Glenville, WV 26351

CHARLESTON WV 250
15 DEC 2022 PM 1 L

JAMES J. VILT, JR. - CLERK
FILED
DEC 19 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Clerk Office
601 West Broadway
Louisville, Kentucky 40202

40202-222731