UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

FILED
JAMES J. VILT JR, CLERK
December 27, 2022
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

CHEROSCO BREWER          PLAINTIFF/MOVANT

V.                  CRIMINAL Action No: 3:17-CR-00037-DJH

UNITED STATES OF AMERICA          DEFENDANT

MOVANT MOTION FOR OBJECTION to United States Request For EXTENSION OF TIME To File RESPONSE

    MOVANT beleave that the United States has had enough time to research movant's 2255 brief. Court had already set a response date 30 days ago to the date. And the United States has fell to follow pursuant to RULE 4 of the Rules 5(b) of the Governing Section 2255 Proceedings for the United States District Courts. As grounds for the motion, undersigned MOVANT states that he respectfully requests that the Court denied the United State's motion for extension of time. And GRANT my motion to VACATE (DN 325).

    Respectfully submitted

Cherosco Brewer #18898-033 A2-217
F.C.I.-Gilmer  P.O. BOX 6000 Glenville,
WV 26351

Mr. Cherosco Brewer #18898-033  A2-217
F.C.I.-Gilmer
Federal Correctional Institution
P.O. Box 6000
Glenville, WV 26351

Legal Mail

Clerk Office
601 West Broadway
Louisville, Kentucky 40202

CHARLESTON WV 250
22 DEC 2022 PM 1 L

FILED
James J. Vilt Jr,
Clerk
December 27, 2022
U.S. District Court
Western District of Kentucky