# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### LOUISVILLE DIVISION
### CRIMINAL ACTION NO. 3:17-CR-00037-DJH-HBB
### CIVIL ACTION NO. 3:22-CV-00523-DJH

**CHEROSCO BREWER**     **MOVANT/DEFENDANT**

**V.**

**UNITED STATES OF AMERICA**     **RESPONDENT/PLAINTIFF**

## ORDER

    Before the Court is a Motion to Compel, filed by Movant/Defendant Cherosco Brewer (DN 328). Essentially, Brewer seeks an Order compelling the production of a long list of materials that he deems relevant to the claims in his § 2255 motion. His motion is premature.

    Brewer filed his § 2255 motion on September 29, 2022 (DN 325). The United States is currently scheduled to file its Answer/Response on January 30, 2023, and Brewer is scheduled to file his reply on March 1, 2023 (*see* DN 331). The undersigned must review the parties' filings and the Court's record to determine whether it is necessary to further develop the record through an evidentiary hearing or discovery. *See* Rules 5, 6, and 8 of the Rules Governing Section 2255 Proceedings. If an evidentiary hearing or discovery is deemed necessary to develop the record, the undersigned will issue an order.

    **IT IS HEREBY ORDERED** that Brewer's motion (DN 328) is **DENIED as premature**.

January 5, 2023

                                                         **H. Brent Brennenstuhl**
                                                         **United States Magistrate Judge**

Copies:    Cherosco Brewer, *pro se*
                Counsel of Record