UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                   PLAINTIFF/RESPONDENT

v.                                                   CRIMINAL ACTION NO.: 3:17-CR-00037-DJH
*Electronically Filed*

CHEROSCO BREWER                                      DEFENDANT/MOVANT

## MOTION FOR EXTENSION OF TIME IN WHICH TO FILE RESPONSE

The United States, by counsel, Erin G. McKenzie, Assistant United States Attorney, moves the Court for an extension of time up to and including February 6, 2023, in which to respond to Mr. Brewer's Motion to Vacate (DN 325). As grounds for the motion, undersigned counsel seeks additional time to respond to the issues presented and respectfully requests that the Court grant the United States' motion for an extension of time.

Wherefore, the United States asks that the Court enter the order tendered herewith.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

*s/ Erin G. McKenzie*
Erin G. McKenzie
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
PH: (502) 582-5911
FAX: (502) 582-5067
erin.mckenzie@usdoj.gov

**CERTIFICATE OF SERVICE**

       I hereby certify that on January 30, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system.

       I further certify that I mailed the foregoing document, along with the notice of electronic filing, by first class mail to the following non-CM/ECF participant:

Cherosco Brewer Reg#18898-033
FCI Gilmer
P.O Box 6000
Glenville, WV 26351

                                        *s/ Erin G. McKenzie*
                                        Erin G. McKenzie
                                        Assistant United States Attorney