UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                    PLAINTIFF/RESPONDENT

v.                                                        CRIMINAL ACTION NO.: 3:17-CR-00037-DJH
*Electronically Filed*

CHEROSCO BREWER                                              DEFENDANT/MOVANT

## ORDER

Motion having been made, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that the United States' motion for an extension of time up to and including February 6, 2023, in which to file its response to Mr. Brewer's Motion to Vacate (DN 325) is hereby **GRANTED.**