UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA            PLAINTIFF/RESPONDENT

v.            CRIMINAL ACTION NO.: 3:17-CR-00037-DJH
*Electronically Filed*

CHEROSCO BREWER            DEFENDANT/MOVANT

### ORDER

Motion having been made (DN 336), and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that the United States' motion is hereby **GRANTED**. The United States shall have **up to and including February 6, 2023**, in which to file its response to Mr. Brewer's Motion to Vacate (DN 325).

**IT IS FURTHER ORDERED** that Plaintiff may file a reply by **no later than March 10, 2023**.

January 31, 2023

*H. Brent Brennenstuhl* (signature)

**H. Brent Brennenstuhl**
**United States Magistrate Judge**

Copies: Cherosco Brewer, *pro se*
         Counsel