UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

FILED
JAMES J. VILT, JR. - CLERK

FEB 03 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED State of AMERICA

VS.                          CASE No. 3:17-CR-37-DJH

CHEROSCO BREWER          CASE No. 322-CV-00523-DJH


MOVANT REQUEST LEAVE TO
CORRECT THE RECORD

    As of this day 30, of JANUARY 2023
the government has not responded to the
court deadline of Movant's 2255 brief. So
re doing my arguments should be timely. As
file in Sept. 2022 the prison was under
a major lock down and movant was limited
with paper and other legal material. That is
why arguments was wrote on the front and
back of the papers also on every line. Redoing
it will make much better for the court to
understand movant's issues clearly.
    Thank you very much.
        Cherosco BREWER #18898-033
    A2-217 F.C.I. Gilmer  P.O. BOX 6000
Glenville, WV 26351
        Mr. Cherosco Brewer

Mr. CHEROSCO BREWER #18898-033 A2-217
F.C.I.-Gilmer
Federal Correctional Institution
P.O. BOX 6000
Glenville, WV 26351

LEGAl
MAil

CHARLESTON WV 250
1 FEB 2023   PM 2 L



OFFicE oF THE ClERK

601 WEST Broadway
Louisville. KenTucky 40202-2249

40202-224999

FILED
JAMES J. VILT, JR. - CLERK

FEB 0 3 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY