FILED
JAMES J. VILT, JR. - CLERK
FEB 0 [ ]
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Feb. 6, 2023

Dear, Clerk

May I, please have a updated copy Documents and Docket Reports of case# criminal case 3:17-CR-000-37-DJH-1 and also Civil Action case #3:16-CV-00014-RGJ-CHL.

Thank you very much.

Yours, Truely

Cherosco Brewer #18898-033
A2-217 F.C.I.-Gilmer P.O.Box 6000
Glenville, WV 26351

Mr. Cherosco Brewer

Mr. Cherosco Brewer #18898-033 A2-217
F.C.I. - Gilmer
Federal Correctional Institution
P.O. Box 6000
Glenville, WV 26351

FILED
JAMES J. VILT, JR. - CLERK
FEB 08 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Legal Mail

CHARLESTON WV 250
07 FEB 2023 PM 4 L

Office of Clerk
106 Gene Snyder United States Courthouse
601 West Broadway
Louisville, Kentucky 40202-2249

40202-224999