UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

FILED
JAMES J. VILT, JR. - CLERK
FEB 13 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA      PLAINTIFF

V.                            No. CASE 3:17-CR-037-DJH

CHEROSCO BREWER              DEFENDANT

## MOVANT REQUEST LEAVE TO BE APPOINTED COUNSEL IN ORDER TO INVESTIGATING RELEVANT FACTS INTERESTS OF JUSTICE.

Although this Court "does not have a statutory or constitutional right to appointment of counsel. But "Generally, the Court should appoint me counsel in the Interest of Justice when my issues to be decided is significant, complex, or exceptional, or when the movant is demonstrably severely hampered in presenting my Arguments or or investigating relevant facts. Counsel will be able to get private investigates for one about who video my trial doing trial and posted it on YouTube while trial was going on. And that prejudice me doing trial. Also fully investigate why was the court or me not aware of 97-CR-2549 Plea of Guilty pursuant to North Carolina V. Alford.

Counsel will be able to show a better effectively reason why I was illegally charged with this indictment. And who voilated my constitutional right also now. As I am dealing with serious heart and kidney's, liver problems. At the hands of the BOP and staff here prescribing me the wrong two medications being taken together. Has me in alot of pain mentaly and physicaly and very low energy. And my conditions are not being treat what so ever! I have other complications that is a sign of cancer also. (SEE medical records BOP.)

Thank you very much!

Your, Truely
Cherosco Brewer #18898-033
A2-217 F.C.I.-Gilmer P.O. Box 6000
Glenville, WV 26351

This day 6, Feb. 2023     Mr. Cherosco Brewer

Mr. Cherosco Brewer #18898-033  A2-217
F.C.I. - Gilmer
Federal Correctional Institution
P.O. Box 6000
Glenville, WV 26351

(Legal Mail)

**RECEIVED**
JAMES J. VILT, JR. - CLERK
FEB 13 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

CHARLESTON WV 250
FEB 2023 PM 3 L

Office of The Clerk
United States District Court
Room 127 Federal Building
501 Broadway
Paducah, Kentucky 42001-6801