United States District Court
Western District of Kentucky
At Louisville

United States of America          Plaintiff

                                  Criminal Action
V.                                No. 3:17-CR-00037-DJH

Cherosco Brewer                   Defendant


### Request Leave For Extension of Time to Respond to Governments Response Motion to Vacate (DN 325)

I just received the Governments reply on the 2/15/2023 doing another lock down. Also would the court give me a copy of my whole 2255 brief. Do to the mail room copy of it. Is not in good copy of my doc. and their is no way I can get one now. Here is a copy of when the motion was copy here at this prison. Also here is a copy of one of the many pages in my 2255 brief copies in very bad shape.

Thank you very much...
Your, Truely,
Mr. Cherosco Brewer #18898-033
A2-217 F.C.I.-Gilmer P.O. Box 6000
Glenville, WV 26351



MR. CHEROSCO BREWER #18898-033 A2-217
F.C.I.-Gilmer
Federal Correctional Institution
P.O. BOX 6000
Glenville, WV 26351

(LEGAL MAIL)

CHARLESTON WV 250
21 FEB 2023 PM 4 L

FILED
JAMES J. VILT, JR. - CLERK
FEB 23 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

OFFICE OF the Clerk
United States District Court
Room 127 Federal Building
501 Broadway
Paducah, KY 42001-6801