(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. SEE ATTACHES

**GROUND ONE:** INEFFECTIVE ASSISTANCE OF COUNSEL'S

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

COUNSEL'S representation of a criminal defendant is INEFFECTIVE uNdeR the Sixth AmenD if the court finds that the attorney's PERFORMANCE was deficient and that the deficient performance prejudiced the defense. The essence of INEFFECTIVE assistance is that Counsel's unprofessional errors so upset the adversarial balance between defense and prosecution that the trial was Rendered unfair and the verdict Rendered suspect. All counsel's I will be filing INEFFECTIVE Assistance on. (Under fundamental t

1) DAV.D S. MEJIA — agency law a principal is not charged with an agent's actio
2) Donald J. MEIER — knowledge when the agent is acting adversely to the PRIN interest. [THUS] when an attorney's actions extend beyon
3) Keith E. KAMENISH — everyday mistakes into the realm of serious misconduct
4) Scott JAMES BARTON — some circumstances such malfeasance may be part
5) LARRY D. SIMON — outside the range of behavior that Reasonably could
6) Timothy F. SWEENEY — expected by a client. [That is would be inappropriate is

(b) **Direct Appeal of Ground One:** Both attorney misconduct to the client.

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☑

(2) If you did not raise this issue in your direct appeal, explain why: I told my attorney to INEFFECTIVE assistance of counsel on Trial counsel and New Trial counsel also. He hD said he was not pay to raise them kinds of claims

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed: