FILED
JAMES J. VILT, JR. - CLERK
FEB 27 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

United States District Court
Western District of Kentucky
At Louisville

United States of America          Plaintiff

V.                                Criminal Action 3:17-CR-037-DJH
                                  Civil Action 3:22-CV-00523-DJH

Cherosco Brewer                   Defendant


Dear, Clerk

I fell to put these copies in my last motion that i just file in this court. Do to lock down confusing in this prison! Also I have a pending action #22-5724 of record in the Sixth Circuit Court of Appeals that clearly is un address by the Government's response. And me responding to their response for my Motion to vacate, set aside, or correct sentence Under 28 U.S.C. §2255. Would that be a conflip of the outcoming of 22-5724 motion in this Court? In particular, Palmer V. United States appealed the district court's denials of his motions for relief under the First Step Act of 2018 and 28 U.S.C. §2255. After the district court issued its First Step Act order, the court decided United States V. White, 984 F.3d 76 (D.C. cir. 2020),

in which we elaborated on First Step Act proceedings. Because it is unclear whether the district court began from the correct statutory mandatory minimum sentence in light of White, the court remanded the First Step Act appeal to the district court for it to clarify the applicable baseline; and because the district court could change Palmer's sentence on remand, we hold the section 2255 appeal in Abeyance for now.

Thank you very much

Yours, Truely

Mr. Cherosco Brewer #18898-033
A2-217 F.C.I. Gilmer P.O. BOX 6000
Glenville, WV 26351

