(4) Nature of the proceeding: *Compassionate Releases*

(5) Grounds raised: *SEE bottom of page #2*

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ❏   No ☑

(7) Result: *Denying*

(8) Date of result (if you know):

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court:

(2) Docket or case number (if you know): *3:17 CR-037-DJH*

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ❏   No ❏

(7) Result:

(8) Date of result (if you know): *3/17/2022*

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1)  First petition:   Yes ❏   No ❏

(2)  Second petition:   Yes ❏   No ❏

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. SEE ATTACHED

**GROUND ONE:** INEFFECTIVE ASSISTANCE OF COUNSEL(S)

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

[illegible]

**(b) Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☐

(2) If you did not raise this issue in your direct appeal, explain why: [illegible]

**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☐

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

217

United States Attorney's Office
717 West Broadway
Louisville, KY 40202



US OFFICIAL MAIL PENALTY FOR PRIVATE USE $300
US POSTAGE and PITNEY BOWES

ZIP 40202    $ 001.74⁰
02  4W
0001131807 FEB  06  2023

Cherosco Brewer #18898-033
FCI Gilmer
P.O. Box 6000
Gilmer, WV 26351

02/15/2023