## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION
## CRIMINAL ACTION NO. 3:17-CR-00037-DJH-HBB
## CIVIL ACTION NO. 3:22-CV-00523-DJH

**CHEROSCO BREWER**                                                              **MOVANT/DEFENDANT**

**V.**

**UNITED STATES OF AMERICA**                                                     **RESPONDENT/PLAINTIFF**

### ORDER

Cherosco Brewer has moved the Court for leave to correct record (DN 338) and to appoint counsel (DN 341). Concerning the motion for leave to correct record (DN 338), the Court concludes there is no need to redraft the 2255 motion and brief as they are legible. As to the motion to appoint counsel (DN 341), Mr. Brewer does not have a constitutional right to counsel in post-conviction relief proceedings. *See* Pennsylvania v. Finley, 481 U.S. 551 (1987). However, under Rule 8(c) of the Rules Governing Section 2255 Proceedings in the United States District Courts, "[i]f an evidentiary hearing is warranted, the judge must appoint an attorney to represent a moving party who qualifies to have counsel appointed under 18 U.S.C. § 3006A." Rule 8(c) of the Rules Governing § 2255 Proceedings. After Mr. Brewer submits his reply in support of the 2255 motion, the Court will conduct a review of the parties' arguments and the record to determine whether an evidentiary hearing is necessary. If an evidentiary hearing is necessary, the Court will address the issue of appointing counsel to represent Mr. Brewer.

**IT IS HEREBY ORDERED** that Mr. Brewer's motion for leave to correct record (DN 338) is **DENIED**.

**IT IS FURTHER ORDERED** that Mr. Brewer' motion for appointment of counsel is **DENIED**.

February 27, 2023

*H. Brent Brennenstuhl* (signature)

H. Brent Brennenstuhl
United States Magistrate Judge

Copies:   Cherosco Brewer, *pro se*
Counsel of Record