UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CRIMINAL ACTION NO. 3:17-CR-00037-DJH-HBB
CIVIL ACTION NO. 3:22-CV-00523-DJH

**CHEROSCO BREWER**                                                          **MOVANT/DEFENDANT**

V.

**UNITED STATES OF AMERICA**                             **RESPONDENT/PLAINTIFF**

## ORDER

Cherosco Brewer has moved the Court for an extension of time in which to file a reply and requested a copy of his 2255 motion and brief (DN 342). He indicates the prison is currently in another lockdown and the prison provided him with a poor-quality copy of his 2255 motion and brief (Id.). Mr. Brewer has provided an example of the prison provided copy (DN 342-1). The Court being adequately advised,

**IT IS HEREBY ORDERED** that Mr. Brewer's motion for extension of time (DN 342) is **GRANTED**.

**IT IS HEREBY ORDERED** that Mr. Brewer may file a reply by no later than **April 7, 2023.**

**IT IS FURTHER ORDERED** that the Clerk of the Court will provide a complete copy of Mr. Brewer's 2255 motion (DN 325) and brief (DN 325-1).

February 27, 2023

H. Brent Brennenstuhl
United States Magistrate Judge

Copies:      Cherosco Brewer, *pro se*
                Counsel of Record