UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

FILED
JAMES J. VILT, JR. - CLERK
MAR 16 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

United States of America     RESPONDENT/PLAINTIFF
V.     Criminal Action No. 3:17-cr-00037-DJH
CHEROSCO BREWER     MOVANT/DEFENDANT

## Movant's Motion For Reconsideration

Movant CHEROSCO BREWER pro se respectfully request this Court to revisit its Order dated 2/28/23 denying my request for appointment of counsel. Movant makes this request timely and bases it on intervening circumstances and a change in circumstances since said Order was issued. The intervening circumstances consist of the World News Report that exposed the Corruption in the Louisville Metro Police Dept., Viper Unit, and 9th Mobile Unit. Their corruption is what led to my present status as indicated by the evidence of record which includes my Compassionate Release Motions my pending civil lawsuits in this court (3:16-CV-00014-RGJ-CHL) and this 2255.

With counsel's assistance, he'll be able to properly research the investigative report (3/9/23) and apply his or her findings to my case. Movant is unable to obtain or comprehend the findings of the D.O.J.'s 99 page report; therefore, Movant requests that in the interest of justice this Court reconsiders the denial on 2/28/23 and appoints counsel. Movant also bases his request on a change in circumstances and that is B.O.P.'s flawed mail system at Gilmer-F.C.I. Our mail has not been delivered timely but rater two weeks or more later than the postage date and from when our family sent it. This includes legal mail because it too is delivered through institution pre-inspected mail that has been openned out of Movant's as well as other inmates presence. With counsel's appointed mail and replies will be sent directly to him, not to this prison.

## Conclusion

Movant respectfully requests this Court to Reconsider its previous order and grant relief. This 13th day of March, 2023

M. Cherokee Brewer #18898-033

A2-217 F.C.I. Gilmer  P.O. BOX 6000  Glenville, WV 26351

Mr. Cherosco Brewer #18898-033 A2-217
F.C.I. - Gilmer
Federal Correctional Institution
P.O. Box 6000
Glenville, WV 26351

{Legal Mail}

Office of the Clerk
601 W. Broadway
Louisville, Kentucky 40202-2249

CHARLESTON WV 250
14 MAR 2023 PM 2 L

FILED
JAMES J. VILT, JR. - CLERK
MAR 16 2023
U.S. DISTRICT COURT
WST'N. DIST. KENTUCKY