FILED
JAMES J. VILT, JR. - CLERK
APR 14 2023
U.S. DISTRICT COURT
WEST'N DIST. KENTUCKY

Dear, Clerk

Do to the repeated lock down three weeks here at this prison. This motion 2255 reply was left out of the envelope that was already sent by me from the prison mailroom. I received my motion back today April 11, 2023 throught the regular mail. As you can see the big yellow envelope has alot of postal on it for all of my paper Affidavit's, exhibits and attachments. Would you please send me a copy of my whole 2255 reply to the Government response. Because the mailroom here it back up and under staff really bad. Their copies machine has been in very bad shape as well. Reminder I claim about how the mailroom handle other motions and mail?

    Yours, Truely

    Mr. Cherosco Brewer

#18898-033 A2-217 F.C.I.-Gilmer P.O. Box 6000 Glenville, WV 26351

Please let me know when you receive my Motion?

United States District Court
Western District of Kentucky
Louisville Division
Criminal Action No. 3:17-CR-00037-DJH-HBB
Civil Action No. 3:22-CV-00523-DJH

Cherosco Brewer         Movant/Defendant
v.
United States of America   Respondent/Plaintiff

Mr. Cherosco Brewer #18898-033 A2-217
F.C.I.-Gilmer
Federal Correctional Institution
P.O. Box 6000
Glenville, WV 26351

(Legal Mail)

Office of Clerk
601 West Broadway
Louisville, Kentucky 40202

CHARLESTON
12 APR 2023 PM 2

FILED
JAMES J. VILT, JR. - CLERK
APR 14 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

)

4-11-23
11