AOC-056-46
2-90

Commonwealth of Kentucky
Court of Justice

Exhibit 6

Jefferson Circuit Court

Division  15

ORDER (PLEA OF GUILTY)

COMMONWEALTH OF KENTUCKY

Case No. 97CR2549

V.

ALFORD VS NORTH CAROLINA

CHEROSCO LAMONT BREWER

Defendant

Representing the Commonwealth:   ALEX DATHORNE

Representing the Defendant:   DAVID WARD

At a Court held   12-05-97

The proceedings were officially recorded by videotape. The taping appears on the Sentencing and Guilty Plea Log (Tape No. 30-15-97VCR083, page_____).

Came the defendant in person, and by counsel, and the Commonwealth by counsel. The defendant moved the Court to withdraw his/her former plea of not guilty and to enter a plea of guilty to TRAFFICKING IN A CONTROLLED SUBSTANCE (AMENDED WITHOUT A FIREARM) ILLEGAL POSSESSION OF DRUG PARAPHERNALIA WITH A FIREARM, RECEIVING STOLEN PROPERTY O/300, CARRYING A CONCEALED DEADLY WEAPON, OPERATING A MOTOR VEHICLE WHILE LICENSE IS SUSPENDED, SPEEDING.
FORFIET: $883.00 CASH, 2 PAGERS, AND 1 CELLAR PHONE.

The Court examined the defendant, and counsel, and finds defendant's plea to be voluntary, and accepts his/her plea of guilty.

The Court notes of record the recommendation of the Commonwealth as follows: TRAFFICKING IN A CONTROLLED SUBSTANCE FIVE (5) YEARS, RECEIVING STOLEN PROPERTY O/300 FIVE (5) YEARS, ILLEGAL POSSESSION OF DRUG PARAPHERNALIA WITH A FIREARM FIVE (5) YEARS, CARRYING A CONCEALED DEADLY WEAPON TWELVE (12) MONTHS, OPERATION A MOTOR VEHICLE WHILE LICENSE IS SUSPENDED SIX (6) MONTHS, SPEEDING $100.00 FINE (TIME CREDIT SERVED ))

This matter is assigned to   1-9-97   at   9:00   a.m. for sentencing.

IT IS FURTHER ORDERED:

( X ) Pre-Sentence Investigation Report be requested
( X ) Defendant remain on same bail
(   ) Defendant be remanded into ENTERED IN COURT

12-5-97

TONY MILLER, Clerk
BY _____

Judge