*MOVANT Affidavit #1.*     *Exhibit's 6-A*     *Also Attachmets*

AOC-056-46
2-90

Commonwealth of Kentucky
Court of Justice

**ORDER (PLEA OF GUILTY)**

Jefferson Circuit Court

Division 15

COMMONWEALTH OF KENTUCKY

Case No. 97CR2549

V.

CHEROSCO LAMONT BREWER

Defendant

Representing the Commonwealth: ALEX DATHORNE

Representing the Defendant: DAVID WARD

At a Court held 12-05-97

The proceedings were officially recorded by videotape. The taping appears on the Sentencing and Guilty Plea Log (Tape No. 30-15-97VCR083, page_____).

Came the defendant in person, and by counsel, and the Commonwealth by counsel. The defendant moved the Court to withdraw his/her former plea of not guilty and to enter a plea of guilty to TRAFFICKING IN A CONTROLLED SUBSTANCE (AMENDED WITHOUT A FIREARM) ILLEGAL POSSESSION OF DRUG PARAPHERNALIA WITH A FIREARM, RECEIVING STOLEN PROPERTY O/300, CARRYING A CONCEALED DEADLY WEAPON, OPERATING A MOTOR VEHICLE WHILE LICENSE IS SUSPENDED, SPEEDING.

FORFIET: $883.00 CASH, 2 PAGERS, AND 1 CELLAR PHONE.

The Court examined the defendant, and counsel, and finds defendant's plea to be voluntary, and accepts his/her plea of guilty.

The Court notes of record the recommendation of the Commonwealth as follows: TRAFFICKING IN A CONTROLLED SUBSTANCE FIVE (5) YEARS, RECEIVING STOLEN PROPERTY O/300 FIVE (5) YEARS, ILLEGAL POSSESSION OF DRUG PARAPHERNALIA WITH A FIREARM FIVE (5) YEARS, CARRYING A CONCEALED DEADLY WEAPON TWELVE (12) MONTHS, OPERATION A MOTOR VEHICLE WHILE LICENSE IS SUSPENDED SIX (6) MONTHS, SPEEDING $100.00 FINE (TIME CREDIT SERVED.)

This matter is assigned to 1-9-97 at 9:00 a.m. for sentencing.

IT IS FURTHER ORDERED:

( X ) Pre-Sentence Investigation Report be requested
( X ) Defendant remain on same bail
(   ) Defendant be remanded into ENTERED IN COURT
(   )

12-5-97

TONY MILLER, Clerk     Judge

NO. 97CR2549     Exhibit 6-A#1     JEFFERSON CIRCUIT COURT

FIFTEENTH DIVISION

COMMONWEALTH OF KENTUCKY     PLAINTIFF

Vs.     JUDGMENT OF CONVICTION AND SENTENCE

CHEROSCO LAMONT BREWER     DEFENDANT

\* \* \*

At a Court held on __1-9-98__.

This proceeding recorded on Video Tape __30-15-98VCR001__.

Came the Commonwealth represented by __ALEX DATHRONE__;

and the Defendant and counsel, __DAVID WARD__.

The Defendant on __12-5-97__, having appeared in open court with his attorney, by agreement with the attorney for the Commonwealth, withdrew his plea of not guilty and entered a plea of guilty to (TRAFFICKING IN A CONTROLLED SUBSTANCE, ILLEGAL POSSESSION OF DRUG PARAPHERNALIA WITH A FIREARM,) CARRYING A CONCEALED DEADLY WEAPON, OPERATION OF A MOTOR VEHICLE WHILE LICENSE IS SUSPENDED OR REVOKED, SPEEDING, (RECEIVING STOLEN PROPERTY OVER 300)

and the Court having found the plea to be voluntary, and having accepted the plea;

The Court having ordered a Pre-Sentence Investigation Report, and the Court having granted Defendant the right to controvert the factual contents of the report;

The Court giving due consideration to the Pre-Sentence Investigation Report, to the nature and circumstances of the crime, and to the history, character and condition of the

Exhibit 6-A#2.

Defendant, the Court is of the opinion that probation, probation with an alternative sentencing plan, or conditonal discharge should be denied for the following reasons:

_x_ A. There is substantial risk that the Defendant will commit another crime during any period of probation, probation with an alternative sentencing plan, or conditional discharge.

_x_ B. The Defendant is in need of correctional treatment that can be provided most effectively by the Defendant's commitment to a correctional institute.

_x_ C. Probation, probation with an alternative sentencing plan, or conditional discharge would unduly depreciate the seriousness of the Defendant's crime.

___ D. The Defendant is statutorily ineligible for probation.

The Court inquired of the Defendant and his counsel whether they had any legal cause to show why judgment should not be pronounced and afforded the Defendant and his counsel the opportunity to make statements in the Defendant's behalf and to present any information in mitigation of punishment.

No sufficient cause having been shown why judgment should not be pronounced,

IT IS HEREBY ORDERED AND ADJUDGED by the Court that the Defendant is guilty of and sentenced to imprisonment as follows:

| Offense | Sentence |
|---|---|
| TRAFFICKING IN A CONTROLLED SUBSTANCE | FIVE (5) YEARS |
| RECEIVING STOLEN PROPERTY OVER 300 | FIVE (5) YEARS |
| ILLEGAL POSSESSION OF DRUG PARAPHERNALIA WITH A FIREARM | FIVE (5) YEARS |
| CARRYING A CONCEALED DEADLY WEAPON | TWELVE (12) MONTHS |
| OPERATION OF A MOTOR VEHCILE WHILE LICENSE IS SUSPENDED OR REVOKED | SIX (6) MONTHS |
| SPEEDING | $100. FINE (TIME CREDIT SERVED) |

- 2 -

Exhibit 6·A·#3.

FORFEITURE OF $883.00 CASH, 2 PAGERS, AND A CELLULAR PHONE.

The Defendant shall be given credit for time spent in custody prior to sentencing. KRS 532.120. The amount of days is to be calculated by the Division of Probation and Parole.

IT IS FURTHER ORDERED AND ADJUDGED that the Defendant be remanded to the Jefferson County Jail and that the Sheriff of Jefferson County shall deliver the Defendant to the Department of Corrections at his earliest convenience at such location within this State as the Department shall designate for the purpose of the Defendant serving the sentence imposed upon him.

NO BOND

CERTIFIED COPY OF RECORD
OF JEFFERSON CIRCUIT COURT
NOV 25 2015
DAVID L. NICHOLSON, CLERK
BY _____ D.C.

JUDGE, KEN CONLIFFE

Date: 1/14/98

cc: Probation and Parole
    Department of Corrections
    Commonwealth Attorney
    Defense Counsel

_____, DC
DAVID L. NICHOLSON
CIRCUIT COURT CLERK
7

ENTERED IN COURT
1-15-98
TONY MILLER, Clerk
By _____
Deputy Clerk