Exhibit 9.A

# JEFFERSON CIRCUIT COURT

## DIVISION NINE

### JUDGE JUDITH E. McDONALD-BURKMAN

NO. 04-CR-2267
04-CR-2823
05-CR-0611

COMMONWEALTH OF KENTUCKY          PLAINTIFF

v.          **JUDGMENT OF CONVICTION AND SENTENCE**

CHEROSCO LAMONT BREWER          DEFENDANT
(DOB: 11-05-73; SS#: 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)

\* \* \* \*

A hearing was held before this Court on January 24, 2007 at which the Defendant, Cherosco Brewer, appeared in person and with counsel, Honorable Chastity Beyl, with the Commonwealth being represented by Assistant Commonwealth's Attorney, Honorable Robert Englert and Honorable Mitchell Denham.

The proceedings were officially recorded by videotape No. 30-09-07 VCR 005.

The Defendant pled guilty on November 29, 2006 to the following charges:

**UNDER INDICTMENT 04-CR-2267:** Flagrant Non-Support.

**UNDER INDICTMENT 04-CR-2823:** Conspiracy to Trafficking in a Controlled Substance in the First Degree; Trafficking in a Controlled Substance in the First Degree, Cocaine.

**UNDER INDICTMENT 05-CR-0611:** Trafficking in a Controlled Substance in the First Degree (Cocaine); Tampering with Physical Evidence;

1


*Exhibit 9, A #1.*

The Court having given due consideration to the nature and circumstances of the offense, and having further inquired of the Defendant and his counsel whether they had any legal cause to show why judgment should not be pronounced, and afforded the Defendant and his counsel an opportunity to make statements in the Defendant's behalf and to present any information in mitigation of punishment. The Court is of the opinion that imprisonment is necessary for the following reasons:

(A.) There is a substantial risk that the Defendant will commit another crime during any period of probation or conditional discharge.

(B.) The Defendant is in the need of correctional treatment that can be provided most effectively by the Defendant's commitment to a correctional institute.

(C.) Probation or conditional discharge would unduly depreciate the seriousness of the Defendant's crime.

No sufficient cause having been shown why judgment should not be pronounced,

**IT IS HEREBY ORDERED AND ADJUDGED** that the Defendant is guilty of the following offenses and sentenced as follows:

<u>UNDER INDICTMENT 04-CR-2267</u>: Flagrant Non-Support - Two (2) years to serve, one of which shall run *concurrently* and one of which shall run *consecutively with the Defendant's sentence in 05-CR-0611;*

<u>UNDER INDICTMENT 04-CR-2823</u>: Conspiracy to Trafficking in a Controlled Substance in the First Degree - Five (5) years; Trafficking in a Controlled Substance in the First Degree, Cocaine - Five (5) years to run concurrently for a total of Five (5) years to serve in this case. This five year sentence shall run *consecutively* with the Defendant's sentence under 05-CR-0611.

<u>UNDER INDICTMENT 05-CR-0611</u>: Trafficking in a Controlled Substance in the



Exhibit 9.A#2.

First Degree (Cocaine) - Five (5) years; Tampering with Physical Evidence - Five (5) years; sentences to run concurrently for a total of five years to serve.

The total sentence in these three cases is Eleven (11) years to serve.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Defendant be remanded to the Jefferson County Jail and that the Sheriff of Jefferson County shall deliver the Defendant to the Department of Corrections at his earliest convenience at such location within this State as the Department shall designate for the purpose of the Defendant serving the sentence imposed upon him hereunder.

The Court hereby assesses Court costs in the amount of $125.00.

ENTERED IN COURT
DAVID L. NICHOLSON, CLERK

JAN 25 2007

BY _____
DEPUTY CLERK

JUDITH E. McDONALD-BURKMAN, JUDGE
JEFFERSON CIRCUIT COURT

DATE: 1-24-07

cc: Robert Englert, Assistant Commonwealth's Attorney
Mitchell Denham, Assistant Commonwealth's Attorney
Chastity Beyl, Counsel for Defendant
Department of Corrections RCC
Department of Probation and Parole

CERTIFIED COPY OF RECORD
OF JEFFERSON CIRCUIT COURT

DEC 07 2015

DAVID L. NICHOLSON, CLERK
BY _____ D.C.

_____, DC
DAVID L. NICHOLSON
CIRCUIT COURT CLERK

7

3