*MOVANT AFFidAVit #①*   *Exhibit's ATTachMENTS 10.—*

# SCOTT J. BARTON
### ATTORNEY AT LAW

1916 KENTUCKY HOME LIFE BUILDING
239 SOUTH FIFTH STREET
LOUISVILLE, KY 40202

TELEPHONE (502) 584-1402
FACSIMILE (502) 584-1404

April 25, 2018

Cherosco Brewer (Federal Inmate)
Grayson County Detention Center
320 Shaw Station Road
Leitchfield, KY 42754

Dear Mr. Brewer:

Pursuant to a letter tendered to myself and Mr. Kamenish by your new counsel, David Mejia, we have turned over our case files on all Federal and State criminal matters that we previously and/or currently represent you on. Your letter states that Mr. Mejia will assume responsibility for all state and federal cases. Please be certain that Mr. Mejia is aware of your traffic cases that are pending in Jefferson District Court for Monday, June 18, 2018 at 9:00 am.

In addition, we tendered a check in the amount of $9,240.00 to Mr. Mejia on your behalf as instructed in your letter.

Truly yours,

*[signature]*

Scott J Barton