*Exhibit Attachment 11.*

LAW OFFICE OF
# DAVID S. MEJIA
THE MEYER BUILDING
624 WEST MAIN STREET, FOURTH FLOOR
LOUISVILLE, KENTUCKY 40202

LICENSED IN ILLINOIS AND KENTUCKY
david@dmejialaw.com

TELEPHONE (502) 584-8991
FACSIMILE (502) 583-6977

May 24, 2018

**ATTORNEY-CLIENT PRIVILEGE**
Cherosco Brewer- federal detainee
Grayson County Detention Center
320 Shaw Station Road
Leitchfield, KY, 42754

Re:   U.S. v. Brewer
      3:17CR-DJH

Dear Mr. Brewer:

    This is to let you know that, following our recent court appearance, Judge Hale directed the lawyers to see him for an in-person informal conference on Thursday, May 21, 2018, at 2pm to discuss the procedural status of your case. At that time, I intend to inform the judge that my review of your file is continuing. It appears that in addition to the previous extended litigation of your Motion to Suppress, a number of other pre-trial motions were filed and ruled upon. Prior to the conference I will have had sufficient time to determine whether additional pre-trial motions will be filed on your behalf. Of course, before this appearance I will see you there at Grayson County.

Very truly yours,

David S. Mejia

DSM/mzd