*Exhibit Attachment 12.*

LAW OFFICE OF
# DAVID S. MEJIA
THE MEYER BUILDING
624 WEST MAIN STREET, FOURTH FLOOR
LOUISVILLE, KENTUCKY 40202

LICENSED IN ILLINOIS AND KENTUCKY
david@dmejialaw.com

August 9, 2018

TELEPHONE (502) 584-8991
FACSIMILE (502) 583-6977

**ATTORNEY-CLIENT PRIVILEGE**
Cherosco Brewer, Federal Detainee
Grayson County Detention Center
320 Shaw Station Road
Leitchfield, Kentucky, 42754

Re:   **U.S. v. Brewer**
      **3:17-CR-00037-DJH**

Dear Cherosco:

After our last conversation, just this week, I got some test results following an examination at my doctor's office indicating that I must have shoulder surgery. I don't complain about it, but for the past six (6) months I have had a great deal of shoulder pain and at this point, my doctor advises me to go forward with surgery in the next ten (10) days. So, today I filed the enclosed Motion to Continue Jury Trial (which the government does not oppose). It is enclosed. This may work to your benefit as we may have additional time, then, to develop the previously-filed suppression issue and the issue of selective prosecution as presented in previous motions that you have received.

Meanwhile, the government has filed the following:

1. A Motion *in Limine* trying to stop our bringing out your civil rights suit against the police officers (Doc 99) enclosed;

2. The government response to our Motion to Reconsider the Court's Denial of the Previously-Litigated Motion to Suppress (Doc 102) enclosed: and

3. The government's response to our Motion to Dismiss due to vindictive prosecution or selective prosecution (Doc 101) enclosed – with attachments.

Also, this week I filed a Motion *in Limine* objecting to police officer testimony seeking to identify marijuana and cocaine as controlled substances. Due to the entry of my Motion to Continue Jury Trial, I expect within a short time we will return to Court to obtain a Scheduling Order on all pre-trial cross-motions of the government and this office that are pending. Up until the last couple of days, I honestly expected that we would go forward to trial as scheduled, but this recent medical event is beyond my control. Shortly, as I promised, I will come there to see you so that we can coordinate our defense to the government's effort to prosecute and convict you.

Very truly yours,

*/s/ David S. Mejia*
David S. Mejia

DSM/rst
Enclosures

11/09/2022