*Exhibit 13. Attachment*

# LAW OFFICE OF
# DAVID S. MEJIA

THE MEYER BUILDING
624 WEST MAIN STREET, FOURTH FLOOR
LOUISVILLE, KENTUCKY 40202

LICENSED IN ILLINOIS AND KENTUCKY
david@dmejialaw.com

November 15, 2018

TELEPHONE (502) 584-8991
FACSIMILE (502) 583-6977

**ATTORNEY-CLIENT PRIVILEGE**
Cherosco Brewer, Federal Detainee
Inmate No. 221575 – Unit/Cell #158
Grayson County Detention Center
320 Shaw Station Road
Leitchfield, Kentucky 42754

Re:   U.S. v. Brewer, USDC, WDKY at Louisville – Case No. 3:17-CR-00037-DJH

Dear Mr. Brewer:

Today, November 15, 2018, I received your letter post-marked November 8, 2018. Please write CONFIDENTIAL/ATTORNEY-CLIENT CORRESPONDENCE on all mail so that we may try to assure the privacy of our communications. Thank you for your well-wishes. In October, I did have to go to the hospital for two shoulder surgeries that have required two-weeks in the hospital, and an additional two to four-weeks bed rest under doctor's orders. In violation of that, I have returned to my office early in order to research, prepare, and file appeals for two other clients who, different from you, are in federal prison, having been convicted. Each of them have very long prison sentences, with time-sensitive filing dates requiring me to conclude their cases this month.

Meanwhile, as you are aware by my assistant Robin, a number of Orders did come in (while I was on the mend) denying the Motion to Dismiss, Motion to Suppress, and other attacks upon the prosecution in your case. Still, to come, are motions and orders relating to jury selection, evidence, and instructions. As I instructed Robin to tell you, Federal Law and Procedure do not allow interlocutory appeals from the denial of pretrial motions. Considering we are set to proceed to jury trial in the first week of January, appealing bail would do no good as the federal court of appeals would not render any decision prior to jury selection. So, as we discussed, we look forward to trial by jury.

In December, I will come there to see you to discuss the defense in your case, the proof, and trial strategy. Essentially, we have plead not guilty, and, at trial, before the jury, we shall require the prosecution to prove each and every element of the charged offenses beyond a reasonable doubt. Long before my appearance, substituting for the previous lawyers, the Judge issued orders regarding the order of proof in your case and the severance of charges.

Presently, I am responding to a final government motion *in limine*. When that is done, I will forward a copy to you. Additionally, Judge Hale has ordered a telephonic status conference on November 26, 2018 to discuss the status and progress of our case. I will advise of any new developments. Thank you in advance for your patience through my recent treatment, with an awareness -- like your case, that I am equally obligated to the defense of multiple individual clients who have retained my services.

Very truly yours,

David S. Mejia

DSM/rst
Enclosures

11/09/2022