Exhibit 14, Attachment

LAW OFFICE OF
# DAVID S. MEJIA
THE MEYER BUILDING
624 WEST MAIN STREET, FOURTH FLOOR
LOUISVILLE, KENTUCKY 40202

LICENSED IN ILLINOIS AND KENTUCKY
david@dmejialaw.com

November 27, 2018

TELEPHONE (502) 584-8991
FACSIMILE (502) 583-6977

**ATTORNEY-CLIENT PRIVILEGE**
Cherosco Brewer, Federal Detainee
*Inmate No. 221575 – Unit/Cell #158*
Grayson County Detention Center
320 Shaw Station Road
Leitchfield, Kentucky 42754

Re:   U.S. v. Brewer, USDC, WDKY at Louisville – Case No. 3:17-CR-00037-DJH

Dear Mr. Brewer:

Per the request of Mr. Mejia, I am writing you to advise that the jury trial currently scheduled for this matter to begin on January 7, 2019, will go forward as presently scheduled.

We do, however, have upcoming filing deadlines with regarding to pre-trial filings and compliance; of which are due for filing with the Court on Monday, December 10, 2018. These filings include the following: (updated) Trial Memorandum; proposed Jury Instructions; *Voir Dire* (opening statement); proposed Juror Statement (short/brief statement of case to the juror pool); and proposed Witness and Exhibit Lists. As of the present date, the Judge has indicated that the previously scheduled Pretrial Conference set for January 3, 2019, will not be necessary – unless otherwise directed by the Court prior to that date.

Of course, once these are filed electronically with the federal court, via ECF – by both the Government, as well as on your behalf, I will forward a copy to you for your review and keeping. Should you have any additional questions or concerns, please do not hesitate to write to our office in return.

Thank you for your continued attention.

Respectfully,

Robin S. Tabler
*Legal Assistant to David S. Mejia*

/rst
Enclosures

11/09/2022