Exhibit 15. Attachment

# LAW OFFICE OF
# DAVID S. MEJIA

THE MEYER BUILDING
624 WEST MAIN STREET, FOURTH FLOOR
LOUISVILLE, KENTUCKY 40202

LICENSED IN ILLINOIS AND KENTUCKY
david@dmejialaw.com

January 21, 2019

TELEPHONE (502) 584-8991
FACSIMILE (502) 583-6977

**CONFIDENTIAL & PRIVILEGED**
**ATTORNEY-CLIENT COMMUNICATION**

Cherosco Brewer, Federal Detainee
*Inmate No. 221575 – Unit/Cell #158*
Grayson County Detention Center
320 Shaw Station Road
Leitchfield, Kentucky 42754

Re:   U.S. v. Brewer, USDC, WDKY at Louisville – Case No. 3:17-CR-00037-DJH

Dear Cherosco:

This is to let you know the current status of your case. Following the Jury's verdict of Thursday, January 10, 2019, I was granted leave to file any new trial or post-trial motion within 21-days -- to January 31, 2019. Presently I am doing that. It will incorporate all pretrial motions that were denied (with the exception of pre-trial detention, since you are now convicted) as well as all objections made during trial. Also, I am putting together material for your sentencing.

As we discussed, the $15,000.00 attorney's fees you've paid covered all attorney work done on your behalf through jury verdict. An additional $3,000.00 is owed to take your case through the post-trial stages and sentencing. Although we agreed that amount would be paid on or before Friday, January 18, 2019, to the present time I have not received any payment. When that is done, as we agreed, I shall credit $3,000.00 toward the $15,000.00 appellate fee, leaving a $12,000.00 balance. Please know that if I do not receive payment, I shall withdraw as your attorney and seek the appointment of a public defender for your counsel on appeal.

Soon, you will be contacted a United States Probation Officer. On this, I advise you, to meet with, talk to, and cooperate fully by answering all questions relating to: your family, your upbringing, physical health, history – if it applies – of alcohol or drug abuse, including any mental health history. Also, answer all questions with respect to your education, training, work history, and ownership of any and all property (real estate or personal property). I will inform the Probation Officer that you shall not be asked, nor shall you answer, any questions relating to your criminal history, prior arrests, or any matter relating to your federal/state indictment and prosecution in the present case. In other words, do not discuss this case.

11/09/2022

*CONFIDENTIAL & PRIVILEGED*
*ATTORNEY-CLIENT COMMUNICATION*
Cherosco Brewer
January 21, 2019
Page 2

    I hope you are doing well, despite the disappointing verdict. <u>You always assisted me and cooperated fully</u>. It is unfortunate that the jury did not accept our defense, but now we must go on. I hope to be your appellate lawyer, but if not, I wish you all the best as you proceed to your direct appeal.

                                  Very truly yours,

                                    David S. Mejia

DSM/rst
Enclosures

11/09/2022