Exhibit 16. Attachment

LAW OFFICE OF

## DAVID S. MEJIA

THE MEYER BUILDING
624 WEST MAIN STREET, FOURTH FLOOR
LOUISVILLE, KENTUCKY 40202

LICENSED IN ILLINOIS AND KENTUCKY
david@dmejialaw.com

January 31, 2019

TELEPHONE (502) 584-8991
FACSIMILE (502) 583-6977

*CONFIDENTIAL & PRIVILEGED*
*ATTORNEY-CLIENT COMMUNICATION*
Cherosco Brewer, Federal Detainee
*Inmate No. 221575 – Unit/Cell #158*
Grayson County Detention Center
320 Shaw Station Road
Leitchfield, Kentucky 42754

Re:    U.S. v. Brewer, USDC, WDKY at Louisville – Case No. 3:17-CR-00037-DJH

Dear Cherosco:

Enclosed is a copy of the post-trial motion filed yesterday. As you will see, I seek a new trial on your behalf. Please be aware that this motion will not be granted, but will serve as a document that preserves your right to appeal on all the issues presented in the trial court before, during, and after trial. We will now proceed to sentencing on April 17, 2019 (as I explained to you in my last letter).

Please do not be confused about our discussion with respect to our financial relationship. You have fully paid me for all that we have agreed. This is to acknowledge your having paid $15,000.00 as my trial fee, which included: a pretrial motion to dismiss, a motion to reconsider the denial of your suppression motion, a motion for bail, as well as all pretrial investigation, preparation, trial pleadings, jury instructions and the full defense of all charges in the indictment from jury selection through the prosecution's case in chief, the defense case, closing arguments, jury deliberations and verdict. After four days of trial, once the verdict was rendered, all work you hired me to do was *then* completed.

Of course, we will now proceed to sentencing. At its conclusion, you will file a Notice of Appeal and seek a court-appointed lawyer. When the verdict came in, in response to your saying you wanted me to be your appeals lawyer, I informed you that my fee to be your appellate lawyer is $15,000.00. I said I would be your lawyer on appeal if additional fees were paid on following basis:  $3,000.00 within a week or two, and the $12,000.00 balance *before* April 17, 2019. I cannot accept an arrangement for payment by installment or monthly payments. I will fully understand if you choose to be represented by a public defender, court-appointment lawyer, or choose to hire a different private attorney.

*CONFIDENTIAL & PRIVILEGED*
*ATTORNEY-CLIENT COMMUNICATION*
Cherosco Brewer
January 31, 2019
Page 2


   That decision, which is entirely yours, will have to be made on April 17, 2019 – the date of your sentencing.  If I have received $15,000.00 – in full – before your sentencing date – I will be your appeals lawyer.

                                        Very truly yours,


                                        David S. Mejia

DSM/rst
Enclosures

11/09/2022