*Exhibit 17. Attachment*

LAW OFFICE OF
# DAVID S. MEJIA
THE MEYER BUILDING
624 WEST MAIN STREET, FOURTH FLOOR
LOUISVILLE, KENTUCKY 40202

LICENSED IN ILLINOIS AND KENTUCKY
david@dmejialaw.com

March 15, 2019

TELEPHONE (502) 584-8991
FACSIMILE (502) 583-6977

**CONFIDENTIAL & PRIVILEGED**
**ATTORNEY-CLIENT COMMUNICATION**
Cherosco Brewer, Federal Detainee
*Inmate No. 221575 – Unit/Cell #158*
Grayson County Detention Center
320 Shaw Station Road
Leitchfield, Kentucky 42754

Re:   U.S. v. Brewer, USDC, WDKY at Louisville – Case No. 3:17-CR-00037-DJH

Dear Cherosco:

Enclosed please find a copy of the two (2) sentencing submissions I have prepared and electronically filed on your behalf. Also, at your request, I forwarded to Probation your hand-written 8-page Statement responding to the PSR Fact Summary. Your Statement mostly repeats my previously-filed post-trial motion arguing the insufficiency of the evidence, trial error and your dispute with respect to the verdict. Also, it includes your objection to being a career offender.

Thus, we have effectively placed every motion and argument in the record. This preserves *all* issues and arguments for your direct appeal. In all likelihood, the Judge will enter his Order addressing the post-trial motion. Then, we will proceed to sentencing.

I have quoted you a $15,000.00 flat fee to be your appeals lawyer. As I have said before, you have an absolute right to appeal and to an appeals lawyer. If I am not retained prior to your sentencing, I will move to withdraw and request that a new attorney be appointed. Please have your Character Letters sent to Robin at least a week prior to your April 17, 20019 sentencing date.

Meanwhile, I will have two final matters to submit the court: (1) my Motion to Withdraw (if I am not hired as your appeals lawyer); and (2) your Notice of Appeal and Request for Appointment of a Public Defender.

Very truly yours,

David S. Mejia

DSM/rst
Enclosures