*Exhibit 18, Attachment*

LAW OFFICE OF
# DAVID S. MEJIA
THE MEYER BUILDING
624 WEST MAIN STREET, FOURTH FLOOR
LOUISVILLE, KENTUCKY 40202

LICENSED IN ILLINOIS AND KENTUCKY
david@dmejialaw.com

March 18, 2019

TELEPHONE (502) 584-8991
FACSIMILE (502) 583-6977

**CONFIDENTIAL & PRIVILEGED**
**ATTORNEY-CLIENT COMMUNICATION**
Cherosco Brewer, Federal Detainee
*Inmate No. 221575 – Unit/Cell #158*
Grayson County Detention Center
320 Shaw Station Road
Leitchfield, Kentucky 42754

Re:   U.S. v. Brewer, USDC, WDKY at Louisville – Case No. 3:17-CR-00037-DJH

Dear Cherosco:

I will try to respond to your five-page letter dated March 10, 2019. You have asked me to present certain matters to the Court prior to Sentencing. These include the absence of lab for the marijuana, double-jeopardy, the absence of lab for cocaine, your illegal detention and the subsequent search, an argument that you have been the subject of vindictive prosecution, and that you want the Indictment Counts dismissed.

All of your requests have already been presented. The filing, hearing, order and post-trial motion, as well as the Sentencing Memorandum cover all of your requests. Before trial, the issues relating to the illegal stop, search and seizure were fully presented. During your trial, I raised the issue, argued it and included it in the post-trial motion – relating to the insufficiency of evidence to convict on all Counts. Particularly, this was done at the close of the prosecution's case in my Motion for Acquittal. I renewed that motion after both sides rested; and a third time in the post-trial motion. Double-jeopardy has been presented in my Sentencing Memorandum. Finally, everything that you have written in reply to the PSR was forwarded to the U.S. Probation Office.

Therefore, every single argument, motion, and objection have been presented to the trial judge prior to Sentencing. Before your Sentencing Hearing, either in writing by an Order or verbally by an oral statement, the judge will make his decision on all pending matters. **Then**, we will go forward to get your sentence. Because every single solitary argument on your behalf has been made, and therefore preserved for appeal, all can be made in your direct appeal. As this has been done, you may raise every identical issue and argument in the Court of Appeals.

Very truly yours,

David S. Mejia

DSM/rst

11/09/2022