*Exhibit 19, Attachment*

# LAW OFFICE OF
# DAVID S. MEJIA

THE MEYER BUILDING
624 WEST MAIN STREET, FOURTH FLOOR
LOUISVILLE, KENTUCKY 40202

LICENSED IN ILLINOIS AND KENTUCKY
david@dmejialaw.com

March 20, 2019

TELEPHONE (502) 584-8991
FACSIMILE (502) 583-6977

**CONFIDENTIAL & PRIVILEGED**
**ATTORNEY-CLIENT COMMUNICATION**
Cherosco Brewer, Federal Detainee
Inmate No. 221575 – Unit/Cell #158
Grayson County Detention Center
320 Shaw Station Road
Leitchfield, Kentucky 42754

Re:   U.S. v. Brewer, USDC, WDKY at Louisville – Case No. 3:17-CR-00037-DJH

Dear Cherosco:

We are in receipt of your letter of March 17, 2019. At the request of Mr. Mejia, please find attached a copy of an email communication sent to Shannon Teague at U.S. Probation with regard to your request related to the PSR.

Thank you and I hope my letter finds you well.

Very truly yours,

Robin S. Tabler
*Legal Assistant to David S. Mejia*

Enclosure
DSM/rst

11/09/2022

**Shannon Blakey**

| | |
|---|---|
| From: | robin@dmejialaw.com |
| Sent: | Wednesday, March 20, 2019 11:53 AM |
| To: | Shannon Blakey |
| Cc: | McKenzie, Erin (USAKYW); david@dmejialaw.com |
| Subject: | US v Cherosco Brewer – USDC, WDKY – Case No: 3:17-CR-37-DJH |

**DICTATED BY DAVID S. MEJIA ---**

Dear Shannon:

At the repeated/emphatic request of my client that I do so:

Cherosco Brewer Objects to the PSR's indication that he is an "Armed Career Criminal." Specifically, that his multiple state-court drug convictions should not serve as predicate offenses to the Armed Career Criminal Act for the reason that those convictions were "grouped or bundled" in a single disposition and served concurrently. Therefore, he urges he does not qualify as a Career Criminal.

Please see that this Objection is noted in your supplemental PSR. Also, I will convey this to the Court at Sentencing.

-Robin S. Tabler

---

Robin S. Tabler
*Legal Assistant to David S. Mejia*
624 West Main Street – 4th Floor
Louisville, KY 40202
(502) 584-8991 – telephone
(502) 583-6977 – facsimile
robin@dmejialaw.com

CONFIDENTIALITY NOTICE: This electronic communication and any attachment thereto is confidential in nature and may be subject to attorney-client privilege. If you are not an intended recipient of this email communication, please notify the sender immediately via reply email and/or by telephone at (502) 584-8991 and delete any and all message(s) and/or attachment(s) received in error. Thank you.

1

## ADDENDUM TO THE PRESENTENCE REPORT
### UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY
### UNITED STATES V. CHEROSCO BREWER, DOCKET NUMBER: 0644 3:17CR00037

On March 4, 2019, the presentence report was disclosed to the defendant's attorney and the attorney for the Government through the United States District Court's Case Management – Electronic Case Filing (CM/ECF) system. Any objections were to be received at the probation office by March 18, 2019, to comply with Rule 32 requirements. The following issues remain unresolved, to be addressed by the Court.

### OBJECTIONS

#### By the Government

As of March 25, 2019, the government has not indicated any objections to the presentence report; therefore, it is assumed there are no objections.

#### By the Defendant

On March 20, 2019, defense counsel responded indicating the following unresolved objection(s) to the presentence report.

Objection to Armed Career Criminal Designation: Defense counsel advised that the defendant objects to the designation of Armed Career Criminal (ACC) noting that the prior convictions used for predicate offenses were "grouped or bundled" in a single disposition and served concurrently.

Response: The offenses identified as predicate offenses for designation of Armed Career Criminal were committed on separate occasions and charged in separate Indictments. Despite the sentences being run concurrently, they meet the definition of serious drug offense. Additionally, the convictions carry a sentence of 10 years or more. The report remains the same.

Respectfully submitted,

*Shannon Teague*

Shannon D. Teague
U.S. Probation Officer

6/16/2021