*Exhibit 21. Attachment*

**Law Office of**
*Timothy Farrell Sweeney*
The 820 Building
820 W. Superior Ave., Suite 430
Cleveland, Ohio 44113-1824

Timothy F. Sweeney
Direct: 216-619-0071
e-mail: tim@timsweeneylaw.com

Telephone: 216-241-5003
Fax: 216-241-3138
www.timsweeneylawfirm.com

April 5, 2021

**CONFIDENTIAL LEGAL MAIL**
Cherosco Brewer
No. 18898-033
FCI Gilmer
Federal Correctional Institution
P.O. Box 6000
Glenville, West Virginia   26351

Re:   **U.S.A. v. Cherosco Brewer**
Sixth Circuit Case No. 20-5943

Dear Mr. Brewer:

I hope you are doing well and are getting comfortable at FCI Gilmer. Enclosed is a copy of the reply brief that I filed today in your appeal. I am disappointed we were unable to speak about any thoughts you might have about the government's brief. Nonetheless, I believe the reply brief came out pretty well.

I received notice the other day that the Court will not be holding oral argument in the appeal. The Court has set the decision-on-briefs date for June 10, 2021. (See enclosed notice). We should expect the court's written decision on your appeal within a few weeks after that date; but, it's possible that it could be longer than that. I will send you the Court's decision as soon as I receive it.

Please let me know if you have any questions.

Very Truly Yours,

Timothy F. Sweeney

Enclosures

04/07/2021