*Exhibit 22. ATTACHMENT*

## Law Office of
## Timothy Farrell Sweeney
*The 820 Building*
*820 W. Superior Ave., Suite 430*
*Cleveland, Ohio 44113-1824*

Timothy F. Sweeney
Direct: 216-619-0071
e-mail: tim@timsweeneylaw.com

Telephone: 216-241-5003
Fax: 216-241-3138
www.timsweeneylawfirm.com

June 9, 2021

**CONFIDENTIAL LEGAL MAIL**
Cherosco Brewer
No. 18898-033
FCI Gilmer
Federal Correctional Institution
P.O. Box 6000
Glenville, West Virginia 26351

Re: **U.S.A. v. Cherosco Brewer**
Sixth Circuit Case No. 20-5943

Dear Mr. Brewer:

It was nice to speak with you today on the phone. As we discussed, the Sixth Circuit has decided your appeal and the Court affirmed the conviction and sentence in all respects. I am sorry to be the bearer of such disappointing news. Enclosed is a copy of the Court's opinion dated June 7, 2021. As you will see, the three-judge panel rejected all our arguments; its decision was unanimous, 3-0.

You are permitted to ask the U.S. Supreme Court to review the court of appeals' decision. However, that Court's review is purely a matter of its discretion and, in my judgment, it is unlikely it would choose to review the case. Indeed, the Supreme Court declines review in the overwhelming majority of cases presented for its discretionary review. Should you nevertheless want to seek review, you would be required to file a petition for a writ of certiorari with the U.S. Supreme Court in Washington, D.C. The petition **must** be filed within 90 days of the appellate court's decision. The appellate court's decision in your case was rendered on June 7, 2021; therefore, any petition for a writ of certiorari would be due in the U.S. Supreme Court by **September 5, 2021**. The Supreme Court has very strict rules about what must be filed and the deadlines for filing, and other matters; you will need to review those rules very carefully if you choose to pursue any further appeal to the U.S. Supreme Court.

As we discussed today, **my appointment does not extend to any appeal you may choose to make to the U.S. Supreme Court.**

Finally, and as previously addressed in my letter to you of September 8, 2020 (another copy is enclosed), the denial of your direct appeal will now start the one-year time limit for you

Cherosco Brewer　　**CONFIDENTIAL:  ATTORNEY-CLIENT COMMUNICATION**
June 9, 2021
Page 2

to file any habeas petition which you may choose to file in the federal district court under 28 U.S.C. Section 2255. If it is your intention to pursue any claims for relief under Section 2255, it will be very important that you strictly adhere to the one-year time limit that is applicable to filing any such claims.  Also, as I told you before in my prior letters, my appointment does ***not*** extend to any claims or proceedings under Section 2255.

   This completes my representation of you. Please call or write with any questions. Thank you.

              Very Truly Yours,

              Timothy F. Sweeney

Enclosures