AFFidAvit 2.                    Exhibit #23

Commonwealth of Kentucky
County of Jefferson
City of Louisville

    My name is Shawana Thompson, I reside at 108 N. Longworth Ave., Louisville, Kentucky 40212. I am over 21 years of age and am making this declaration about what I personally know, did, and remember about the events concerning Cherosco Brewer.

    First, after Cherosco Brewer was arrested in November of 2015, him and my son Eric Thompson were no longer close. Cherosco Brewer blamed my son for his arrest for the gun charge. And they still weren't talking when Cherosco Brewer was arrested in early 2017 by the federal authorities. My son told me he was sorry about what had happened to Cherosco Brewer. I asked my son if he knew something to help me get him out. I was told by my son, he had been using Cherosco Brewer's car to hustle. My son went on to say that he know for sure the gun and weed the police found was not Cherosco Brewer's because it was theirs! I told him we are going to his lawyer's office (Keith Kamenish) and Scott Barton). My son told me he also has Scott Barton as a attorney. He called and was told to come to the office in the morning. My son told both attorneys, in my presence, all about what happened in Cherosco Brewer's car. Keith Kamenish said my son was going to be called as a witness for Cherosco Brewer's up and coming suppression hearing. I declare that these are facts that I remember and took part in. Scott Barton asked me to step into another part on his office, looked in my eyes and said "do you have a good insurance policy on Eric?" and we laughed it off. but Scott Barton said it again, not laughing this time. A few days later, my son and his girlfriend were shot in front of our house getting out of his car on 41th Vermont Ave. in Louisville, Kentucky. As the EMS and Ninth Mobile Unit officers and ATF members were jumping out of their cars and trucks, one of the officers stated to me, "we were just about to kick in your door because your son and John Jones (a.k.a. Mr. Not Guilty) were said to be storing guns and drugs in the house." A couple months later, on October 16, 2017, my son,

Eric Thompson, was shot and killed in our new home's back yard, located at 108 N. Longworth Ave. in Lousiville, Kentucky 40212. I reached out to Cherosco Brewer and once I spoke with him, I let him know everything that had happened with me, my son and the officers that came to my homes. Cherosco Brewer told me he need me to call his new attorney, David S. Mejia, and meet with him. I did and told David S. Mejia everything that my son had told me in the past about Cherosco Brewer's car and what happened. I asked attorney Mejia, will he be able to use this info to help Cherosco Brewer? David Mejia told me, "long as you do not have a problem testifying," and I told him I wouldn't have a problem. Attorney Mejia told me that Cherosco Brewer's trial would start in the early part of January 2019 and I was going to be on the witness list right away. I called Cherosco Brewer's attorney, David S. Mejia, weeks later into January 2019 because I saw Cherosco Brewer's trial live on YouTube Video and could not understand what was happening. I reached out to Cherosco Brewer's grandmother, Sarah Garner for answers, she told me to call attorney David S. Mejia right now because they are at the courtroom waiting on him to come out into the hallway. I called a few times before David Mejia picked up his phone. I told him my name was Shawana Thompson and asked why hasn't he called me as a witness yet? David Mejia replied, "I forgot all about you." I declare to the fact that attorney David Mejia did not prepare me to testify. But did say he would get to the bottom of the YouTube video, then asked about money and if there were any leads about the shooters of my son?

    I declare under the penalty of perjury, that all I have said is true and I will testify in a court of law about the events if need be.

This *Aug. 3rd* day of *2021*

*Shawana Thompson*