AFFidavit 4.    Exhibit #25.

COMMONWEALTH OF KENTUCKY
COUNTY OF JEFFERSON

### AFFIDAVIT OF KRYSTAL LOGAN

I, Krystal Logan, attest to the fact that I am over the age of 21 years old.

I attest to the fact that my address is 722 south Hancock Street Apt. #103; Louisville, Kentucky 40203.

I attest to the fact that everything contained in this affidavit is true and correct to the best of my knowledge and recollection.

I attest to the fact that I have been affiliated with Mr. Cherosco Brewer since 2014 and on several occasions when we were riding in his car we got pulled over by the 9th Mobile L.M.P.D. I can recall being asked my name by the officers, them asking Mr. Brewer for his license, if they could search the car and us, then made us get out of the car so a dog could search it. I recall the officer telling Mr. Brewer that "we will get your attention with the tinted window game".

I attest to the fact that these searches by the L.M.P.D. occurred in Louisville, Kentucky (Jefferson County) 2015 and 2016. Also, to my knowledge from being present during the stops, they never found anything on us or in the car and he never was given a ticket for a traffic infraction when I was with him.

I attest to the fact that on the very day of his arrest, on 11/11/15, I had given him a ride to pick up his car that was being detailed by another female friend of his son. That caused an argument, again, between us. When Mr. Brewer was arrested by the federal authorities in early 2017,

I attest to the fact that I reached out to help his Grandmother, Sarah Garner, to raise and pay attorney David Mejia ten-thousand dollars ($10,000). We agreed to pay the other twenty-five thousand ($25,000), and did, before trial and that would also cover the appeal if needed.

I attest to the fact that I was one of several people who visited Mr. Mejia as being a witness for Mr. Brewer.

I attest to the fact that upon telling attorney David Mejia about the several police stops and about that young man and others that drove his rental car, he asked me to be a witness.

I attest to the fact that I told him "yes, I would" because one time I followed his car and when it pulled into the parking lot at the gas station on 38th and Market Street, he was not driving and was not in the car, but rather, two (2) men I did not know.

I attest to the fact that attorney David Mejia told me to be sure to come to trial because with my testimony and the other six, or so, witnesses for Mr. Brewer, there is no way he will get convicted. I was there at his trial daily but was not called as a witness.

I attest to the fact that I cried, was mad as hell especially when he was found guilty and attorney Mejia asked to get off Mr. Brewer's case.

I attest to the fact that David Mejia never contacted me or gave me a refund after being taken off the case.

I attest to the fact that I told Mr. Brewer that I would have testified truthfully to the jury had I been called to testify for him and agreed to draft this affidavit.

I attest to the fact that all I have said is true, I was not coerced into making this affidavit and I will testify at any court hearing or trial if need be.

I declare under the penalty of perjury that all I have said is true.

*Krystal Logan*

_28th_, day of October, 2021