*Affidavit 5. Exhibit (26)*

COMMONWEALTH OF KENTUCKY

COUNTY OF JEFFERSON

## AFFIDAVIT OF SARAH F. GARNER

I, Sarah F, Garner, attest to the fact that my address is 658 S. 40th Street, Louisville, Kentucky, 40211. I attest to the fact that everything in this affidavit is true and correct to the best of my knowledge and recollection. This Affidavit is to acknowledge that David Mejia, Attorney at Law, did represent Cherosco Brewer and did not provide adequate counsel. During conversations with Attorney Mejia it seemed as he was not making sense of what was taking place with the case of Cherosco Brewer. He seemed a bit out of sorts. During Mr. Brewer's trial Attorney Mejia was unprepared with case law or facts. Attorney Mejia's representation of Mr. Brewer was unacceptable.

*Sarah F. Garner* 10-20-2022
Sarah F. Garner
(502)544-2444