FILED
JAMES J. VILT, JR. - CLERK
APR 26 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

April, 24, 2023

Dear, Clerk

May I, please get a up to date criminal docket sheet of case #3:17-CR-00037-DJH-1. And a copy of my reply of 2255 motion I file with the court back in the first part of March 7, 2023. A full copy of All the exhibit's as well because we was on lock down right before I was able to file it. And the mailing system here is very bad going out and coming into this prison. (See) copies of envolope and mail I just received but look at the dates. This is April 24, 2023 those. Copy of 3:22-CV-00523-DJH-HBB.

Thank you very much.

Yours, Truely,

Mr. Cherosco Brewer #18898-033
A2-217 F.C.I.-Gilmer P.O. Box 6000
Glenville, WV 26351

Mr. Neroscö Brewer #18998-033 A2-217
F.C.I.-Gilmer
Federal Correctional Institution
P.O. Box 6000
Glenville, WV 26351

Legal Mail

Office of The Clerk
601 West Broadway
Louisville, Kentucky 40202-2249

CHARLESTON WV 250
24 APR 2023 PM 1 L

FILED
JAMES J. VILT, JR. - CLERK
APR 26 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY