Kristen Blanke
3423 Fernheather Dr
Louisville, KY 40216

Cheresco Beewer 18898-033
FCI Gilmer
Federal Correctional Institution
P.O. Box 6000