Dear, Clerk                                        May 3, 2023

FILED
JAMES J. VILT, JR. - CLERK
MAY 10 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

I am addressing Doc. #350 dated 4/13/2023 about Notice of Filing by Cherosco Brewer (Defendant did not identify to which document the exhibits should be attached).

However, do to the mailroom here sent all of my Affidavit's, exhibit's and attachments without my reply to the Governments response at the sametime together. Is what cause this big mix up. The affidavit's and exhibit's go with my reply to the governments response about my 2255 motion. And as I wrote on top of every affidavit and exhibit identifing throughtout my reply. Also I call the clerk on May 2, 2023 of the court and told her the samething about my Affidavit's and exhibit's. And how staff here at this prison has handle my mail because the reply and the affidavit's and exhibits should have been in the same envelope in the first place. Please, send me copies of all my affidavit's and exhibit's and the attachments. Thank you have a blessed day. We are on lockdown again!

Mr. Cherosco Brewer #18898-033 A2-217
F.C.I.-Gilmer  P.O. Box 6000  Glenville, WV 26351

Mr. Cherosco Brewer #18898-033 A2-217
F.C.I.- Gilmer
Federal Correctional Institution
P.O. Box 6000
Glenville, WV 26351

)Legal
Mail(

⇔18898-033⇔
Clerk Of Court
106 W Broadway
Louisville, KY 40202-2249
United States

CHARLESTON WV 253
04 MAY 2023 PM 4 L

FILED
JAMES J. VILT, JR. - CLERK
MAY 10 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

40202-211006