## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: June 09, 2023

Mr. James J. Vilt Jr.
Western District of Kentucky at Louisville
601 W. Broadway
Suite 106 Gene Snyder U.S. Courthouse
Louisville, KY 40202-2249

          Re:  Case No. 22-5724, *USA v. Cherosco Brewer*
                 Originating Case No. 3:17-cr-00037-1

Dear Ms. Vilt:

   Enclosed is a copy of the mandate filed in this case.

                                          Sincerely yours,

                                          s/Patricia J. Elder, Senior Case Manager
                                            for Gretchen Abruzzo, Case Manager

cc:  Mr. Cherosco L. Brewer
      Mr. Terry M. Cushing

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 22-5724
_____

Filed: June 09, 2023

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

CHEROSCO L. BREWER

    Defendant - Appellant

MANDATE

Pursuant to the court's disposition that was filed 03/21/2023 the mandate for this case hereby issues today.

COSTS: None