Case No. 22-5724

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

CHEROSCO L. BREWER

    Defendant - Appellant

BEFORE:  GUY, MOORE, and KETHLEDGE, Circuit Judges.

Upon consideration of the appellant's motion to recall the mandate,

It is **ORDERED** that the motion is hereby **DENIED**.

ENTERED BY ORDER OF THE COURT
Deborah S. Hunt, Clerk

Issued: June 23, 2023

# United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 06/23/2023.

**Case Name:** USA v. Cherosco Brewer
**Case Number:** 22-5724

**Docket Text:**
ORDER filed denying motion to recall mandate filed by Cherosco L. Brewer. Ralph B. Guy, Jr., Circuit Judge; Karen Nelson Moore, Circuit Judge and Raymond M. Kethledge, Circuit Judge.

**The following documents(s) are associated with this transaction:**
Document Description: Order

**Notice will be sent to:**

Cherosco L. Brewer
F.C.I. Gilmer
P.O. Box 6000
Glenville, WV 26351

**A copy of this notice will be issued to:**

Mr. Terry M. Cushing
Mr. James J. Vilt Jr.